# EXHIBIT 1

*Video exhibit submitted to the Court on USB drive*