# EXHIBIT 2

*Video exhibit submitted to the Court on USB drive*