# EXHIBIT 3

*Video exhibit submitted to the Court on USB drive*