# EXHIBIT 1





# ICE launches new operation in Maine amid Trump's broader illegal immigrant crackdown around the US

By Alex Nitzberg, Griff Jenkins

Published January 21, 2026

Fox News

U.S. Immigration and Customs Enforcement (ICE) made dozens of arrests in Maine on Tuesday amid an effort known as Operation Catch of the Day.

Fox News' Griff Jenkins reported on Wednesday that authorities had arrested more than 50 people on Tuesday, and had informed him more arrests were taking place on Wednesday.

"We have approximately 1,400 targets here in Maine," ICE Deputy Assistant Director Patricia Hyde said on Tuesday, going on to mention crimes such as "rape of a child, drug trafficking" as well as "sexual assaults, simple assaults" and "driving while under the influence."

**MINNESOTA POLICE CHIEFS ALLEGE SOME ICE AGENTS RACIALLY PROFILED US CITIZENS, INCLUDING OFF-DUTY OFFICERS**



A federal law enforcement agent outside a home during a raid in Minneapolis, Minnesota, on Tuesday, Jan. 13, 2026. (Victor J. Blue/Bloomberg via Getty Images)

"You name it," she said. "They're on the target list."

The effort in Maine comes amid President Donald Trump's administration's broader crackdown against illegal immigrants around the U.S., a key campaign pledge.

**TRUMP ADMIN ARGUES JUDGE LIMITING ICE IN MINNESOTA WOULD BE 'UNPRECEDENTED' OVERREACH**



President Donald Trump speaks to the media in the White House briefing room on Tuesday, Jan. 20, 2026. (Tom Williams/CQ-Roll Call, Inc via Getty Images)

Portland Mayor Mark Dion issued a statement last week expressing opposition to the prospect of ICE in the area.

"Our community is anxious and fearful regarding the understanding that ICE is planning to send agents to Portland and Lewiston next week. We are a welcoming city. There is no evidence of unchecked criminal activity in our community requiring a disproportionate presence of federal agents. In that view, Portland rejects the need for the deployment of ICE agents into our

neighborhoods," Dion said in part of the statement last week.

**US CITIZENS ARE ONLY ARRESTED BY ICE IF THEY VIOLATE A STATUTE ICE ENFORCES: TOM HOMAN**

**CLICK HERE TO DOWNLOAD THE FOX NEWS APP**

"As a reminder, Portland Police does not cooperate with ICE, and they do not participate in enforcing federal immigration law," he noted.

Alex Nitzberg is a writer for Fox News Digital.

Print    Close

**URL**

https://www.foxnews.com/us/ice-launches-new-operation-maine-amid-trumps-broader-illegal-immigrant-crackdown-around-us

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by LSEG. Do Not Sell my Personal Information - New Terms of Use - FAQ