# EXHIBIT 2



Advertisement

# ICE arrests more than 200 people in Maine during federal enforcement surge

Homeland Security did not answer follow-up questions about those arrested in Maine since the first day of the operation.

Updated: 10:38 PM EST Jan 26, 2026

Editorial Standards ⓘ

**Jon Chrisos**

Anchor



**Cate McCusker**

Reporter

**PORTLAND, Maine —** More than 200 people have been arrested by U.S. Immigration and Customs Enforcement in Maine since federal enforcement activity ramped up last week, according to a Monday afternoon update from the Department of Homeland Security.

"The brave men and women of ICE have already arrested more than 200 illegal aliens in Maine in the last five days. Some of the arrests of the worst of the worst from the first day of operations include criminal illegal aliens charged with and convicted of horrific crimes, including aggravated assault, false imprisonment and endangering the welfare of a child," Assistant Secretary Tricia McLaughlin said in a statement.

Advertisement

The statement is similar to others released since the special enforcement operation began last Tuesday.

Homeland Security did not answer follow-up questions about those arrested in Maine since the first day of the operation. However, the agency said that, nationwide, "70% of all ICE arrests are of illegal aliens charged with or convicted of a crime in the U.S."

Last week, Immigration and Customs Enforcement said the operation in Maine would target "the worst of the worst criminal illegal aliens who have terrorized communities."

"In ILAP's legal triage, we are seeing mostly people in lawful immigration processes with no criminal records being arrested," Sue Roche, the Executive Director for Maine's Immigrant legal Advocacy Project, said in a statement. "Many have been racially profiled and abducted from their cars off the street, and some have been targeted at home. ICE is stalking grocery stores and schools. The lack of due process or humanity in this enforcement operation is appalling."

Roche says as of Monday, ILAP has received requests for emergency legal help from more than 60 people arrested in the operation. She says at least eight Maine residents have been transferred to Louisiana.

"One man reported to his family that he is in a group of approximately 100 men, sleeping in tents next to or on an active tarmac," Roche said. They each have one blanket and very little food. ICE agents are harassing and coercing them to self-deport to end the suffering, pointing at the tarmac. Lawyers are not able to communicate with the men held there."

Cumberland County Sheriff Joyce described a corrections officer recruit arrested by ICE as a "squeaky-clean individual that really hadn't done anything at all."

ICE said the officer, Emanuel Ludovic Mbuangi Landila, is an illegal alien from Angola. Joyce said the officer had permission to work in the state of Maine.

Gov. Janet Mills (D-Maine) has requested a meeting with President Donald Trump so she can ask him in person to withdraw ICE agents from Maine.

"I'm hearing that many of the people being detained, or on that list I think, are family members here in Maine, people who are working here in Maine, people who have children in the school system, people who have children in homes in Maine, people with no criminal record, and that's concerning," Mills said.





TOP PICKS