# EXHIBIT 20

2/22/26, 11:16 AM Stephen Miller on X: "Domestic terrorism."

Case 2:26-cv-00092-JAW Document 4-20 Filed 02/23/26 Page 2 of 2 PageID #: 296



← Post

Stephen Miller ✓
@StephenM

Domestic terrorism.

---

Nick Sortor ✓ @nicksortor · Jan 7

🚨 BREAKING: Video shows the moment a woman tried to RUN OVER ICE agents with her vehicle in Minneapolis, resulting in her being SHOT

Tim Walz calling ICE the "GESTAPO" is EXACTLY WHY this stuff happens.
…



0:00 / 0:39

---

1:35 PM · Jan 7, 2026 · **3M** Views

💬 10K     🔁 8.1K     ♥ 43K     🔖 843     📤

💬 Read 10.7K replies

**New to X?**

Sign up now to get you...

[G] Sign u...

[] Sign ...

Create...

By signing up, you agre...
Privacy Policy, includin...

**What's happe...**

Trending in United Sta...
**Kash**
Trending with FBI Dire...

Sports · Trending
**Paul Rothrock**
Trending with Sounde...

Trending in United Sta...
**Dunk and Egg**

Trending in United Sta...
**Maekar**

Show more

Terms of Service | Priva...
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in