# EXHIBIT 46

2/23/26, 12:36 AM	ICE arrests jump nearly 75% in Maine this year, as detentions picked up over the summer | Maine Public

Case 2:26-cv-00092-JAW    Document 5-22    Filed 02/23/26    Page 2 of 3    PageID #: 563



# ICE arrests jump nearly 75% in Maine this year, as detentions picked up over the summer

Maine Public | By Ari Snider

Published December 8, 2025 at 7:16 AM EST





Courtesy Of Immigration And Customs Enforcement

Through mid-October, ICE had arrested 230 people in Maine. That's according to new figures released earlier this month from the Deportation Data Project, a group of researchers and lawyers that aggregates and publishes federal immigration data.

In Maine, that works out to a 73% increase in average monthly arrests compared to 2024.

Maine Public Radio
BBC World Service

Arrest rates accelerated beginning in June. Since then, ICE has averaged about one arrest per day.

About 20% of those arrested have criminal convictions, the same proportion as last year. The rest have either pending charges or no criminal charges.

Despite the increase, ICE arrests lag far behind detentions by Border Patrol agents in Maine. Though many people arrested by Border Patrol are eventually transferred to ICE custody.

*Community support has always powered public media, and the power to keep this vital public service going rests with you. Join us with ongoing support as an Evergreen Friend and be part of the community that ensures Maine Public remains strong.*

Donate here

Tags   | Immigration | Immigrants in Maine | Immigration |
       | Immigration and Customs Enforcement | U.S. Border Patrol |





### Ari Snider

asnider@mainepublic.org

See stories by Ari Snider

Maine Public Radio
BBC World Service