# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELINOR HILTON and COLLEEN FAGAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS, <br><br> Defendants. | Case No. 2:26-cv-00092-JAW |

### DECLARATION OF ASSISTANT SPECIAL AGENT IN CHARGE
### JEFFREY P. BARBERO

Pursuant to the authority of 28 U.S.C. § 1746, I, Jeffrey P. Barbero, Assistant Special Agent in Charge for U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations (HSI) declare as follows:

1. I am currently serving U.S. Immigration and Customs Enforcement ("ICE") Homeland Security Investigations ("HSI") as Assistant Special Agent in Charge in New Haven, Connecticut. I have served in this position since August 2025.

2. In January 2026 I was assigned as the Assistant Special Agent in Charge over a joint Homeland Security Investigations – Enforcement Removal and Operations enforcement operation in the State of Maine.

3. I have been employed by ICE since October 5, 2003. My professional background includes being a Special Agent, a Group Supervisor, a Resident Agent in Charge, Special Response Team Member, Special Response Team Commander, National Program Manager of International Operations, National Program Manager of Undercover Operations Unit.

4. Currently, as ASAC, I manage the South Region of New England, which is 5 Homeland Security Investigations offices in 3 states with at least over 50 employees.

5. The statements contained in this declaration are based upon information made available to me in the course of my official duties.

6. This declaration is submitted in support of Defendants' Opposition to the Temporary Restraining Order filed by the Defendants.

**January 21, 2026**

7. I have been informed of the following by a Homeland Security Investigations Team Leader. On January 21, 2026, HSI Special Agents apprehended an alien and took him into custody. I learned that while attempting to coordinate transferring that alien to an ERO transport van, a vehicle began following HSI vehicles. Out of concern for their safety as well as the safety of the alien in their custody, the HSI Special Agents

attempted to evade this vehicle. The other vehicle continued to closely follow the HSI vehicles, and in doing so, frequently ignored stop lights and other traffic laws. Ultimately, the vehicle followed the HSI vehicles to a Home Depot parking lot where ERO officers were waiting with transport van. While the alien was being transferred, the agents twice established a perimeter. I was informed that numerous individuals were attempting to encroach on and impede the Special Agents. The Special Agents on duty had been habitually met with protestor presence attempting to disrupt operations. Out of concern of not knowing who they were, the agents conducted some investigatory steps including taking photographs and videos of the individuals and of the license plates of the cars that they identified as possibly belonging to the protestors in case it was later determined further investigations were required.

8. While engaging in law enforcement operations, HSI agents rely on a variety of law enforcement technologies to conduct investigations as part of its criminal and law enforcement missions.

9. I spoke to the Team Leader of the Special Agents about the January 21, 2026, alleged encounter (Declaration of Elinor Hilton). He confirmed they did not place the Plaintiff Elinor Hilton on any list or database.

10. I requested the Team Leader of the Special Agents to search law enforcement systems (used in the regular and customary course) and he confirmed that the named Plaintiff Elinor Hilton is not under Homeland Security Investigations investigation or monitoring related to the January 21, 2026 encounter.

11. Agents have been informed not to tell individuals that they will be on a database or watchlist simply for exercising their First Amendment rights.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Signed on the 10th of March 2026.

_____

Jeffrey P. Barbero
Assistant Special Agent in Charge
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Homeland Security Investigations