UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELINOR HILTON and COLLEEN FAGAN, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br>    Defendants. | Case No. 2:26-cv-00092-JAW |

**DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR STEPHEN W. WELLS**

Pursuant to the authority of 28 U.S.C. § 1746, I, Stephen W. Wells, Assistant Field Office Director for U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations declare as follows:

1. I am currently serving U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") as an Assistant Field Office Director (AFOD) in the Office of the Director. I have held this position since

1

November 10, 2026, when I returned to ERO as a rehired annuitant. Prior to my retirement I was an acting AFOD in Burlington, Massachusetts. I first began working for ERO in August 2008.

2. Included in my official duties as an AFOD is the responsibility for the identification, location and arrest of aliens, as well as managing and monitoring limited enforcement operations within area of responsibility of the Office of the Director. I am familiar with ICE policies and procedures, which include the arrest, detention and release of aliens from ICE custody.

3. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

4. ERO Boston has approximately 259 officers covering six states. In Portland, Maine, ERO has approximately 18 officers.

5. This declaration is submitted in support of Defendants' Opposition to the Temporary Restraining Order filed by the Defendants.

**Operation "Catch of the Day"**

6. On or about January 20, 2026, to January 25, 2026, ERO in cooperation with HSI conducted an operation in the Portland Maine area. The objective of this operation was targeted enforcement focusing on national security, public safety, and other egregious immigration violators, including aliens with final orders of deportation, individuals who have illegally re-entered after removal, and criminal aliens recently released due

to detainers not being honored. It is my understanding that immigration enforcement operations have diminished in scope since January 25, 2026.

**January 23, 2023**

7. At approximately 6:42 a.m. at 712 Westbrook Street, South Portland, ERO was conducting a targeted investigation of an alien. ERO officers conducted a vehicle stop and the target was positively identified as the alien in question. After determining the alien was in compliance with the terms of his active bond, ERO declined to take any further enforcement action.

8. During the vehicle stop, two protestors arrived on the scene and began filming the stop. I am aware that an ERO officer suggested that one of the protestors might be labeled as a domestic terrorist. As the supervisor overseeing this operation, I did not approve nor condone such behavior. Later that day, I was made aware that a video was circulating on social media via X.com which depicted the ERO officers' interaction with that protestor. After viewing the video, I spoke with the team leader of the team involved. I reminded him to instruct his officers to refrain from engaging with protestors. The team leader informed me that he had spoken to the officers involved and told them to not to tell individuals that they will be in a database or on a watchlist for exercising their First Amendment rights.

9. I requested a search of ERO systems and confirmed that the named Plaintiff Colleen Fagan is not under investigation or monitoring by ERO related to the January 23, 2026 encounter. ICE has no database or watchlist tracking protestors based on their

3

First Amendment Activities. I am still reviewing the facts of this incident to determine whether any disciplinary action will be taken.

10. Attached to my declaration as exhibit A is a true and accurate copy of a broadcast email sent by Acting Field Office Director David Wesling on March 10, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Signed on the 10th of March 2026.

_____

Stephen W. Wells
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Enforcement and Removal Operations