| | |
|---|---|
| **From:** | BOS-ERO-Taskings, |
| **To:** | #ERO BOSTON FLD OFC |
| **Cc:** | |
| **Subject:** | Information Regarding First Amendment Protected Activities |
| **Date:** | Tuesday, March 10, 2026 5:39:52 PM |
| **Attachments:** | image001.png |

 **Enforcement and Removal Operations** — Boston Field Office — Office of the Field Office Director 

**On behalf of (a) Field Office Director Wesling:**

Former Acting Secretary of Homeland Security Kevin K. McAleenan issued the attached memorandum discussing the importance of free speech as enshrined in the First Amendment to the United States Constitution. The memo also includes information about individual consent as well as operational guidance relevant to law enforcement activity. Please take the time to review the memorandum and adhere to the guidance within.