UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELINOR HILTON and COLLEEN FAGAN on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARKWAYNE MULLIN[1], Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>        Defendants. | Case No. 26-cv-00092-JAW<br><br><br>**MOTION FOR ENTRY OF A JOINT EXPEDITED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

---

[1] The Complaint names as a Defendant Kristi Noem in her official capacity as then-Secretary of Homeland Security.  Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.

WHEREAS, on February 23, 2026, Plaintiffs Elinor Hilton and Colleen Fagan ("Plaintiffs") filed a Complaint[2] and Motion for Temporary Restraining Order against Defendants (collectively with Plaintiffs, the "Parties"), ECF Nos. 1, 3;

WHEREAS, the Parties have conferred regarding a schedule for expedited discovery and briefing on Plaintiffs' anticipated motion for preliminary injunction;

WHEREAS, the Parties are continuing to negotiate the scope of certain Requests for Production and currently anticipate reaching agreement on any outstanding issues. The Parties also anticipate entering into a stipulated confidentiality order and clawback agreement, which they will file separately upon agreement for the Court's approval.

WHEREAS, the Parties have currently reached agreement on the terms set forth below and jointly propose the following expedited discovery plan and scheduling order for the Court's consideration;

NOW, THEREFORE, the Parties respectfully submit the following proposed schedule for expedited discovery and briefing on Plaintiffs' anticipated motion for preliminary injunction:

| Date | Event |
|---|---|
| Wednesday, April 1, 2026 | Parties may serve expedited discovery requests.[3] |
| Monday, April 6, 2026 | Parties to file proposed protective order. Defendants' responses to Interrogatories 1, 2, and 5 served by Plaintiffs will be due 14 days after the protective order is entered, contingent on agreement and joint proposed protective order. |
| Wednesday, April 22, 2026 (or 21 days from date of service of RFPs) | Parties' responses to written discovery requests served by opposing party due, except as otherwise agreed. |
| Wednesday, May 6, 2026 | Substantial completion of production of documents responsive to requests served on or around April 1, 2026.  Parties agree to make |

---

[2] Service of process pursuant to Fed. R. Civ. P. 4(i) has not been completed for certain defendants.  Parties are aware that waiver of service under Rule 4(d) is not applicable to Rule 4(i) service against the United States or its component agencies.

[3] The Parties agree that the default time to respond to expedited written discovery requests, including an initial production of documents, shall be twenty-one (21) days from the date of service.

1

| Date | Event |
|---|---|
|  | good-faith efforts to produce documents on a rolling basis as documents become available. |
| Friday, May 22, 2026 | Close of expedited discovery.[4] |
| Friday, May 29, 2026 | Plaintiffs' motion for preliminary injunction due. |
| Friday, June 12, 2026 | Defendants' opposition due. |
| Wednesday, June 24, 2026 | Plaintiffs' reply due. |
| Week of June 29, 2026 | Preliminary injunction hearing. |

---

[4] The Parties agree to work in good faith to schedule depositions at times mutually convenient for the deponent and relevant counsel, to occur no later than seven (7) days before the close of expedited discovery.

Dated: April 1, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

*/s/ Melissa A. Hewey*
Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com

JoAnna Suriani*
Janine M. Lopez*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite # 163

3

Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**
510 Meadowmont VIII. Cir. No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*
Benjamin J. Cabranes*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com

*Pro hac vice*

4