# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| ELINOR HILTON and COLLEEN FAGAN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>     v.<br><br>MARKWAYNE MULLIN[1], Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>       Defendants. | Case No. 2:26-cv-00092-JAW |

## JOINT MOTION UNDER LOCAL RULE 26(d) FOR ENTRY OF HEIGHTENED CONFIDENTIALITY ORDER

Pursuant to Local Rule 26(d), the Parties to the above-captioned case, by and through their undersigned counsel, hereby jointly move for the entry of the accompanying [Proposed] Heightened Confidentiality Order (the "Proposed Order"). The

---

[1] The Complaint names as a Defendant Kristi Noem in her official capacity as then-Secretary of Homeland Security. Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.

1

Parties expect that discovery will likely involve the disclosure of confidential information protected from disclosure by law and likely to be detrimental if disclosed.

The Parties thus respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A**.

1.      The Proposed Order modifies this Court's Form Heightened Confidentiality Order in the following material ways:

   a.      Paragraph 3 includes a proposed modification to make clear that information compiled for law enforcement purposes that would be exempt from disclosure under Exemption 7 of the Freedom of Information Act (5 U.S.C. § 552(b)(7)) is covered by the Order, as the Parties anticipate that discovery in this case will involve such information.

   b.      Paragraph 12 includes a proposed modification to outline the steps that the Parties should reasonably take in the event of an unauthorized disclosure.

   c.      Paragraph 15(a) includes a proposed modification to ensure that protected information is safeguarded during the pendency of any dispute regarding a confidential or attorneys' eyes only designation.

   d.      Paragraph 23 includes a clause stating that this Order constitutes an order of the Court expressly authorizing the release of information that would otherwise be protected from disclosure under the Privacy Act, in accordance with 5 U.S.C. § 522a(b)(12), and provides that the provisions of the Order apply to such information produced in discovery.

Pursuant to Local Rule 26(d), attached as **Exhibit B** is a version of the Proposed Order that shows, in redline, the proposed modifications to the Form Heightened Confidentiality Order.

WHEREFORE, the Parties request that the Court (a) enter the Proposed Order, and (b) grant such additional relief as the Court deems appropriate.

Dated: April 6, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Natalie M. Villalon*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

*Counsel for Defendants*

3

*/s/ JoAnna Suriani*
JoAnna Suriani*
Janine M. Lopez*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org

Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**
510 Meadowmont VIII. Cir. No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*
Benjamin J. Cabranes*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com

4

jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com

*Pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Natalie M. Villalon, hereby certify that on April 6, 2026, I caused the foregoing

motion to be filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which

sent notice to all parties receiving notification through CM/ECF.


By: /s/ *Natalie M. Villalon*
Natalie M. Villalon