**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ELINOR HILTON and COLLEEN FAGAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,

Defendants.

Case No. 2:26-cv-00092-JAW

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPONSIVE PLEADING**

Defendants in the above-captioned case, through undersigned counsel, hereby respectfully request a thirty-day extension of time to answer or otherwise respond to the operative complaint, ECF No. 29. Plaintiffs do not oppose this request.

In support of the motion, Defendants state as follows:

1. Plaintiffs filed the initial complaint on February 23, 2026, and served the complaint and summons upon the United States Attorney for the District of Maine on March 13, 2026, making Defendants' responsive pleading due on May 12, 2026, by operation of Federal Rule of Civil Procedure 12(a)(2).

2. Plaintiffs filed a Motion for Temporary Restraining Order on February 23, 2026, ECF No. 3, which was denied by Order issued March 23, 2026, ECF No. 24.

3. Consistent with representations made at the Hearing on Plaintiffs' Motion for Temporary Restraining Order held on March 16, 2026, the parties engaged in negotiations to permit a limited period of expedited discovery in advance of Plaintiffs' contemplated Motion for a Preliminary Injunction. To that end, on April 1, 2026, the parties filed a Motion for Entry of a Joint Expedited Discovery Plan and Proposed Scheduling Order, ECF No. 25, which the Court granted by Order entered the same day, ECF No. 26.

4. The operative scheduling order, ECF No. 25, provides for an expedited discovery window from April 1, 2026, to May 22, 2026, and requires Plaintiffs to move for a preliminary injunction by May 29, 2026.

5. On April 27, 2026, Plaintiffs filed a first amended complaint, ECF No. 29, adding two new plaintiffs and sets of factual allegations to the original complaint. By operation of Federal Rule of Civil Procedure 15(a)(3), Defendants' responsive pleading is due on May 12, 2026.

6. In light of the amended complaint, the parties have begun conferrals regarding proposed amendments to the operative scheduling order. Defendants have offered to forgo a responsive pleading and preliminary injunction briefing in favor of

moving directly into a discovery posture and expedited summary judgment briefing schedule. Plaintiffs have rejected this proposal and requested to negotiate an enlarged schedule for expedited discovery and preliminary injunction briefing to include the two additional plaintiffs' allegations in the amended complaint. The parties' conferrals on amendments to the overall case schedule are still ongoing, and they anticipate jointly filing a motion to amend the operative scheduling order by the end of this week. The parties anticipate that their larger scheduling discussions will include further discussion of the responsive pleading deadline.

7. In light of the above, Defendants do not believe it would be an efficient use of the parties' or the Court's resources to litigate an anticipated Rule 12 motion at this time.

8. Accordingly, Defendants respectfully seek an unopposed thirty-day extension of their responsive pleading deadline, from May 12, 2026, to June 11, 2026.

Dated: May 11, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Natalie M. Villalon*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

*Counsel for Defendants*