UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS, <br>   on behalf of themselves and all others similarly situated, <br><br>        Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS, <br><br>        Defendants. | Case No. 2:26-cv-00092-JAW <br><br><br> **MOTION FOR ENTRY OF JOINT AMENDED EXPEDITED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

The Parties hereby jointly move for the entry of the following amended expedited discovery scheduling order, which would amend the currently operative scheduling order (ECF No. 26), governing pretrial proceedings leading up to a hearing on Plaintiffs' motion for preliminary injunction and (if applicable) class certification.

| Date | Event |
| --- | --- |
| 21 days from the date of service | Parties' responses to written discovery requests served by the opposing party due, except as otherwise agreed. |
| Tuesday, May 26, 2026 | Substantial completion of production of documents responsive to Plaintiffs' Expedited First Set of Requests for Production, Requests 1–3. The Parties agree to make good-faith efforts to produce documents on a rolling basis as documents become available. |
| Monday, June 1, 2026 | Privilege log for documents produced in response to Plaintiffs' Expedited First Set of Requests for Production, Requests 1-3, due. |
| Friday, June 5, 2026 | Substantial completion of production of documents responsive to Defendants' Expedited First Set of Requests for Production. The parties agree to make good-faith efforts to produce documents on a rolling basis as documents become available. |
| Wednesday, June 10, 2026 | Substantial completion of production of documents responsive to Plaintiffs' Expedited First Set of Requests for Production, Requests 4–5, and Plaintiffs' Expedited Second Set of Requests for Production. The Parties agree to make good-faith efforts to produce documents on a rolling basis as documents become available. |
| Friday, June 12, 2026 | Privilege log for documents produced in response to Defendants' Expedited First Set of Requests for Production to Plaintiffs Hilton and Fagan due. |
| Wednesday, June 17, 2026 | Privilege log for documents produced in response to Plaintiffs' Expedited Second Set of Requests for Production due. |
| Monday, June 22, 2026 | Substantial completion of production of documents responsive to Defendants' Expedited First Set of Requests for Production to Plaintiffs Pantos and Williams due. |
| Monday, June 29, 2026 | Privilege log for documents produced in response to Defendants' Expedited First Set of Requests for Production to Plaintiffs Pantos and Williams due. |

| Date | Event |
|---|---|
| Thursday, July 2, 2026 | Close of expedited discovery.[1] |
| Friday, July 17, 2026 | Plaintiffs' motion for preliminary injunction and (if applicable) motion for class certification due.[2] |
| Friday, July 17, 2026 | Defendants' Responsive Pleading due. |
| Friday, August 7, 2026 | Defendants' opposition(s) to Plaintiffs' motions due. Plaintiffs' opposition(s) to Defendants' motions due. |
| Wednesday, August 19, 2026 | Plaintiffs' reply due. Defendants' reply(ies) due. |
| Week of August 24, 2026 | Hearing on motions for preliminary injunction and (if applicable) class certification hearing, or such other date as may be set by the Court. |

---

[1] The Parties will work in good faith to schedule depositions at times mutually convenient for the deponent and relevant counsel, with the last deposition to occur no later than two (2) days before the close of expedited discovery.

[2] Since April 24, 2026, Defendants have asked Plaintiffs to provide clarity as to whether they are seeking to certify a class at the close of expedited discovery. Plaintiffs have notified Defendants that they are still determining whether to seek class wide relief for their forthcoming preliminary injunction and reserve the right, depending on the Parties' discovery responses during this expedited discovery period, to file a motion for provisional class certification by the date proposed in this schedule. Defendants have conveyed to Plaintiffs that their decision with respect to filing a class motion necessarily affects the parties' scope of discovery in this limited and expedited period.

Dated: May 26, 2026

Respectfully submitted,

/s/ *Joanna Suriani*

JoAnna Suriani*
Janine M. Lopez*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**
510 Meadowmont VIII. Cir. No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com

Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*
Benjamin J. Cabranes*
Tyler T. Mikulis*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW

Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com
tmikulis@dirllp.com
*Pro hac vice*


ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director

/s/ *Natalie M. Villalon*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

*Counsel for Defendants*