UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ELINOR HILTON, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 2:26-cv-00092-JAW |
| | ) | |
| TODD LYONS, Acting Director, | ) | |
| U.S. Immigration and Customs | ) | |
| Enforcement, et al., | ) | |
| | ) | |
| Defendants | ) | |

## PROCEDURAL ORDER

In response to some of Defendants' discovery requests, Plaintiffs have asserted the

First Amendment privilege.  The parties disagree regarding applicability and scope of the

privilege.  The Court and the parties agree that written argument on the issue is warranted.

Accordingly, the Court orders:

1.  Plaintiffs shall file their written argument on or before August 4, 2026.

2.  Defendants shall file their written response on or before August 11, 2026.

3.  Plaintiffs shall file their reply argument on or before August 14, 2026.

4.  The length of the parties' filings shall be as provided for non-dispositive matters

   in District of Maine Local Rule 7(d).

## <u>NOTICE</u>

Any objections to this order shall be filed in accordance with Federal Rule of Civil
Procedure 72.

/s/ John C. Nivison
Dated:  July 29, 2026                    U.S. Magistrate Judge