UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS,<br>  on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>          Defendants. | Case No. 2:26-cv-00092-JAW<br><br><br><br>**JOINT MOTION FOR ENTRY OF AMENDED EXPEDITED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

The Parties hereby jointly move for the entry of the following amended expedited discovery scheduling order, which would amend the currently operative scheduling order (ECF Nos. 46 & 48), governing pretrial proceedings leading up to a hearing on Plaintiffs' motion for preliminary injunction and (if applicable) class certification.  The dates that remain operative in the current scheduling order are *italicized* for ease of reference; the new dates jointly agreed-upon and proposed by the parties are reflected on page 2 of this motion in non-italicized font.

| Date | Event |
| --- | --- |
| *21 days from the date of service* | *Parties' responses to written discovery requests served by the opposing party due, except as otherwise agreed.* |
| *Tuesday, May 26, 2026* | *Substantial completion of production of documents responsive to Plaintiffs' Expedited First Set of Requests for Production, Requests 1–3. The Parties agree to make good-faith efforts to produce documents on a rolling basis as documents become available.* |
| *Monday, June 1, 2026* | *Privilege log for documents produced in response to Plaintiffs' Expedited First Set of Requests for Production, Requests 1-3, due.* |
| *Friday, June 5, 2026* | *Substantial completion of production of documents responsive to Defendants' Expedited First Set of Requests for Production. The parties agree to make good-faith efforts to produce documents on a rolling basis as documents become available.* |
| *Wednesday, June 10, 2026* | *Substantial completion of production of documents responsive to Plaintiffs' Expedited First Set of Requests for Production, Requests 4–5, and Plaintiffs' Expedited Second Set of Requests for Production. The Parties agree to make good-faith efforts to produce documents on a rolling basis as documents become available.* |
| *Friday, June 12, 2026* | *Privilege log for documents produced in response to Defendants' Expedited First Set of Requests for Production to Plaintiffs Hilton and Fagan due.* |
| *Wednesday, June 17, 2026* | *Privilege log for documents produced in response to Plaintiffs' Expedited Second Set of Requests for Production due.* |
| *Monday, June 22, 2026* | *Substantial completion of production of documents responsive to Defendants' Expedited First Set of Requests for Production to Plaintiffs Pantos and Williams due.* |
| *Monday, June 29, 2026* | *Privilege log for documents produced in response to Defendants' Expedited First Set of Requests for Production to Plaintiffs Pantos and Williams due.* |

1

| Date | Event |
| --- | --- |
| Friday, August 28, 2026 | Close of expedited discovery. |
| Friday, September 4, 2026 | Plaintiffs' motion for preliminary injunction and (if applicable) motion for class certification due. |
| Friday, September 4, 2026 | Defendants' Responsive Pleading due. |
| Friday, September 25, 2026 | - Defendants' opposition(s) to Plaintiffs' motion(s) due. - Plaintiffs' opposition to Defendants' Responsive Pleading due (if applicable). |
| Friday, October 9, 2026 | - Plaintiffs' Reply due. - Defendants' Reply due. |
| Week of October 12, 2026 | Hearing on motions for preliminary injunction and (if applicable) class certification hearing, or such other date as may be set by the Court. |

Dated: July 29, 2026

Respectfully submitted,

/s/ *Tyler T. Mikulis*

JoAnna Suriani*
Janine M. Lopez*
F. Elias Boujaoude*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org
elias.boujaoude@protectdemocracy.org

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**
510 Meadowmont VIII. Cir. No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com

Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*

3

Benjamin J. Cabranes*
Tyler T. Mikulis*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com
tmikulis@dirllp.com
*Pro hac vice*


ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director

/s/ *J. Stephen Tagert*

NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

*Counsel for Defendants*

4