# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

------------------------------

ELINOR HILTON, COLLEEN FAGAN,      Case No.:

POLYXENIA PANTOS, AND CARLYN       26-CV-00092-JAW

WILLIAMS, ON BEHALF OF

THEMSLEVES AND ALL OTHERS

SIMILARLY SITUATED,

              Plaintiff,

v.

MARKWAYNE MULLIN, SECRETARY

OF HOMELAND SECURITY, ET AL.,

              Defendant.

------------------------------

CONFIDENTIAL DEPOSITION OF POLYXENIA JEANNE PANTOS

Portland, Maine

Thursday, July 23, 2026

10:11 a.m.


CONTAINS CONFIDENTIAL INFORMATION


Job No.: 642254

Pages: 1 - 105

Recorded by: Raechel Meyerowich

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Polyxenia Jeanne Pantos
Conducted on July 23, 2026                    2

Deposition of Polyxenia Jeanne Pantos, held
at the offices of:

UNITED STATES ATTORNEY'S OFFICE - DISTRICT
OF MAINE
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101

Pursuant to Notice, before Raechel Meyerowich,
Reporter, and Sandra Dow, Notary Public in and for
the State of Maine.

# Filed Under Seal