# EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

------------------------------

ELINOR HILTON, COLLEEN FAGAN,        Case No.:

POLYXENIA PANTOS, AND CARLYN         26-CV-00092-JAW

WILLIAMS, ON BEHALF OF

THEMSLEVES AND ALL OTHERS

SIMILARLY SITUATED,

              Plaintiff,

v.

MARKWAYNE MULLIN, SECRETARY

OF HOMELAND SECURITY, ET AL.,

              Defendant.

------------------------------

CONFIDENTIAL DEPOSITION OF CARLYN WILLIAMS

Portland, Maine

Thursday, July 23, 2026

2:02 p.m.

CONTAINS CONFIDENTIAL INFORMATION

Job No.: 642254

Pages: 1 - 113

Recorded by: Raechel Meyerowich

Deposition of Carlyn Williams, held at the offices of:

UNITED STATES ATTORNEY'S OFFICE - DISTRICT OF MAINE

100 Middle Street

East Tower, 6th Floor

Portland, Maine 04101

Pursuant to Notice, before Raechel Meyerowich, Reporter, and Sandra Dow, Notary Public in and for the State of Maine.

# Filed Under Seal