# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

-------------------------------x
ELINOR HILTON, COLLEEN       )
FAGAN, POLYXENIA PANTOS,     )
AND CARLYN WILLIAMS, ON      )
BEHALF OF THEMSELVES AND     )
ALL OTHERS SIMILARLY         )
SITUATED,                    )
                             )
          Plaintiffs,        )
                             ) Civil Action No.
                             ) 26-CV-00092-JAW
     v.                      )
                             )
MARKWAYNE MULLIN,            )
SECRETARY OF HOMELAND        )
SECURITY, et al.,            )
                             )
          Defendants.        )
-------------------------------x

CONFIDENTIAL

The entire transcript has been designated CONFIDENTIAL pursuant to the confidentiality designation made on the record.

VIDEOTAPED DEPOSITION OF ELINOR HILTON
Portland, Maine
FRIDAY, JULY 24, 2026
8:20 a.m.

Job No.: 642256

Pages: 1 - 211

Transcribed by:  Wanda Greenlee, CCR No. 1188

CONFIDENTIAL
Transcript of Elinor Hilton
Conducted on July 24, 2026                    2

VIDEOTAPED DEPOSITION OF ELINOR HILTON,

conducted at the offices of:

United States Attorney's Office - District of Maine
100 Middle Street
Portland, Maine 04101

Pursuant to agreement, before Raechel

Meyerowich, Notary Public in and for the State of Maine.

# Filed Under Seal