# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

----------------------------x
ELINOR HILTON, COLLEEN      )
FAGAN, POLYXENIA PANTOS,    )
AND CARLYN WILLIAMS, ON     )
BEHALF OF THEMSELVES AND    )
ALL OTHERS SIMILARLY        )
SITUATED,                   )
                            )
          Plaintiffs,       )
                            ) Civil Action No.
                            ) 26-CV-00092-JAW
     v.                     )
                            )
MARKWAYNE MULLIN,           )
SECRETARY OF HOMELAND       )
SECURITY, et al.,           )
                            )
          Defendants.       )
 ----------------------------x


CONFIDENTIAL
The entire transcript has been designated CONFIDENTIAL
pursuant to the confidentiality designation made on the
record.


VIDEOTAPED DEPOSITION OF COLLEEN FAGAN
Portland, Maine
FRIDAY, JULY 24, 2026
1:41 p.m.


Job No.: 642256

Pages: 1 - 123

Transcribed by:  Wanda Greenlee, CCR No. 1188

CONFIDENTIAL
Transcript of Colleen Fagan
Conducted on July 24, 2026                              2

VIDEOTAPED DEPOSITION OF COLLEEN FAGAN,

conducted at the offices of:

United States Attorney's Office - District of Maine
100 Middle Street
Portland, Maine 04101

Pursuant to agreement, before Raechel

Meyerowich, Notary Public in and for the State of Maine.

# Filed Under Seal