# EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Civil Action No.  2:26-cv-00092-JAW

- - - - - - - - - - - - - - - - - - -X
ELINOR HILTON, et al.,                :
                Plaintiffs            :
                                      :
VS                                    :
                                      :
MARKWAYNE MULLIN, Secretary of        :
Homeland Security, et al.,            :
                Defendants            :
- - - - - - - - - - - - - - - - - - -X


CONFIDENTIAL

ATTORNEYS' EYES ONLY


     Videotaped deposition of DANIEL LAMARCA, taken at the Mystic Marriott Hotel, 625 North Road, Groton, Connecticut, before Clifford Edwards, Certified Shorthand Reporter and Notary Public, in and for the State of Connecticut on Saturday, July 18, 2026, at 8:30 a.m. EDT.

HILTON v MULLIN

Confidential - Attorneys' Eyes Only

Daniel Lamarca
July 18, 2026

2

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFFS:

  L. Rush Atkinson, Esq.
  Benjamin J. Cabranes, Esq.
  Tyler Mikulis, Esq.
  Jeannie S. Rhee, Esq.   (via Zoom)
  DUNN ISAACSON RHEE LLP
  401 9th Street, NW
  Washington, DC 20004
  +1 202.240.2900
  ratkinson@dirllp.com
  bcabranes@dirllp.com
  tmikulis@dirllp.com
  jrhee@dirllp.com

  Janine M. Lopez, Esq.
  PROTECT DEMOCRACY
  2020 Pennsylvania Avenue NW
  Suite 163
  Washington, DC 20006
  janine.lopez@protectdemocracy.org

  JoAnna Suriani, Esq.   (via realtime stream)
  Joanna.suriani@protectdemocracy.org

  Ori Lev, Esq.   (via realtime stream)
  ori.lev@protectdemocracy.org

  Elias Boujaoude, Esq.   (via realtime stream)
  elias.boujaoude@protectdemocracy.org

  Kenneth Parreno, Esq.   (via realtime stream)
  kenneth.parreno@protectdemocracy.org

# Filed Under Seal