**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>     Defendants. | Case No. 2:26-cv-00092-JAW |

# EXHIBIT 8

## WHISTLE TRAINING

## NOISE = VISIBILITY.

**CODE 1:**
**ICE NEARBY**

**BLOW IN A BROKEN RHYTHM:**
PRE–PRE–PRE–PRE!

→ **ALERTS THE COMMUNITY THAT ICE AGENTS ARE IN THE AREA.**

**CODE 2:**
**CODE RED**

**BLOW IN A CONTINUOUS, STEADY RHYTHM:**

→ ICE IS DETAINING SOMEONE.
FORM A CROWD.
STAY LOUD.

STAY NONVIOLENT.
DON'T STAY SILENT.

**This is the training.**   **Congrats, you are trained.**



EXHIBIT

Defense 36

Planet Depos, LLC