UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ELINOR HILTON, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 2:26-cv-00092-JAW |
| | ) | |
| TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON DISCOVERY ISSUES**

Following a videoconference with the parties regarding several discovery issues, as discussed on the record, the Court finds and orders:

1. As to document numbered DEFS000001, on or before August 20, 2026, Defendants shall produce the information listed under "DATASOURCE" regarding Plaintiff Hilton. As to document number DEFS000322, on or before August 20, 2026, Defendants shall produce the information listed under "DATASOURCE" regarding Plaintiff Pantos.
2. On or before August 19, 2026, Defendants shall provide the Court with unredacted versions (with the redactions highlighted) of documents numbered DEFS000620-44 and DEFS000834 for an in camera review.
3. Defendants shall continue their search for the memorandum and the related communication documents that the Court previously ordered Defendants to

produce. (*See* Order at 5 ¶ 3, ECF No. 56.) By close of business on August 20, 2026, Defendants shall produce the responsive documents that Defendants have located to that point. Defendants shall produce the remaining responsive documents on or before August 28, 2026.

4. Regarding the cell phone data that the Court has ordered Defendants to produce, the Court cannot on the current record conclude that the information is essential to the proceedings related to Plaintiff's anticipated motion for preliminary injunction. The Court, therefore, will not establish a deadline by which the documents must be produced. Defendants, however, shall continue to use reasonable efforts to produce the documents as they become available.[1]

**NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 19th day of August, 2026.

---

[1] The Court acknowledges that counsel for Defendants will likely have less time to devote to the production during the upcoming motion briefing period. While Defendants' obligation to produce documents is not suspended during the briefing period, any assessment of the reasonableness of the Defendants' efforts will consider the context in which Defendants are working to produce the documents (i.e., during the briefing period).