UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW<br><br>**JOINT MOTION FOR ENTRY OF AMENDED EXPEDITED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

The Parties hereby jointly move for the entry of the following amended expedited discovery scheduling order, which would amend the currently operative scheduling order (ECF No. 67), governing pretrial proceedings leading up to a hearing on Plaintiffs' Motion for Preliminary Injunction. The Parties do not seek modification of the close of expedited discovery deadline currently set for August 28, and request to modify only the briefing deadlines for the Plaintiffs' forthcoming Motion for Preliminary Injunction and Defendants' Responsive Pleading. Since the entry of the most recent scheduling order, Plaintiffs have notified Defendants that they do not intend to move for provision class certification at this time, and thus, the Parties have removed references to that prospective briefing from the proposed amended schedule below.

| **Date** | **Event** |
|---|---|
| Friday, August 28, 2026 | Close of expedited discovery. |
| Friday, September 11, 2026 | Plaintiffs' deadline to file Motion for Preliminary Injunction. |
| Friday, September 11, 2026 | Defendants' deadline to file Responsive Pleading to Plaintiffs' First Amended Complaint |
| Friday, October 2, 2026 | - Defendants' deadline to file opposition to Plaintiffs' Motion for Preliminary Injunction.<br><br>- Plaintiffs' deadline to file opposition to Defendants' Responsive Pleading (if applicable). |
| Friday, October 16, 2026 | - Plaintiffs' deadline to file Reply in support of Motion for Preliminary Injunction.<br><br>- Defendants' deadline to file Reply in support of Responsive Pleading (if applicable). |
| Week of October 19, 2026 | Hearing on Motion for Preliminary Injunction, or such other date as may be set by the Court. |

Dated: August 24, 2026

Respectfully submitted,

/s/ *Benjamin J. Cabranes*

JoAnna Suriani*
Janine M. Lopez*
F. Elias Boujaoude*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org
elias.boujaoude@protectdemocracy.org

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**
101 Glen Lennox, Suite 300
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com

Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*

Benjamin J. Cabranes*
Tyler T. Mikulis*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com
tmikulis@dirllp.com
**Pro hac vice*

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director

/s/ *J. Stephen Tagert* ____________________

NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

*Counsel for Defendants*