**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

ELINOR HILTON, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, et al,

Defendants.

Case No. 2:26-cv-00092-JAW

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPONSIVE PLEADING**

Defendants in the above-captioned case, through undersigned counsel, hereby respectfully request a seven-day extension of time to answer or otherwise respond to the operative complaint, ECF No. 29. Plaintiffs do not oppose this request.

In support of the motion, Defendants state as follows:

1. Plaintiffs filed the initial complaint on February 23, 2026, and served the complaint and summons upon the United States Attorney for the District of Maine on March 13, 2026, making Defendants' responsive pleading due on May 12, 2026, by operation of Federal Rule of Civil Procedure 12(a)(2).

2. Plaintiffs filed a Motion for Temporary Restraining Order on February 23, 2026, ECF No. 3, which was denied by Order issued March 23, 2026, ECF No. 24.

3. Consistent with representations made at the Hearing on Plaintiffs' Motion for Temporary Restraining Order held on March 16, 2026, the parties engaged in negotiations to permit a limited period of expedited discovery in advance of Plaintiffs' contemplated Motion for a Preliminary Injunction.

4. The operative scheduling order, ECF Nos. 86 & 87, provided for an expedited discovery window ending on August 28, 2026, and for Plaintiffs to move for a preliminary injunction and for Defendants to file their responsive pleading to Plaintiffs' First Amended Complaint on September 11, 2026.

5. Defendants seek an extension of the deadline to file their responsive pleading to Plaintiffs' First Amended Complaint, for good cause as set forth below.

6. Defendants intend to file a motion raising defenses to the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). In support of their defenses to subject matter jurisdiction under Rule 12(b)(1), Defendants intend to attach evidence obtained during expedited discovery relevant to the issue of standing.

7. On April 13, 2026, Defendants served their Expedited First Set of Requests for Production of Documents to Elinor Hilton and Colleen Fagan. In relevant part, these Requests sought all documents, writings, and communications prepared or received by Hilton or Fagan concerning "opportunities to observe and/or record ICE activity in Maine, from January 20, 2025, to the present." Defendants also requested their documents, writings, and communications concerning "any chilling effect or other adverse effect—e.g., any decision to not observe any activity…—allegedly caused by" their respective encounters with ICE. On May 21, 2026, following the First Amended Complaint, Defendants served materially similar Requests for Production to the two new plaintiffs, Polyxenia Pantos and Carlyn Williams.

8. It is Defendants' position that documents responsive to the above-referenced Requests for Production are highly relevant to Defendants' threshold defenses in this case.

8. Plaintiffs have withheld documents responsive to the above-referenced Requests for Production based on the First Amendment privilege.

9. On July 20, 2026, Defendants brought the parties' dispute over the applicability and scope of Plaintiffs' First Amendment privilege claims to the Court pursuant to Local Rule 26(c).

10. Since then, the Court has received the parties' full written submissions and conducted multiple conferences with the parties, most recently on September 2, 2026, to discuss Plaintiffs' assertion of the First Amendment privilege in response to Defendants' discovery requests.

11. On September 3, 2026, the Court issued a written order requiring Plaintiffs to submit copies of the seventy documents withheld from discovery based on the First Amendment privilege for in-camera review. ECF No. 95.

12. Considering the volume of documents undergoing in-camera review and the likelihood that at least some of those documents will be highly relevant to threshold defenses that Defendants plan to raise in their motion to dismiss, Defendants seek a modest extension of their responsive pleading deadline to allow an adequate opportunity to assess and incorporate into their motion any materials that Plaintiffs may produce following the Court's completion of in-camera review and issuance of an order.

13. Additionally, considering the above and the likelihood of a substantial overlap in the substantive arguments that will be raised in the upcoming motions, Defendants approached Plaintiffs with a proposal for four rounds of briefing on the upcoming motions, which would allow Defendants to file their motion to dismiss and

their opposition to Plaintiffs' motion for preliminary injunction on the same date: September 25, 2026.

13. Plaintiffs represented that they do not believe a modification of Defendants' responsive pleading deadline is necessary and opposed Defendants' initial proposal. In an effort to reach agreement, Plaintiffs stated that they would not oppose a 7-day extension of Defendants' responsive pleading deadline and the following briefing schedule:

a. September 11, 2026: Plaintiffs' Preliminary Injunction Motion

b. September 18, 2026: Defendants' Motion to Dismiss

c. October 2, 2026: Defendants' Opposition to the PI

d. October 9, 2026: Plaintiffs' Opposition to the MTD

e. October 16, 2026: Plaintiffs' PI Reply; Defendants' MTD Reply

14. Accordingly, Defendants respectfully seek an unopposed seven-day extension of their responsive pleading deadline, from September 11, 2026, to September 18, 2026.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER HAAS
Branch Director

/s/ *Natalie M. Villalon*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

*Counsel for Defendants*