**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ELINOR HILTON, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | **Civil Action No. 26-cv-00092-JAW** |
| | ) | |
| MARKWAYNE MULLIN,<br>Secretary of Homeland Security, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION FOR LEAVE TO WITHDRAW</u>**

Undersigned counsel, Tyler T. Mikulis, respectfully requests that the Court grant him leave to withdraw as counsel for Plaintiffs Elinor Hilton, Colleen Fagan, Polyxenia Pantos, and Carlyn Williams ("Plaintiffs"). Attorneys Karen L. Dunn, Jeannie S. Rhee, L. Rush Atkinson, Yotam Barkai, John Paredes, and Benjamin J. Cabranes of Dunn Isaacson Rhee LLP; JoAnna Suriani, Janine M. Lopez, F. Elias Boujaude, Genevieve Nadeau, Kenneth Parreno, and Jessica Marsden of Protect Democracy Project; and Melissa A. Hewey and David M. Kallin of Drummond Woodsum will continue to represent the Plaintiffs as counsel of record.

Dated: September 18, 2026

Respectfully submitted,

/s/ *Tyler T. Mikulis*
Tyler T. Mikulis*
Karen L. Dunn*
Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*
Benjamin J. Cabranes*
Tyler T. Mikulis*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
tmikulis@dirllp.com
kdunn@dirllp.com
jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com

JoAnna Suriani*
Janine M. Lopez*
F. Elias Boujaoude*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org
elias.boujaoude@protectdemocracy.org

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**

101 Glen Lennox, Suite 300
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com
**Pro hac vice*

Counsel for Plaintiffs