**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,

Defendants.

Case No. 2:26-cv-00092-JAW

## ERRATA

Defendants file this errata to correct footnote 2 in Defendants' objection to the Magistrate Judge's orders dated September 3 (ECF No. 95) and September 8 (ECF No. 99). That footnote stated: "Plaintiffs designated pages 136, 139, 140, and 159 of Plaintiff Hilton's deposition as confidential, so Defendants have provided a copy of the excerpts of her deposition with those pages under seal. All other pages quoted were not designated as

confidential." ECF No. 109 at 3 n.2. The footnote was mistaken: Plaintiffs designated the entirety of their Plaintiffs' transcripts as "Confidential" and designated pages 136, 139, 140, and 159 as "Attorney's Eyes Only." Thus, all exhibits containing deposition excerpts that were previously public (ECF Nos. 109-1, 109-2, 109-4, and 109-5) should be under seal for the time being, and Defendants file this corrected version of ECF No. 109 to remove footnote 2 and redact additional information learned from those depositions to err on the side of caution. Defendants have also reattached the public exhibits, including a corrected version of Exhibit 15, which was correctly labeled but was a duplicate of Exhibit 16.

Defendants maintain, however, that none of this information should be withheld from the public view and that Plaintiffs are responsible for providing an explanation for why the information should be sealed. Defendants are simultaneously filing, under seal, a corrected motion to seal and a corrected version of the Defendants' unredacted objection with the sealed exhibits.

Dated: September 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER HAAS
Branch Director

*/s/ J. Stephen Tagert*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-5486
Natalie.M.Villalon@usdoj.gov

Stephen.Tagert@usdoj.gov

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

*Counsel for Defendants*