**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW |

**DECLARATION OF NATALIE VILLALON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Natalie Villalon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Department of Justice and represent the defendants in this case. I submit this declaration in support of Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the roster of personnel deployed to Operation Catch of the Day. Redactions have been applied to the roster to protect Confidential personally identifiable information and law enforcement sensitive information.

3. Attached hereto as Exhibit B is a true and correct excerpt from a hearing held May 12, 2026. Ex. A, Discov. Hrg Tr. 05/12/2026.

4. Attached hereto as Exhibit C is a true and correct copy of excerpted material from Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Interrogatories to Elinor Hilton and Colleen Fagan. Plaintiffs have designated these

documents either "Confidential" or "Attorneys Eyes Only" pursuant to the Heightened Confidentiality Order (ECF No. 28).

5. Attached hereto as Exhibit D is a true and correct copy of excerpted material from Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Interrogatories to Polyxenia Pantos and Carlyn Williams. Plaintiffs have designated these documents either "Confidential" or "Attorneys Eyes Only" pursuant to the Heightened Confidentiality Order (ECF No. 28).

6. Attached hereto as Exhibit E is a true and correct copy of an order published today by the United States District Court for the District of Minnesota in *Tincher v. Mullin*, No. 25-cv-4469 (Sep. 18, 2026).

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt printed from a report posted publicly by the Maine Immigrant Rights Coalition, regarding data from Operation Catch of the Day.

8. Attached hereto as Exhibit G is a true and correct copy of an excerpt printed from a report posted publicly by the Maine Immigrant Rights Coalition, regarding apprehension data in Maine.

8. Attached hereto as Exhibit H is a true and correct copy of an X post by Senator Susan Collins dated January 29, 2026. Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Requests for Production of Documents to Elinor Hilton and Colleen Fagan

9. Attached hereto as Exhibit I is a true and correct copy of excerpted material from Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Requests for Production of Documents to Elinor Hilton and Colleen Fagan. Plaintiffs

have designated these documents either "Confidential" or "Attorneys Eyes Only" pursuant to the Heightened Confidentiality Order (ECF No. 28).

10. Attached hereto as Exhibit J is a true and correct copy of excerpted material from Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Requests for Production of Documents to Polyxenia Pantos and Carlyn Williams. Plaintiffs have designated these documents either "Confidential" or "Attorneys Eyes Only" pursuant to the Heightened Confidentiality Order (ECF No. 28).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2026.

/s/ *Natalie M. Villalon*
NATALIE M. VILLALON