# Defendants’ Motion to Dismiss, Exhibit A

# EXHIBIT 45

# FILED UNDER SEAL

Date: 08/16/2026

Number of enforcement personnel: [redacted]

| Team # | Agency | Office | Job Title | First | Last | Email | Phone | Position | TDY/Local | Arrival Date | Departure Date | Area of Operation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ERO | Boston | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 1 | ERO | Boston | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 1 | ERO | Boston | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 1 | ERO | Boston | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 1 | ERO | Boston | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 1 | ERO | Boston | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 2 | ERO | Buffalo | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 2 | ERO | Buffalo | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 2 | ERO | Buffalo | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 2 | ERO | Buffalo | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 2 | ERO | Buffalo | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 2 | ERO | Buffalo | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 3 | ERO | Chicago | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 3 | ERO | Chicago | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 3 | ERO | Chicago | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 3 | ERO | Chicago | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 3 | ERO | Chicago | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 3 | ERO | Chicago | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 4 | ERO | New York | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 4 | ERO | New York | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 4 | ERO | New York | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 4 | ERO | New York | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 4 | ERO | New York | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 4 | ERO | New York | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 5 | ERO | Newark | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 5 | ERO | Newark | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 5 | ERO | Newark | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 5 | ERO | Newark | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 5 | ERO | Newark | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 5 | ERO | Newark | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 6 | ERO | New Orleans | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 6 | ERO | New Orleans | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 6 | ERO | New Orleans | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 6 | ERO | New Orleans | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 6 | ERO | New Orleans | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 6 | ERO | New Orleans | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 7 | ERO | Salt Lake City | SDDO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 7 | ERO | Salt Lake City | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 7 | ERO | Salt Lake City | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 7 | ERO | Salt Lake City | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 7 | ERO | Salt Lake City | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 7 | ERO | Salt Lake City | DO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | ERO TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 8 | HSI | Baltimore | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 8 | HSI | Baltimore | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 8 | HSI | Baltimore | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 8 | HSI | Baltimore | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 8 | HSI | Baltimore | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 8 | HSI | Baltimore | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 9 | HSI | New England | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 9 | HSI | New England | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 9 | HSI | New England | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 9 | HSI | New England | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 9 | HSI | New England | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 9 | HSI | New England | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 10 | HSI | New York | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 10 | HSI | New York | SA | [redacted] | [redacted] | [redacted] | | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 10 | HSI | New York | SA | [redacted] | [redacted] | [redacted] | | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 10 | HSI | New York | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 10 | HSI | New York | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Outlying Areas South & Soutwest of Portland (York County) |
| 12 | HSI | Philadelphia | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 12 | HSI | Philadelphia | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 12 | HSI | Philadelphia | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 12 | HSI | Philadelphia | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 12 | HSI | Philadelphia | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 12 | HSI | Philadelphia | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 12 | HSI | Philadelphia | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 13 | HSI | San Diego | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 13 | HSI | San Diego | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | HSI | San Diego | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 13 | HSI | San Diego | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 13 | HSI | San Diego | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 13 | HSI | San Diego | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 14 | HSI | Washington DC | SSA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 14 | HSI | Washington DC | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 14 | HSI | Washington DC | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 14 | HSI | Washington DC | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 14 | HSI | Washington DC | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |
| 14 | HSI | Washington DC | SA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI TDY | 1/19/2026 | 1/26/2026 | Greater Portland Area (Cumberland & York Counties) |

SRT personnel: [redacted]

