**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW |

**SEALED EXHIBITS TO DEFENDANTS' MOTION TO DISMISS**

The below exhibits to Defendants' Motion to Dismiss are filed under seal:

1. Ex. B, Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Interrogatories to Elinor Hilton and Colleen Fagan
2. Ex. C, Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Interrogatories to Polyxenia Pantos and Carlyn Williams
3. Ex. H, Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Requests for Production of Documents to Elinor Hilton and Colleen Fagan
4. Ex. I, Plaintiffs' Responses and Objections to Defendants' Expedited First Set of Requests for Production of Documents to Polyxenia Pantos and Carlyn Williams
5. Excerpts from Deposition of Colleen Fagan