# Defendants' Motion to Dismiss, Exhibit F

# Operation Catch of the Day · Interactive Dashboard

MAINE IMMIGRANTS' RIGHTS COALITION · DEPORTATION DATA PROJECT

187
ARRESTS 4 DAYS

46.8/day
AVG PACE

*Analyzing Maine's ICE Surge and Community Impact*

Per FOIA data, ICE conducted Operation Catch of the Day in Maine from **January 20** through **end of day January 23, 2026** — a 4-day operational window during which **187 arrests** were made. DHS publicly announced the operation on January 21; Senator Susan Collins announced an end to enhanced enforcement on January 29, 2026.

## Executive Summary

While immigration enforcement agents have had a presence in Maine for decades, ICE's **Operation Catch of the Day** represented a significant shift in immigration enforcement behavior in our state. This dashboard analyzes the Operation in context using ICE's own apprehension data and shows that the surge **failed at its stated goals** — instead wasting public resources, terrorizing communities, testing compliance with authoritarian tactics, and advancing political retribution against Maine's Democratic leadership.

KEY FINDINGS · OPERATION CATCH OF THE DAY · JAN 20–23, 2026

| TOTAL ARRESTS | DAILY RATE VS 2025 AVG | CRIMINAL CONVICTION | COLLATERAL ARRESTS |
|---|---|---|---|
| 187 | 54× | 6% | 54% |
| ↑ 46.8/day | ↑ 2025: 0.86/day | 12/187 | ↑ 101 of 187 |

80% of people apprehended during the Operation had no previous contact with the U.S. criminal justice system. ICE concentrated a year's worth of enforcement activity into just 4 days — arresting people at **54× the 2025 daily rate** — while pulling in a population overwhelmingly without criminal records.

## Daily Timeline · January 16–29, 2026

ANNOTATED WITH OPERATION CATCH OF THE DAY EVENTS




OPERATION CATCH OF THE DAY · KEY EVENTS