# Defendants' Motion to Dismiss, Exhibit G

MAINE IMMIGRANTS' RIGHTS COALITION · DEPORTATION DATA PROJECT

# Maine ICE Enforcement · Interactive Dashboard

Interactive analysis of ICE arrests and detention activity in Maine, drawn from FOIA-obtained ICE data via the Deportation Data Project. Tabs cover overview metrics, demographics, arrest methods, detention criminality, the full MIRC report, and methodology. **Current data covers from: January 2024 through February 2026.**

i This dashboard contains aggregated ICE enforcement data, obtained via FOIA by the Deportation Data project. By accessing this tool, you agree to use this information responsibly and not for purposes of identifying or targeting individuals. **2026 data covers January and February only.**

MAINE IMMIGRANT RIGHTS COALITION · DEPORTATION DATA PROJECT

Arrests & Detention · January 1, 2024 – February 28, 2026

**OVERVIEW** DEMOGRAPHICS ARREST METHODS DETENTION OUTCOMES DATA SOURCE

SUMMARY · JAN 2024 - FEB 2026

## Maine ICE Apprehension Overview

An ICE "arrest" is the registered moment where someone is seized by an ICE official. Immigration-related arrests have been on the rise in Maine since 2025. Long before Operation Catch of the Day in January 2026.

KEY FIGURES JANUARY 2024 FEBRUARY 2026

2024 · AVERAGE ARRESTS / DAY
**0.5**

2025 · AVERAGE ARRESTS / DAY
**0.9**
▲ 87% vs 2024 pace

2026 · AVERAGE ARRESTS / DAY
**3.9**
▲ 357% vs 2025 pace
⚠ Jan-Feb only

VIEW BY

○ Year ○ Quarter ● Month ○ Day of Week

**ICE arrests in Maine up 538% in January 2026 (204 arrests vs. 32 in December 2025) — the month Operation Catch of the Day was announced.**




DETENTION OUTCOMES · JAN 2024 - FEB 2026

## Maine ICE Detention Overview