Defendants’ Motion to Dismiss, Exhibit H

← **Post**

**Sen. Susan Collins**
@SenatorCollins

While the Department of Homeland Security does not confirm law enforcement operations, I can report that Secretary Noem has informed me that ICE has ended its enhanced activities in the State of Maine.

There are currently no ongoing or planned large-scale ICE operations here. I have been urging Secretary Noem and others in the Administration to get ICE to reconsider its approach to immigration enforcement in the state. I appreciate the Secretary's willingness to listen to and consider my recommendations and her personal attention to the situation in Maine. ICE and Customs and Border Patrol will continue their normal operations that have been ongoing here for many years.

I will continue to work with the Secretary on efforts to end illegal immigration, drug smuggling, and other transnational criminal activity.

> **Sen. Susan Collins** @SenatorCollins · Jan 27
> I have spoken with the White House and with DHS Secretary Noem about the ICE operations. I asked Secretary Noem to pause the operations in both Maine and Minnesota. I believe they should be reviewed and far more targeted in their scope. I have also called for an independent
> Show more

6:08 AM · Jan 29, 2026 · **395.7K** Views