**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO PRELIMINARY INJUNCTION IN EXCESS OF 20 PAGES**

Defendants move under Local Rule 7(d) for leave to extend the page limit on Defendants' memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction due on October 2, 2026, from 20 to 40 pages. Counsel for Plaintiffs confirmed on September 28, 2026, that Plaintiffs do not oppose this request.

Good cause supports Defendants' requested enlargement of pages. Plaintiffs requested and were granted an enlargement of the page limit for their Motion for Preliminary Injunction from 20 to 40 pages, and filed a 40-page brief on September 11, 2026. *See* ECF Nos. 96, 97, 101-1. Defendants require a reciprocal extension of the page limit to respond adequately to Plaintiffs' arguments and factual representations and to provide the Court with a complete picture of the extensive factual record developed through expedited discovery. The requested enlargement will permit Defendants to address that record with sufficient specificity and address the numerous legal issues raised by Plaintiffs' motion.

For these reasons, Defendants request that the Court extend the page limit on the briefing of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: September 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER HAAS
Branch Director

/s/ *Natalie M. Villalon*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

*Counsel for Defendants*