**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, et. al.,<br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, et. al.,<br><br>Defendants. | Case No. 26-cv-00092-JAW |

**DECLARATION OF DOE 3**

I, Doe 3, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age, a current resident of South Portland, Maine. I have lived in Maine for most of my life.

2. In January 2026, I joined several community chats that formed on Signal in response to the surge of immigration agents coming to Maine as a part of the Department of Homeland Security's (DHS) "Operation Catch of the Day." I am still a member of several of these types of community chats.

3. It was my understanding that the purpose of these chats was to share information about ICE activity in our community in the midst of a rapidly escalating situation. In late January 2026, there were a number of violent arrests happening in the Greater Portland area and throughout Maine. Many people I knew were scared and trying to communicate about what the government was doing in order to stay safe and protect each other's rights.

4. The community chats I participated in were used primarily to share information about where there might be a need to observe ICE activity in order to monitor and document any

constitutional violations. A secondary purpose of the chats was to share information about where arrests were happening so that people could choose to avoid the area and not get caught up in unsafe situations like people had observed in other cities.

5. I primarily participated in these chats to understand where incidents involving ICE were occurring and in some instances to go to those places and observe the ICE agents, in order to ensure they were not violating people's rights. At the time Operation Catch of the Day started, I had been hearing for almost a full year about ICE activities in other cities and in other places in Maine that resulted in blatantly unconstitutional use of force, warrantless arrests, and harassment of protestors.

6. When I heard ICE was deploying to Maine, I was concerned about these tactics being used in my city. I remember waking up one morning and ICE was all over the city, smashing windows, dragging people from their cars, and pushing people to the pavement with force. This immediately made it obvious to me and to others that there would be concerning behavior we would want to observe and document. I wanted to make sure the government was protecting the rights of its citizens, not violating them.

7. I was not paid for my participation in the community group chats or any related activity.

8. I never saw anything I would consider illegal in the community chats I was in, nor did I see anyone advocating for violence in any way. People in the chats seemed very serious about the goal of keeping our neighborhoods safe, and illegal or violent behavior would have run counter to that goal. I think people would have been removed from the chat for suggesting anything counter to the purpose of keeping our community safe.

9. I expected that my communications in these community chats would stay private to the members in the chat. The fact that these chats were on Signal meant that the messages were encrypted and even the Signal app itself doesn't have access to what users are saying. I expect all my communications on Signal to be private unless I share them with someone. I also understood that the messages in the chats and the identity of other members were and are meant to be private.

10. I would be very worried for my own safety and the safety of other people I know if my participation and messages in any of these community chats was given to the government. I would stop participating in these chats if they were disclosed to the government. I would also feel I could not continue to participate in any chat or group in which I connect with other people to do any kind of political advocacy, because of the possibility that my participation would put me or others at risk.

11. Specifically, I am worried that my participation in these chats, as well as any messages in these chats, would cause ICE or other parts of the federal government to retaliate against me. I am aware of a number of instances of people who, like me, were legal observers or protestors and who were harassed, arrested, charged with crimes, or even shot and killed as a result of their legal observing activity. I also know federal officials in this administration label anyone who wants to record ICE or protest against them as "domestic terrorists" and "enemies."

12. I am afraid if the government knows I am in these chats or sees messages between people sharing information about how to observe and record ICE, that I will be labeled a domestic terrorist, be investigated or accused of crimes I didn't commit, or even be physically hurt.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2026.

_______*/s/ Doe 3*____________________
Doe 3