**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, et. al.,<br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, et. al.,<br><br>Defendants. | Case No. 26-cv-00092-JAW |

**DECLARATION OF ELINOR HILTON**

I, Elinor Hilton, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration in support of Plaintiffs' Argument in Support of Application of First Amendment Privilege.

2. As I have previously testified, I have been a member of a number of community group Signal chats that were initially formed in January 2026 in response to the surge of agents from the Department of Homeland Security (DHS) to conduct immigration enforcement operations in Maine.

3. The community groups included people concerned about Immigration and Customs Enforcement (ICE) and other agents' treatment of people in our communities, especially when the agents engage in violence or other inhumane tactics.

4. The Signal chats are a way for community members to facilitate communication regarding ICE activities in their neighborhoods so that people can observe operations in public—especially active detentions—take pictures or video to document what is happening, and generally bear witness.

5. I joined these community group chats because I had seen news of "surges" of immigration enforcement in other places, including videos of ICE agents using excessive force and violence toward communities. I was worried the same might happen in Maine and I wanted to be able to document it if it did.

6. I was not paid for my participation in the community group chats or any related activity.

7. If either the members of the community groups chats or their messages were disclosed to the federal government, I would feel less comfortable being part of those groups and likely would leave the chats. I am sure that others would feel and react the same way. I am also sure that if this information were disclosed to the federal government, then there would be less actual observation of ongoing ICE activity. Many people would be afraid of retaliation by the government. Although I understood the group chats to be entirely lawful, I and others in Maine have seen observation and protest criminalized in other places.

8. I also have some fear of the community group chats being made public somehow. I am aware of recent protests following the deadly shooting of a Biddeford resident where influencers from outside of Maine were part of counter-protests. On at least one occasion, counter-protesters brandished weapons and threatened violence, while the police did nothing. I worry that disclosure of the community group chats could invite similar dangerous attention.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2026.

*/s Elinor Hilton*

Elinor Hilton