# EXHIBIT A

***Hilton et al. v. Mullin et al.*, 2:26-cv-00092-JAW (D. Maine)**
**Privilege Log - Withheld Documents**

| In Camera Review # (Beginning page) | Beg Doc Control # | End Doc Control # | Date/Time (UTC) | Document Type | Doc Extension | Custodian | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0012 | #7899.1 | #7899.9 | 1/23/26 12:35 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0001 | #7904.1 | #7904.11 | 1/23/26 0:47 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0085 | #7918.1 | #7918.11 | 1/23/26 21:02 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0074 | #7921.1 | #7921.11 | 1/23/26 20:50 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0107 | #8049.1 | #8049.11 | 1/24/26 19:19 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0040 | #8052.1 | #8052.11 | 1/23/26 16:10 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0062 | #8053.1 | #8053.12 | 1/23/26 20:39 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0031 | #8054.1 | #8054.9 | 1/23/26 15:50 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0021 | #8055.1 | #8055.10 | 1/23/26 14:32 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0096 | #8058.1 | #8058.11 | 1/23/26 21:15 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0051 | #8062.1 | #8062.11 | 1/23/26 18:25 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0144 | #780245.1 | #780245.1 | 1/20/26 13:39 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0147 | #787435.1 | #787435.1 | 1/20/26 8:39 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0146 | #788325.1 | #788325.1 | 1/20/26 8:11 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0143 | #845540.1 | #845540.1 | 1/20/26 13:14 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0145 | #858240.1 | #858240.1 | 1/20/26 13:11 | Image | jpg | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0118 | #1476098.1 | #1476098.12 | 1/24/26 17:49 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity, including message by E. Hilton unrelated to January 21 Encounter. |
| IN CAMERA_0130 | #1476101.1 | #1476101.13 | 1/24/26 18:53 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0149 | #1480660.1 | #1480660.1 | 5/6/2026 | Image | jpeg | Colleen Fagan | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity, including message by C. Fagan unrelated to the January 23 encounter. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0148 | #1480661.1 | #1480661.1 | 5/6/2026 | Image | jpeg | Colleen Fagan | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity, including message by C. Fagan unrelated to the January 23 encounter. |
| IN CAMERA_0204 | EVERSPLIT 0000286 | EVERSPLIT 0000288 | 1/23/26 16:45 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0207 | EVERSPLIT 0000297 | EVERSPLIT 0000298 | 1/23/26 19:12 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0209 | EVERSPLIT 0000310 | EVERSPLIT 0000313 | 1/24/26 19:00 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0213 | EVERSPLIT 0000320 | EVERSPLIT 0000322 | 1/23/26 17:38 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0216 | EVERSPLIT 0000324 | EVERSPLIT 0000324 | 1/23/26 17:38 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0217 | EVERSPLIT 0000330 | EVERSPLIT 0000331 | 1/24/26 13:55 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0219 | EVERSPLIT 0000342 | EVERSPLIT 0000344 | 1/24/26 16:34 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0222 | EVERSPLIT 0000352 | EVERSPLIT 0000353 | 1/24/26 0:22 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0224 | EVERSPLIT 0000362 | EVERSPLIT 0000365 | 1/23/26 17:18 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0228 | EVERSPLIT 0000375 | EVERSPLIT 0000375 | 1/23/26 21:43 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0229 | EVERSPLIT 0000386 | EVERSPLIT 0000387 | 1/23/26 19:28 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0231 | EVERSPLIT 0000403 | EVERSPLIT 0000405 | 1/23/26 18:07 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0234 | EVERSPLIT 0000414 | EVERSPLIT 0000415 | 1/23/26 18:00 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0236 | EVERSPLIT 0000419 | EVERSPLIT 0000421 | 1/23/26 18:00 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0239 | EVERSPLIT 0000428 | EVERSPLIT 0000429 | 1/25/26 17:51 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0241 | EVERSPLIT 0000437 | EVERSPLIT 0000437 | 1/23/26 17:03 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0242 | EVERSPLIT 0000451 | EVERSPLIT 0000454 | 1/23/26 16:24 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0246 | EVERSPLIT 0000473 | EVERSPLIT 0000474 | 1/23/26 18:48 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0248 | EVERSPLIT 0000476 | EVERSPLIT 0000476 | 1/23/26 18:48 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0249 | EVERSPLIT 0000479 | EVERSPLIT 0000482 | 1/23/26 18:48 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0253 | EVERSPLIT 0000488 | EVERSPLIT 0000489 | 1/23/26 17:47 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0255 | EVERSPLIT 0000492 | EVERSPLIT 0000493 | 1/23/26 17:47 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0257 | EVERSPLIT 0000512 | EVERSPLIT 0000514 | 1/23/26 18:36 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0260 | EVERSPLIT 0000517 | EVERSPLIT 0000517 | 1/23/26 18:36 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0261 | EVERSPLIT 0000523 | EVERSPLIT 0000524 | 1/24/26 17:49 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0263 | EVERSPLIT 0000526 | EVERSPLIT 0000527 | 1/24/26 17:49 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0265 | EVERSPLIT 0000538 | EVERSPLIT 0000540 | 1/24/26 18:27 | Signal | chat | Colleen Fagan | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0268 | EVERSPLIT 0000615 | EVERSPLIT 0000617 | 1/24/26 17:27 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0271 | EVERSPLIT 0000625 | EVERSPLIT 0000627 | 1/24/26 19:14 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0274 | EVERSPLIT 0000634 | EVERSPLIT 0000635 | 1/24/26 19:27 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0276 | EVERSPLIT 0000645 | EVERSPLIT 0000646 | 1/24/26 18:15 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0278 | EVERSPLIT 0000652 | EVERSPLIT 0000653 | 1/25/26 19:01 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0280 | EVERSPLIT 0000680 | EVERSPLIT 0000682 | 1/23/26 17:12 | Signal | chat | Elinor Hilton | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0163 | #1554359.1 | #1554359.4 | 1/24/26 11:51 | Signal | chat | Polyxenia Pantos | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0159 | #1554366.1 | #1554366.4 | 1/22/26 19:56 | Signal | chat | Polyxenia Pantos | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0155 | #1554379.1 | #1554379.4 | 1/21/26 18:46 | Signal | chat | Polyxenia Pantos | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0150 | #1555314.1 | #1555314.5 | 1/24/26 13:25 | Signal | chat | Polyxenia Pantos | First Amendment Discovery Privilege | Chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| n/a | #1545727.1 | #1545727.4 | 1/19/26 21:49 | Native Messages | chat | Polyxenia Pantos | Marital Confidential Communications Privilege | Chat between P. Pantos and C. Williams discussing the January 20 Encounter. |
| n/a | #1555630.1 | #1555630.1 | 1/19/26 21:49 | Audio Message | caf | Polyxenia Pantos | Marital Confidential Communications Privilege | Audio message from C. Williams to P. Pantos discussing the January 20 Encounter. |
| n/a | #1545943.1 | #1545943.5 | 3/16/26 19:06 | Native Messages | chat | Polyxenia Pantos | Marital Confidential Communications Privilege | Chat between P. Pantos and C. Williams discussing the March 16 Encounter. |
| n/a | #1553703.1 | #1553703.4 | 1/21/26 1:40 | Signal | chat | Polyxenia Pantos | Marital Confidential Communications Privilege | Chat between P. Pantos and C. Williams discussing the January 20 Encounter. |
| n/a | #1560304.1 | #1560304.4 | 1/19/26 21:49 | Native Messages | chat | Carlyn Williams | Marital Confidential Communications Privilege | Chat between P. Pantos and C. Williams discussing the January 20 Encounter. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| n/a | #1679054.1 | #1679054.4 | 1/21/26 1:40 | Signal | chat | Carlyn Williams | Marital Confidential Communications Privilege | Chat between P. Pantos and C. Williams discussing the January 20 Encounter. |
| IN CAMERA_0167 | #1679207.1 | #1679207.1 | 6/18/26 16:10 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0168 | #1679208.1 | #1679208.1 | 6/23/26 19:25 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0170 | #1679209.1 | #1679209.1 | 6/23/26 23:50 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0169 | #1679210.1 | #1679210.1 | 6/23/26 7:25 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0171 | #1679211.1 | #1679211.1 | 6/23/26 17:16 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0172 | #1679212.1 | #1679212.1 | 6/23/26 18:09 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0173 | #1679215.1 | #1679215.1 | 6/26/26 9:21 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0174 | #1679216.1 | #1679216.1 | 6/30/26 12:16 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0175 | #1679217.1 | #1679217.1 | 7/1/26 13:26 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0176 | #1679218.1 | #1679218.1 | 7/6/26 15:12 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0177 | #1679219.1 | #1679219.1 | 7/7/26 11:47 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0178 | #1679220.1 | #1679220.1 | 7/7/26 12:35 | Image | PNG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0283 | PLAINTIFF S-000058 | PLAINTIFF S-000059 | 2/3/26 16:52 | Email | email | Elinor Hilton | First Amendment Discovery Privilege | Email and attachment depicting information from community Signal group formed for purposes of protected communications and activities. |
| IN CAMERA_0179 | #1679270.1 | #1679270.1 | 6/22/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0180 | #1679246.1 | #1679246.1 | 6/23/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0181 | #1679248.1 | #1679248.1 | 6/24/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0182 | #1679249.1 | #1679249.1 | 6/24/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0183 | #1679250.1 | #1679250.1 | 6/25/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0184 | #1679251.1 | #1679251.1 | 6/24/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0185 | #1679253.1 | #1679253.1 | 6/29/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0186 | #1679259.1 | #1679259.1 | 7/14/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0187 | #1679260.1 | #1679260.1 | 7/16/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0188 | #1679261.1 | #1679261.1 | 7/23/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0189 | #1679262.1 | #1679262.1 | 9/2/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0190 | #1679263.1 | #1679263.1 | 9/2/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0191 | #1679264.1 | #1679264.1 | 9/2/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0192 | #1679265.1 | #1679265.1 | 9/2/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0193 | #1679267.1 | #1679267.1 | 8/19/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0194 | #1679268.1 | #1679268.1 | 9/1/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0195 | #1679269.1 | #1679269.1 | 8/18/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0196 | #1679278.1 | #1679278.1 | 8/31/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0197 | #1679271.1 | #1679271.1 | 8/31/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IN CAMERA_0198 | #1679272.1 | #1679272.1 | 8/31/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0199 | #1679273.1 | #1679273.1 | 8/31/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0200 | #1679274.1 | #1679274.1 | 8/31/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0201 | #1679275.1 | #1679275.1 | 8/31/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0202 | #1679276.1 | #1679276.1 | 9/1/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |
| IN CAMERA_0203 | #1679277.1 | #1679277.1 | 9/2/2026 | Image | JPG | Elinor Hilton | First Amendment Discovery Privilege | Screenshot of chat among community Signal group formed for purposes of protected communications and activities. Chat discusses ICE activity. |