# EXHIBIT B

***Hilton et al. v. Mullin et al.*, 2:26-cv-00092-JAW (D. Maine)**
**Privilege Log - Redactions**

| Beg Bates | End Bates | Date/Time (UTC) | Document Type | Doc Extension | Custodian | Communication / Chat Contributors | Privilege Type | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS-000080 | PLAINTIFFS-000081 | 08/01/2025 2:49:45 PM | Native Messages | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000083 | PLAINTIFFS-000084 | 01/20/2026 4:42:54 PM | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000085 | PLAINTIFFS-000086 | 01/21/2026 3:07:04 PM | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000139 | PLAINTIFFS-000144 | 01/23/2026 12:25:33 PM | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000167 | PLAINTIFFS-000168 | 01/23/2026 5:21:23 PM | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000170 | PLAINTIFFS-000172 | 01/27/2026 9:29:03 PM | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000173 | PLAINTIFFS-000174 | 01/31/2026 1:58:25 PM | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS-000202 | PLAINTIFFS-000202 | 02/08/2026 2:01:00 PM | Image | PNG | Elinor Hilton | | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000203 | PLAINTIFFS-000203 | 02/08/2026 1:42:07 PM | Image | PNG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000204 | PLAINTIFFS-000204 | 02/08/2026 7:01:00 PM | Image | JPG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000205 | PLAINTIFFS-000205 | 02/08/2026 2:05:35 PM | Image | PNG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000206 | PLAINTIFFS-000206 | 02/08/2026 6:42:08 PM | Image | JPG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000208 | PLAINTIFFS-000208 | 02/08/2026 7:01:51 PM | Image | JPG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000209 | PLAINTIFFS-000209 | 02/08/2026 2:01:50 PM | Image | PNG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000211 | PLAINTIFFS-000213 | 1/17/26 14:16 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS-000214 | PLAINTIFFS-000215 | 1/20/26 13:33 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000216 | PLAINTIFFS-000217 | 1/13/26 13:37 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000218 | PLAINTIFFS-000220 | 1/20/26 13:16 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000221 | PLAINTIFFS-000223 | 1/30/26 23:29 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000224 | PLAINTIFFS-000228 | 1/21/26 21:01 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000229 | PLAINTIFFS-000229 | 2/11/25 0:00 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS-000231 | PLAINTIFFS-000233 | 1/21/26 12:26 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000234 | PLAINTIFFS-000235 | 1/20/26 12:46 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000236 | PLAINTIFFS-000237 | 10/28/25 17:43 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text revealing the contact information of chat participants. |
| PLAINTIFFS-000238 | PLAINTIFFS-000239 | 1/23/26 17:12 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000240 | PLAINTIFFS-000240 | 1/23/26 13:52 | Native Messages | chat | Colleen Fagan | [redacted] System Message, +1 [redacted] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000241 | PLAINTIFFS-000242 | 1/26/26 22:12 | Native Messages | chat | Colleen Fagan | [redacted] System Message, +1 [redacted] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS-000243 | PLAINTIFFS-000248 | 1/28/26 19:15 | Native Messages | chat | Colleen Fagan | [redacted] System Message, +1 [redacted] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000249 | PLAINTIFFS-000250 | 1/28/26 19:15 | Native Messages | chat | Colleen Fagan | [redacted] System Message, +1 [redacted] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000251 | PLAINTIFFS-000252 | 1/28/26 19:15 | Native Messages | chat | Colleen Fagan | [redacted] System Message, +1 [redacted] | First Amendment Discovery Privilege<br><br>Non-Responsive Material | First Amendment Discovery Privilege Redactions: Text and metadata revealing the contact information of chat participants.<br><br>Non-Responsive Material Redactions: Text revealing personal health information for non-plaintiff third party. |
