# EXHIBIT C

Protect Democracy

**CONFIDENTIAL**

June 12, 2026

**By Email**

Natalie Villalon
U.S. Department of Justice
Natalie.M.Villalon@usdoj.gov

J. Stephen Tagert
U.S. Department of Justice
stephen.tagert@usdoj.gov

Counsel,

Please find enclosed the following documents (together, the "Privilege Logs"):

- Categorical Privilege Log - Attorney-Client Privilege / Attorney Work Product
- Privilege Log - Withheld Documents
- Privilege Log - Redactions

In addition to the information contained in the logs themselves, we want to be clear about Plaintiffs' bases for withholding or redacting certain documents.

**First Amendment Privilege**

Community group Signal chats organized around responding to federal immigration operations are protected from disclosure by the First Amendment privilege because — particularly in the context of a case about government surveillance and intimidation of individuals for engaging in protected activity — disclosure would "result in harassment of current members, a decline in new members, or other chilling of associational rights." *United States v. Comley*, 890 F.2d 539, 544 (1st Cir. 1989). At the same time, Defendants do not have a compelling need for the documents and can obtain any relevant information in such documents through other means that do not intrude on Mainers' First Amendment rights. *Id.*

Further, the First Amendment privilege applies to both the membership or participants in those community group Signal chats, and also to the communications within and among the members because those communications are of a sensitive or political nature and directly or indirectly reveal group strategies for engaging in protected activity. *See, e.g.*, *DeGregory v. Att'y Gen. of State of N.H.*, 383 U.S. 825, 828 (1966) (applying the privilege to protect "the views expressed

Protect Democracy

and ideas advocated" at political party meetings); *Dole v. Serv. Emps. Union, AFL-CIO, Loc. 280*, 950 F.2d 1456, 1459 (9th Cir. 1991) (applying privilege to protect statements "of a highly sensitive and political character" made at union membership meetings); *Perry v. Schwarzenegger*, 591 F.3d 1126 (9th Cir. 2009) (proposition proponents made prima facie showing that disclosure of internal campaign communications concerning strategy and messaging infringed First Amendment).

To be clear about the nature of the documents we are withholding or redacting pursuant to the First Amendment privilege:

- We have withheld (and logged) all responsive community group Signal chats.
- We have produced other responsive Signal chats (e.g., small group chats or individual chats with one of the plaintiffs) and redacted them to the extent they contain privileged communications, including communications that reveal: (1) the specific purposes or priorities of a community Signal group; or (2) the tactics or strategies used by a community Signal group. Those redactions have also been logged.
- We have also redacted contact information (Signal usernames and phone numbers) for individuals other than the Plaintiffs.

If you would like to discuss any of this further, we would be happy to do so and will find a mutually agreeable day and time next week.

**Categorical Logging of Attorney-Client Privileged Communications**

The parties previously agreed to categorical logging of attorney-client privileged communications and attorney work product. Our agreement, confirmed by email dated May 20, 2026, provides that Plaintiffs may log all attorney-client communications since this lawsuit was filed on February 23rd in a categorical fashion. We intended to and should have instead specified that all communications between Plaintiffs and their counsel *from January to the present and concerning potential or actual litigation* are subject to this agreement, given the clearly privileged nature of those earlier communications. Because we assume no objection on your end, we have treated such communication accordingly in the Privilege Logs. Please let us know if you would like to discuss.

Sincerely,

JoAnna Suriani
Counsel
Protect Democracy