# EXHIBIT H

From: [redacted]
Just sent the screenshot to the Chief. Be safe leaving tomorrow morning!
Priority: Normal
Platform:
1/22/2026 12:55:19 AM(UTC+0)

Source Info:
[redacted]

From: [redacted]
Share that with the intel chat
Priority: Normal
Platform:
1/22/2026 1:01:04 AM(UTC+0)

[redacted]

From: [redacted]
I'm trying to get added to their signal chat LOL. I'll let you know how it goes. Just made a Reddit account to get in on the fun
Priority: Normal
Platform:
1/22/2026 1:02:53 AM(UTC+0)

[redacted]

From [redacted]
I sent it to HSI leadership
Priority: Normal
Platform:
1/22/2026 1:07:00 AM(UTC+0)

[redacted]