**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcements; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,

Defendants.

Case No. 26-cv-00092-JAW

**DECLARATION OF MELISSA HEWEY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Melissa Hewey, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Drummond Woodsum and represent the plaintiffs in this case.

I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. True and correct copies of documents produced by Plaintiffs in discovery are attached as follows. PII has been redacted from these documents.

Exhibit 1 — PLAINTIFFS-000025 (Hilton video).

Exhibit 2 — PLAINTIFFS-000026 (Hilton video).

Exhibit 3 — PLAINTIFFS-000029 (Hilton video).

Exhibit 4 — PLAINTIFFS-000033 (Fagan video).

Exhibit 5 — PLAINTIFFS-000304.

Exhibit 6 — PLAINTIFFS-000305.

Exhibit 7 — PLAINTIFFS-000322.

Exhibit 8 — PLAINTIFFS-000339 (Neff video).

Exhibit 66 — PLAINTIFFS-000024 (Hilton video).

3. True and correct copies of documents produced by Defendants in discovery are attached as follows. Unless noted otherwise, Defendants have designated these documents as either “Confidential” or “Attorney Eyes Only” pursuant to the Heightened Confidentiality Order (ECF No. 28).

Exhibit 9 — HILTON-MAINE2026-DEFS000001.

Exhibit 10 — HILTON-MAINE2026-DEFS000002 - HILTON-MAINE2026-DEFS000005.

Exhibit 11 — HILTON-MAINE2026-DEFS000043 (not designated).

Exhibit 12 — HILTON-MAINE2026-DEFS000073 (not designated).

Exhibit 13 — HILTON-MAINE2026-DEFS000112.

Exhibit 14 — HILTON-MAINE2026-DEFS000114.

Exhibit 15 — HILTON-MAINE2026-DEFS000118.

Exhibit 16 — HILTON-MAINE2026-DEFS000119.

Exhibit 17 — HILTON-MAINE2026-DEFS000235.

Exhibit 18 — HILTON-MAINE2026-DEFS000311.

Exhibit 19 — HILTON-MAINE2026-DEFS000316.

Exhibit 20 — HILTON-MAINE2026-DEFS000318.

Exhibit 21 — HILTON-MAINE2026-DEFS000320.

Exhibit 22 — HILTON-MAINE2026-DEFS000322.

Exhibit 23 — HILTON-MAINE2026-DEFS000335.

Exhibit 24 — HILTON-MAINE2026-DEFS000338.

Exhibit 25 — HILTON-MAINE2026-DEFS000339.

Exhibit 26 — HILTON-MAINE2026-DEFS000340.

Exhibit 27 — HILTON-MAINE2026-DEFS000343.

Exhibit 28 — HILTON-MAINE2026-DEFS000344.

Exhibit 29 — HILTON-MAINE2026-DEFS000478.

Exhibit 30 — HILTON-MAINE2026-DEFS000482.

Exhibit 31 — HILTON-MAINE2026-DEFS000517.

Exhibit 32 — HILTON-MAINE2026-DEFS000549.

Exhibit 33 — HILTON-MAINE2026-DEFS000620.

Exhibit 34 — HILTON-MAINE2026-DEFS000645.

Exhibit 35 — HILTON-MAINE2026-DEFS000649.

Exhibit 36 — HILTON-MAINE2026-DEFS000653.

Exhibit 37 — HILTON-MAINE2026-DEFS000657.

Exhibit 38 — HILTON-MAINE2026-DEFS000661.

Exhibit 39 — HILTON-MAINE2026-DEFS000665.

Exhibit 40 — HILTON-MAINE2026-DEFS000669.

Exhibit 41 — HILTON-MAINE2026-DEFS000672.

Exhibit 42 — HILTON-MAINE2026-DEFS000675.

Exhibit 43 — HILTON-MAINE2026-DEFS000679.

Exhibit 44 — HILTON-MAINE2026-DEFS000683.

Exhibit 45 — HILTON-MAINE2026-DEFS000831.

Exhibit 46 — HILTON-MAINE2026-DEFS000834.

Exhibit 47 — excerpts of HILTON-MAINE2026-DEFS000852-1241 (390 page Signal messaging chat).

Exhibit 48 — excerpts of HILTON-MAINE2026-DEFS001242-1419 (178 page Signal messaging chat).

Exhibit 49 — excerpts of HILTON-MAINE2026-DEFS001420-2108 (689 page Signal messaging chat).

Exhibit 50 — HILTON-MAINE2026-DEFS002109.

Exhibit 51 — HILTON-MAINE2026-DEFS002167.

Exhibit 52 — HILTON-MAINE2026-DEFS002171.

Exhibit 53 — HILTON-MAINE2026-DEFS002205.

Exhibit 54 — HILTON-MAINE2026-DEFS020621.

Exhibit 55 — HILTON-MAINE2026-DEFS020639.

Exhibit 56 — HILTON-MAINE2026-DEFS020672.

Exhibit 57 — HILTON-MAINE2026-DEFS021726.

Exhibit 58 — HILTON-MAINE2026-DEFS021949.

Exhibit 59 — HILTON-MAINE2026-DEFS022049.

Exhibit 60 — HILTON-MAINE2026-DEFS022135.

Exhibit 67 — HILTON-MAINE2026-DEFS000466.

4. Attached hereto as Exhibit 61 is a true and correct copy of Defendants' 1st Supplemental Response to Plaintiffs' Expedited First Set of Interrogatories, dated April 22, 2026. Defendants have designated portions of the document as either "Confidential" or "Attorney Eyes Only" pursuant to the Heightened Confidentiality Order (ECF No. 28).

5. Attached hereto as Exhibit 62 is a true and correct copy of Defendants' Response to Plaintiffs' Expedited Second Set of Interrogatories, dated May 20, 2026. Defendants have designated portions of the document as either "Confidential" or "Attorney Eyes Only" pursuant to the Heightened Confidentiality Order (ECF No. 28).

6. Attached hereto as Exhibit 63 is a true and correct copy of Defendants' Response to Plaintiffs' Expedited Third Set of Interrogatories, dated July 20, 2026.

7. Attached hereto as Exhibit 64 is a true and correct copy of Defendants' Privilege Log dated August 19, 2026. Defendants have designated the log "Confidential" pursuant to the Heightened Confidentiality Order (ECF No. 28).

8. Attached hereto as Exhibit 65 is a true and correct copy of a publicly available letter dated April 21, 2026, written by then-ICE Director Todd Lyons to U.S. Representative Maxwell Alejandro Frost.

9. HILTON-MAINE2026-DEFS006788, cited at fn.84 of Plaintiffs' Motion for a Preliminary Injunction, is a very large printed copy of a spreadsheet produced by Defendants in discovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2026.

*/s/ Melissa A. Hewey*
Melissa A. Hewey