# EXHIBIT 1

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE