# EXHIBIT 2

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE