# EXHIBIT 3

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE