# EXHIBIT 4

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE