# EXHIBIT 5

8:45

[redacted]

Tue, Jan 20

It was super freaky 6:16 PM

ugh carl that sounds awful 6:16 PM

They were like "I'm with dhs" does anyone other than you drive your vehicle? 6:16 PM

just read your message in the zoom chat 6:16 PM

Yea it was so shitty 6:16 PM

jesus 6:16 PM

And like, seemingly a hoax 6:16 PM

for sure

gross 6:17 PM

But also they said "she was there" when I spoke about my spouse

So seems to know who I am who I married to and where we live

Message