# EXHIBIT 6

8:44

[redacted]

12:27 PM

Tue, Jan 20

xen saw someone get taken by ice this morning and I got a call this afternoon about how I'm now on an international terrorist watch list bc they were in my car. likely a hoax but idk was freaky 5:14 PM

Wait bc who was in your car??

Jesus Christ

Is Xen ok 5:15 PM

Xenia was in my car 5:16 PM

Wait bc Xenia is a terrorist??? 5:16 PM

I think theyre *ok* 5:16 PM

Yeah I mean how ok can you really be

That is so intense 5:16 PM

Yea totally 5:16 PM

Wait is it bc they called it in? 5:17 PM

Message