# EXHIBIT 7


9:19
UNKNOWN
No Caller ID
message
call
video
mail
pay
January 20, 2026
3:17 PM Incoming Call
1 minute
Favorites
Recents
Contacts
Keypad
86
Voicemail