# EXHIBIT 8

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE