# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON and COLLEEN FAGAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW |

**DECLARATION OF AGENT 1**

I, Ryan Nicolas, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am currently serving U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") as a Deportation Officer. I have been employed by ICE since December 2008.

2. I am stationed in Orem, Utah, and my duties typically span the geographic areas of central and eastern Utah.

3. In January 2026, as part of the "SLC Strike Team," I was sent to Portland, Maine, for a targeted operation. My team worked in Maine from around January 18, 2026, to January 23, 2026.

4. In the morning of January 23, 2026, I was involved in a vehicle stop of a targeted alien.

5. During the vehicle stop, two individuals arrived on the scene and began filming the stop. One of the individuals was later identified by the Complaint in this case as Plaintiff Colleen Fagan.

6. During the encounter, to the best of my recollection, I took a still photo and video that included Ms. Fagan and the license plate of the vehicle she was driving a using my government-issued cellular phone's native Camera app.

7. To the best of my recollection, I did not use any other cellular phone applications, such as Mobile Fortify or Mobile Companion, to identify Ms. Fagan and the other individual or look up any information about them, ever.

8. The reason I recorded Ms. Fagan and the other individual was because they parked their cars close to our operations, walked toward us, and were both making heated verbal statements. I took a recording of their faces and license plates in case either of them committed an act of violence or illegally interfered with our lawful investigation of the alien. Ultimately, they did not engage in any violence or interference, so I did not need to do anything with the recordings.

9. I learned the same day that a video taken by one of the individuals went viral on social media because of a statement my colleague made about putting her on a

database and calling her a domestic terrorist. I don't know why my coworker said that. It was not factual.

10. To the best of my recollection, approximately three weeks later, I deleted the recordings I took during the encounter with the individuals on January 23, 2026. Since no violence or interference took place and no investigation was needed, I did not believe any photo or video taken on that day were necessary to keep saved in my cellular phone.

11. I take so many videos and photos at work that I do not end up needing or using later, and I regularly review my phone's Photo app and Photo Library and delete photos and videos that I do not believe I have a reason to keep.

12. I deleted the recordings from January 23, 2026, about two weeks before learning of the lawsuit. I received a litigation hold regarding the lawsuit from ICE counsel on February 27, 2026.

13. I reviewed the Complaint and believe I am "Agent 1" identified in the lawsuit.

14. After learning about the lawsuit, I checked my phone to see if I could recover the recordings taken on day of January 23, 2026, but I could not.

15. I first noticed I began having issues backing up my phone on or about January 5, 2026. I haven't been able to figure out the backups since then. I messaged the DHS IT help desk, and they said that I'm not able to recover anything that has been deleted. Attached to this statement as Exhibit A is a true and accurate copy of my correspondence with DHS IT personnel about my problems backing up the phone and my attempts to recover the deleted photos and videos.

16. I did not do anything with the one picture and one video I took during the encounter: I did not save the photo or video anywhere else but in my phone's Photo Library; I did not share the photo or video with any person or upload them into any database or system; and I do not recall looking up any information from the photo or video.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Orem, Utah, this 23rd day of April 2026.

RYAN D NICOLAS Digitally signed by RYAN D NICOLAS Date: 2026.04.23 11:06:28 -06'00'

Ryan Nicolas
Deportation Officer
U.S. Department of Homeland Security
U. S. Immigration and Customs Enforcement
Enforcement and Removal Operations