# EXHIBIT 17

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE