# EXHIBIT 23

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE