# EXHIBIT 24

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE