# EXHIBIT 25


[redacted]
PAPE
CHEVROLET