# EXHIBIT 26

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE