# EXHIBIT 27


Crop