# EXHIBIT 51

T[redacted] L[redacted]

[redacted]-[redacted]-[redacted]

[redacted] St [redacted], ME [redacted]

Female

[redacted]