# EXHIBIT 52

S [redacted] G [redacted]

[redacted] Ave [redacted], ME [redacted]