# EXHIBIT 53


CDM