# EXHIBIT 55

# INTEL COLLECTION - Non-Arrests

Upload Pictures, Identifications, License Plates, Social Media Pictures Describing Protests, etc.

1. Date *

Please input date (M/d/yyyy)

2. License Plate / Drivers License / Identification - Images

**Upload file**

File number limit: 10 Single file size limit: 1GB Allowed file types: Word, Excel, PPT, PDF, Image, Video, Audio

3. Social Media Images / Screen Shot (Protest, Threats, Hotel Compromised Info)

**Upload file**

File number limit: 10 Single file size limit: 1GB Allowed file types: Word, Excel, PPT, PDF, Image, Video, Audio

4. List of Compromised Hotels (Even if previously submitted via any signal chat)

Enter your answer

5. Incident Report (If you had an interaction with an agitator / protestor, but no arrest, summarize the event)

Enter your answer

6. Other Notes (any other intel piece that may not fall in the categories above)

Enter your answer