# EXHIBIT 64

**Defendants' Privilege Log**

Hilton, et al. v. Mullin, et al., 26-cv-00092 (D. Me.)



| Begin Bates | End Bates | CUSTODIAN | FILENAME | EMAIL: SUBJECT (if applicable) | EMAIL: FROM (if applicable) | EMAIL: TO (if applicable) | EMAIL: CC (if applicable) | DATE | REDACTED or WITHHELD | PRIVILEGE | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HILTON-MAINE2026-DEFS000834.012 | HILTON-MAINE2026-DEFS000834.012 | ICE | 2025-09-30 - OPLA Training - ICE Operations Interference Training.pptx | | | | | 9/30/2025 | Redacted | Attorney Client Privilege; Attorney Work Product | Slide 8 Notes - The Operations Interference training was prepared by agency counsel to remind ICE law enforcement officers of their arrest authorities, note potential criminal statutes relating to interference and obstruction that may be applicable when participating in enforcement operations, legal advice to aid ICE law enforcement officers in identifying what is and is not protected First Amendment activity and possible actions ICE law enforcement officers are authorized to take in different circumstances. Agency counsel provided the Operations Interference training to ICE law enforcement officers on temporary duty status during surge operations in New York City, Chicago, and Portland, OR; the training was not given nationwide or to officers during the Portland, ME surge. This specific language contains legal advice from agency counsel to ICE law enforcement officers relating to their authority to enforce state law. |
| HILTON-MAINE2026-DEFS000834.018 | HILTON-MAINE2026-DEFS000834.018 | ICE | 2025-09-30 - OPLA Training - ICE Operations Interference Training.pptx | | | | | | | Attorney Client Privilege; Attorney Work Product | Slide 11, Notes - The Operations Interference training was prepared by agency counsel to remind ICE law enforcement officers of their arrest authorities, note potential criminal statutes relating to interference and obstruction that may be applicable when participating in enforcement operations, legal advice to aid ICE law enforcement officers in identifying what is and is not protected First Amendment activity and possible actions ICE law enforcement officers are authorized to take in different circumstances. Agency counsel provided the Operations Interference training to ICE law enforcement officers on temporary duty status during surge operations in New York City, Chicago, and Portland, OR; the training was not given nationwide or to officers during the Portland, ME surge. This specific language involves legal advice from agency counsel to ICE law enforcement officers about factors to consider before using force to physically move an individual who is obstructing or impeding a legitimate law enforcement action. |
| HILTON-MAINE2026-DEFS000834.024 | HILTON-MAINE2026-DEFS000834.024 | ICE | 2025-09-30 - OPLA Training - ICE Operations Interference Training.pptx | | | | | | | Attorney Client Privilege; Attorney Work Product | Slide 13, Comment Bubble - Internal, deliberative comment from one agency counsel to another recommending changes to language to more accurately describe a particular legal topic relevant to the Bivens context, not to the instant case. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HILTON-MAINE2026-DEFS000834.028 | HILTON-MAINE2026-DEFS000834.028 | ICE | 2025-09-30 - OPLA Training - ICE Operations Interference Training.pptx | | | | | | | Attorney Client Privilege; Attorney Work Product | Slide 15, Notes - The Operations Interference training was prepared by agency counsel to remind ICE law enforcement officers of their arrest authorities, note potential criminal statutes relating to interference and obstruction that may be applicable when participating in enforcement operations, legal advice to aid ICE law enforcement officers in identifying what is and is not protected First Amendment activity and possible actions ICE law enforcement officers are authorized to take in different circumstances. Agency counsel provided the Operations Interference training to ICE law enforcement officers on temporary duty status during surge operations in New York City, Chicago, and Portland, OR; the training was not given nationwide or to officers during the Portland, ME surge. This specific language offers legal advice to ICE law enforcement officers about who should be the person to present a criminal case to the U.S. Attorney's Office, a matter that is irrelevant to the instant case. |
| HILTON-MAINE2026-DEFS000834.030 | HILTON-MAINE2026-DEFS000834.030 | ICE | 2025-09-30 - OPLA Training - ICE Operations Interference Training.pptx | | | | | | | Attorney Client Privilege; Attorney Work Product | Slide 16, Notes - The Operations Interference training was prepared by agency counsel to remind ICE law enforcement officers of their arrest authorities, note potential criminal statutes relating to interference and obstruction that may be applicable when participating in enforcement operations, legal advice to aid ICE law enforcement officers in identifying what is and is not protected First Amendment activity and possible actions ICE law enforcement officers are authorized to take in different circumstances. Agency counsel provided the Operations Interference training to ICE law enforcement officers on temporary duty status during surge operations in New York City, Chicago, and Portland, OR; the training was not given nationwide or to officers during the Portland, ME surge. This specific language provides ICE law enforcement officers with legal advice when operating in certain federal circuits (not including the First Circuit) under the bare facts in the scenario. |
| HILTON-MAINE2026-DEFS000834.031 | HILTON-MAINE2026-DEFS000834.031 | ICE | 2025-09-30 - OPLA Training - ICE Operations Interference Training.pptx | | | | | | | Attorney Client Privilege; Attorney Work Product | Slide 16, Comment Bubble - Internal, deliberative comment from one agency counsel to another recommending adjustments to the material. The comment contains no substance relevant to this case. |