# EXHIBIT 65

*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street SW
Washington, DC 20536

U.S. Immigration and Customs Enforcement

April 21, 2026

The Honorable Maxwell Alejandro Frost
U.S. House of Representatives
Washington, DC 20515

Dear Representative Frost:

Thank you for your February 10, 2026 letter to the Department of Homeland Security (DHS). I am responding on behalf of the Department.

As I stated on February 10, 2026, during my testimony before the House Committee on Homeland Security, and on February 12, 2026, before the Senate Homeland Security and Governmental Affairs Committee, U.S. Immigration and Customs Enforcement (ICE) does not maintain any kind of database of U.S. citizens protesting ICE activities.

DHS and ICE are fully committed to upholding the Constitution and respecting the First Amendment rights of all individuals, including the right to peacefully assemble and express views through protest. Protecting these fundamental rights is foundational to our nation's democracy. DHS policies and practices are designed to respect lawful protests and constitutionally protected activities. DHS remains vigilant in safeguarding all rights set forth in the U.S. Constitution.

Where individuals decide to go beyond protected speech and commit crimes against federal personnel and property or threaten, or forcibly impede, assault, or interfere with lawful operations, ICE remains steadfast in exercising its authority to investigate and prosecute violators. During certain protest activity directed at ICE operations and facilities, some individuals allegedly engaged in criminal conduct, including threats against personnel and their families, damage to government property, and obstruction or interference with ICE operations. Consistent with its authorities and obligations, ICE collected information to identify individuals reasonably believed to be involved in, or directly supporting, potential violations of federal law and to address officer safety and facility security concerns.

ICE officers often encounter individuals whose immigration status is unclear. To determine an individual's immigration status, ICE officers may request that an individual provide identification documents. ICE officers do not assume citizenship status based on impermissible grounds. Instead, they may ask individuals to provide documentation of U.S. citizenship, foreign citizenship, or legal authorization to be present in the United States. Under 8 U.S.C. § 1357(a)(1), immigration officers have been authorized by Congress to

"interrogate any alien or person believed to be an alien as to his right to be or to remain in the United States."

Your letter asks what specific personal information DHS officers collect. ICE collects information to identify the person(s) with whom the officer or agent is engaging. During these interactions, a variety of data may be collected by ICE law enforcement officers to enforce federal immigration and criminal law. ICE collects essential biographic and biometric information and situational details required to support criminal investigations, safety, and immigration concerns.

If individuals who interact with ICE officers are not arrested or detained, any information collected during those encounters is maintained consistent with applicable law and DHS and ICE policies and is treated as an official government record. Such information is maintained in DHS and/or ICE information systems that are covered by published Systems of Records Notices (SORNs) and Privacy Impact Assessments (PIAs), if applicable. These publicly available privacy compliance documents describe the categories of information collected, associated rulemaking for collections, the purposes for which it may be used, the conditions under which it may be shared (including Privacy Act routine uses), and the records-retention schedules approved by the National Archives and Records Administration.

Access to these systems is role-based and limited to personnel with an official need to know and appropriate clearances or other authorization, consistent with the governing SORNs, PIAs, and DHS and ICE policy. DHS is not creating or maintaining a separate, standalone database for individuals encountered that haven't been arrested or detained. DHS and ICE do not disclose information outside the Department absent a lawful purpose and legal authority to do so; any sharing with federal, state, local, tribal, territorial, or foreign government partners occurs only when there is a clearly defined official purpose, a demonstrated need to know, and authority under the Privacy Act, the applicable SORN, and other governing statutes, regulations, or agreements.

Your letter asks whether DHS collects information on protesters, members of political groups, legal observers, or media from other sources, lists, or agencies. ICE may receive information from other federal, state, local agencies, or collect information from open-source sources when it supports a lawful mission, such as law enforcement or national security. Any information obtained by ICE must be connected to an investigative need and handled in accordance with DHS, agency privacy, and civil liberties policies. Moreover, ICE does not maintain, add, or access information from the programs mentioned in your letter.

Your letter asks about DHS's justification for the collection or retention of this information. DHS officers and agents collect or retain information only when it supports potential evidence of unlawful activity associated with DHS authorities, such as immigration enforcement, criminal investigations, threat assessments, or officer safety. All information collected must comply with applicable laws, including the Privacy Act and DHS policies, and is limited to what is relevant and necessary. Information is retained only for approved purposes and specified time periods.

Your letter asks if DHS is collecting information on whether members of the public with whom agents interact are carrying firearms. DHS does not collect information on whether members of the public with whom agents have encountered are carrying firearms. DHS is fully committed to upholding the Constitution and respecting the Second Amendment rights of all individuals.

Lastly, to assure your overall concerns as they relate to the collection, handling, access, and retention of information stored in official DHS databases, ICE trains its officers and agents on law enforcement sensitivity standards, policies, procedures, the Privacy Act, Fair Information Practice Principles, classification of documents, etc. ICE ensures its officers and agents undergo regular training covering applicable federal statutes, agency policies, and privacy requirements. All DHS employees are required to take annual privacy training that includes information on the laws, policies, and procedures DHS employees must abide by when collecting and using personally identifiable information.

Thank you again for your letter. Should you wish to discuss this matter further, please do contact ICE Office of Congressional Relations at CongressToICE@ice.dhs.gov.

Sincerely,

Todd M. Lyons
Senior Official Performing the Duties of the Director
U.S. Immigration and Customs Enforcement

cc The Honorable Greg Casar
The Honorable Rashida Tlaib
The Honorable Jill Tokuda
The Honorable Ilhan Omar
The Honorable Andre Carson
The Honorable Christian Menefee
The Honorable Raja Krishnamoorthi
The Honorable Henry C. “Hank” Johnson, Jr.
The Honorable Summer L. Lee
The Honorable Eleanor Holmes Norton
The Honorable Danny K. Davis