# EXHIBIT 66

# VIDEO EXHIBIT SUBMITTED TO THE COURT ON USB DRIVE