| Area | Team # | Agency | Office | Job Title | First name | Last name | Email | Phone | Team Position | Specialty | Arrival Date | Departure Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| South/Southwest of Portland | JOC | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | Beacat | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 10 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 10 | HSI | Chicago | | [redacted] | [redacted] | | [redacted] | | | | | |
| South/Southwest of Portland | 10 | HSI | Chicago | | [redacted] | [redacted] | | [redacted] | | | | | |
| South/Southwest of Portland | 10 | HSI | Detroit | [redacted] | [redacted] | [redacted] | | [redacted] | | | | | |
| South/Southwest of Portland | 10 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 9 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 9 | HSI | New England | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 9 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 9 | HSI | New England | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 9 | HSI | Detroit | | [redacted] | [redacted] | | [redacted] | | | | | |
| South/Southwest of Portland | 8 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 8 | HSI | New England | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| South/Southwest of Portland | 8 | HSI | New England | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 1/19/2026 | 1/26/2026 | [redacted] |
| Greater Portland | 8 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/24/2026 | [redacted] |
| Greater Portland | 7 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | [redacted] |
| Greater Portland | 7 | HSI | New England | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/22/2026 | [redacted] |
| Greater Portland | 7 | HSI | New England | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| Greater Portland | 7 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 1/19/2026 | 1/24/2026 | [redacted] |
| Greater Portland | 6 | ERO | Newark | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| Greater Portland | 6 | ERO | Boston | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| Greater Portland | 6 | ERO | Dallas | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| Greater Portland | 6 | ERO | Dallas | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 1/19/2026 | 1/26/2026 | |
| Greater Portland | 6 | ERO | Dallas | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| Greater Portland | 5 | ERO | Dallas | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| Greater Portland | 5 | ERO | Boston | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| Greater Portland | 5 | ERO | Boston | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| Greater Portland | 5 | ERO | Phoenix | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | | |
| Greater Portland | 5 | ERO | Newark | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | |
| North Portland | 4 | ERO | Baltimore | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| North Portland | 4 | ERO | Phoenix | | [redacted] | [redacted] | [redacted] | | | | [redacted]/2026 | | |
| North Portland | 4 | ERO | Phoenix | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | | |
| North Portland | 4 | ERO | Boston | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| North Portland | 4 | ERO | Dallas | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| North Portland | 3 | ERO | Newark | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| North Portland | 3 | ERO | Denver | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | | |
| North Portland | 3 | ERO | Phoenix | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | | |
| North Portland | 3 | ERO | Washington DC | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | |
| North Portland | 3 | ERO | Boston | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 1/19/2026 | 1/26/2026 | [redacted] |
| North Portland | 2 | ERO | Buffalo | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| North Portland | 2 | ERO | Boston | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| North Portland | 2 | ERO | Washington DC | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| North Portland | 2 | ERO | Denver | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | | |
| North Portland | 2 | ERO | Denver | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | | |
| North Portland | 1 | ERO | Dallas | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| North Portland | 1 | ERO | San Antonio | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 | |
| North Portland | 1 | ERO | Dallas | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | |
| | 1 | ERO | Boston | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 1/19/2026 | 1/26/2026 | [redacted] |
| Stage at CBP | 1 | ERO | Boston | | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | [redacted] |
| | | HSI | | | | | | | | | | | |
| | | HSI | NCR | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |
| | | HSI | NCR | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | 1/19/2026 | 1/26/2026 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HSI | NCR | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2026 | 1/26/2026 |

## Maine Operation Team Leaders

| Team # | Agency | Office | Job Title | First | Last | Email | Phone | Area of Operation |
|---|---|---|---|---|---|---|---|---|
| 1 | ERO | Boston | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Greater Portland Area (Cumberland & York Counties) |
| 2 | ERO | Buffalo | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Outlying Areas South & Soutwest of Portland (York County) |
| 3 | ERO | Chicago | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Greater Portland Area (Cumberland & York Counties) |
| 4 | ERO | New York | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 5 | ERO | Newark | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Outlying Areas South & Soutwest of Portland (York County) |
| 6 | ERO | New Orleans | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 7 | ERO | Salt Lake City | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Greater Portland Area (Cumberland & York Counties) |
| 8 | HSI | Baltimore | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 9 | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Greater Portland Area (Cumberland & York Counties) |
| 10 | HSI | New York | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Outlying Areas South & Soutwest of Portland (York County) |
| 11 | HSI | Newark | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Outlying Areas South & Soutwest of Portland (York County) |
| 12 | HSI | Philadelphia | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 13 | HSI | San Diego | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | North of Portland (Androscoggin, Kennebec, & Sagadohoc Counties) |
| 14 | HSI | Washington DC | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Greater Portland Area (Cumberland & York Counties) |

Date: 08/16/2026 Number of JOC personnel: [redacted]

| Team # | Agency | Office | Job Title | First | Last | Email | Phone | Team Position | Status | Arrival Date | Departure Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOC | ERO | OFTP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | JOC | 1/18/2026 | 1/26/2026 |
| JOC | ERO | OFTP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | JOC | 1/18/2026 | 1/26/2026 |
| JOC | ERO | OFTP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | JOC | 1/18/2026 | 1/26/2026 |
| JOC | ERO | OFTP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | JOC | 1/18/2026 | 1/26/2026 |
| JOC | ERO | OFTP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | JOC | 1/18/2026 | 1/26/2026 |
| JOC | ERO | OFTP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | JOC | 1/18/2026 | 1/26/2026 |
| | HSI | OD | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI HQ | 1/18/2026 | 1/26/2026 |
| | HSI | New England | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | HSI ST Management | 1/18/2026 | 1/26/2026 |

Date: 08/16/2026

Number of Local Personnel: 0

| Team # | Agency | Office | Job Title | First | Last | Email | Phone | Position | TDY/Local | Status | Arrival Date | Departure Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|