| PLAINTIFFS-000253 | PLAINTIFFS-000258 | 1/23/26 10:58 | Native Messages | chat | Colleen Fagan | [redacted] System Message, +1 [redacted] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS-000263 | PLAINTIFFS-000263 | 2/20/26 11:06 | Image | png | Colleen Fagan | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000264 | PLAINTIFFS-000264 | 2/10/26 20:54 | Image | jpeg | Colleen Fagan | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS-000265 | PLAINTIFFS-000265 | 2/8/26 19:05 | Image | JPG | Elinor Hilton | | First Amendment | Text revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Discovery Privilege | |
| PLAINTIFFS -000016 | PLAINTIFFS -000016 | | Image | JPG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000018 | PLAINTIFFS -000018 | | Image | JPG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000019 | PLAINTIFFS -000019 | | Image | JPG | Elinor Hilton | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000034 | PLAINTIFFS -000034 | 2/20/26 17:12 | Email | eml | Colleen Fagan | From: "Colleen Fagan" <[redacted]> To: [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000047 | PLAINTIFFS -000048 | 2/20/26 17:43 | Email | eml | Colleen Fagan | From: [Redacted - First Amendment Privileged] To: "Colleen Fagan" <[redacted]> | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000060 | PLAINTIFFS -000060 | 2/10/26 20:54 | Image | JPG | Colleen Fagan | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000069 | PLAINTIFFS -000071 | 1/9/26 13:40 | Native Messages | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000072 | PLAINTIFFS -000073 | 1/22/25 23:18 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000074 | PLAINTIFFS -000074 | 10/13/25 23:16 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000075 | PLAINTIFFS -000076 | 1/20/26 16:36 | Native Messages | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000077 | PLAINTIFFS -000077 | 1/20/26 16:36 | Native Messages | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000078 | PLAINTIFFS -000079 | 1/21/26 17:55 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000082 | PLAINTIFFS -000083 | 1/21/26 1:12 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000087 | PLAINTIFFS -000088 | 1/28/26 20:54 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000089 | PLAINTIFFS -000091 | 1/22/26 1:18 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000092 | PLAINTIFFS -000094 | 1/23/26 21:32 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000095 | PLAINTIFFS -000096 | 1/12/26 15:54 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000097 | PLAINTIFFS -000101 | 2/11/26 10:07 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000102 | PLAINTIFFS -000110 | 1/25/26 14:57 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000113 | PLAINTIFFS -000114 | 1/27/26 18:33 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000114 | PLAINTIFFS -000118 | 1/29/26 12:16 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000119 | PLAINTIFFS -000131 | 1/28/26 19:15 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege<br><br>Non-Responsive Material | First Amendment Discovery Privilege Redactions: Text and metadata revealing the contact information of chat participants.<br><br>Non-Responsive Material Redactions: Text revealing personal health information for non-plaintiff third party. |
| PLAINTIFFS -000132 | PLAINTIFFS -000133 | 1/17/26 16:56 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000134 | PLAINTIFFS -000135 | 2/5/26 19:51 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000136 | PLAINTIFFS -000138 | 2/6/26 16:58 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000146 | PLAINTIFFS -000147 | 1/24/26 0:22 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000148 | PLAINTIFFS -000149 | 2/2/26 23:27 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000150 | PLAINTIFFS -000151 | 2/2/26 23:27 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000152 | PLAINTIFFS -000153 | 2/16/26 1:46 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000154 | PLAINTIFFS -000154 | 1/28/26 17:27 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000155 | PLAINTIFFS -000156 | 12/25/25 14:13 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege<br><br>Non-Responsive Material | First Amendment Discovery Privilege Redactions: Text and metadata revealing the contact information of chat participants.<br><br>Non-Responsive Material Redactions: Text revealing personal health information for non-plaintiff third party. |
| PLAINTIFFS -000157 | PLAINTIFFS -000158 | 2/23/26 15:35 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000159 | PLAINTIFFS -000159 | 2/1/26 17:38 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000160 | PLAINTIFFS -000160 | 1/29/26 14:19 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000161 | PLAINTIFFS -000162 | 2/19/26 13:04 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000163 | PLAINTIFFS -000164 | 2/24/26 15:14 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000165 | PLAINTIFFS -000166 | 2/19/26 15:24 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000169 | PLAINTIFFS -000169 | 1/23/26 17:21 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000172 | PLAINTIFFS -000173 | 1/22/25 23:18 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000175 | PLAINTIFFS -000177 | 1/23/26 23:11 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000178 | PLAINTIFFS -000180 | 1/24/26 14:29 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000181 | PLAINTIFFS -000186 | 1/23/26 14:46 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000189 | PLAINTIFFS -000194 | 1/29/26 18:25 | Native Messages | chat | Colleen Fagan | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000283 | PLAINTIFFS -000285 | 2/1/26 16:04 | Signal | chat | Elinor Hilton | JoAnna Suriani ( 4/23-24), Not, System Message | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000287 | PLAINTIFFS -000287 | 2/3/26 23:23 | Signal | chat | Elinor Hilton | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000288 | PLAINTIFFS -000291 | 1/23/26 19:54 | WhatsApp | chat | Polyxenia Pantos | [redacted] System Message, Xenia | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000292 | PLAINTIFFS -000293 | 1/21/26 1:44 | Signal | chat | Polyxenia Pantos | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000294 | PLAINTIFFS -000294 | 1/20/26 14:54 | Native Messages | chat | Polyxenia Pantos | [redacted] Xenia Pantos, Xenia Pantos | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000295 | PLAINTIFFS -000297 | 3/16/26 19:15 | First Amendment Privileged | chat | Polyxenia Pantos | [redacted], System Message, Xenia, Unknown | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000298 | PLAINTIFFS -000298 | 9/11/25 15:02 | WhatsApp | chat | Polyxenia Pantos | [redacted] System Message, Xenia | First Amendment Discovery Privilege | Metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000299 | PLAINTIFFS -000299 | 3/14/26 20:49 | Native Messages | chat | Carlyn Williams | [redacted] +1 [redacted] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000300 | PLAINTIFFS -000300 | 4/2/26 0:49 | Image | JPG | Carlyn Williams | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000301 | PLAINTIFFS -000301 | 4/2/26 0:49 | Image | JPG | Carlyn Williams | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000302 | PLAINTIFFS -000302 | 4/2/26 0:45 | Image | JPG | Carlyn Williams | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000304 | PLAINTIFFS -000304 | 4/2/26 0:45 | Image | JPG | Carlyn Williams | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000305 | PLAINTIFFS -000305 | 4/2/26 0:44 | Image | JPG | Carlyn Williams | | First Amendment Discovery Privilege | Text revealing the contact information of chat participants. |
| PLAINTIFFS -000325 | PLAINTIFFS -000325 | 2/16/26 15:29 | Signal | chat | Carlyn Williams | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000326 | PLAINTIFFS -000328 | 1/24/26 16:40 | Signal | chat | Carlyn Williams | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLAINTIFFS -000329 | PLAINTIFFS -000329 | 1/20/26 22:00 | Signal | chat | Carlyn Williams | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000330 | PLAINTIFFS -000331 | 3/16/26 21:10 | Signal | chat | Carlyn Williams | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000332 | PLAINTIFFS -000333 | 1/20/26 17:27 | Signal | chat | Carlyn Williams | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text revealing the strategies or tactics used by one or more community Signal groups formed for purposes of protected communications and activities.<br><br>Text and metadata revealing the contact information of chat participants. |
| PLAINTIFFS -000334 | PLAINTIFFS -000336 | 1/20/26 23:16 | Signal | chat | Carlyn Williams | [Redacted - First Amendment Privileged] | First Amendment Discovery Privilege | Text and metadata revealing the contact information of chat participants. |