# EXHIBIT 67

# Comprehensive Report

Key: Shared Address Deceased Probable Current Address

## CARLYN LOVETT WILLIAMS

**Address:** [redacted]

**DOB:** [redacted]

**SSN:** [redacted]

**LexID:** [redacted]

**Name Variations, SSN Summary, DOBs (3)**

| FULL NAME | AGE | DATE OF BIRTH | SSN | STATE ISSUED | DATE ISSUED |
|---|---|---|---|---|---|
| 1. CARLYN LOVETT WILLIAMS | [redacted] | [redacted] | [redacted] | Maine | [redacted] |
| 2. CARLYN L WILLIAMS | [redacted] | [redacted] | [redacted] | Maine | [redacted] |
| 3. CARLYN WILLIAMS | [redacted] | [redacted] | [redacted] | Maine | [redacted] |

**Real-Time Phones (9)**

| NAME | ADDRESS | PHONE | DATES | CARRIER |
|---|---|---|---|---|
| 1. CARLYN L WILLIAMS | | [redacted] | Jan 2013 - Dec 2025 | [redacted] |

**Name:** CARLYN L WILLIAMS
**Phone and Time Zone:** [redacted]
**Phone Type:** Possible Wireless
**Carrier:** [redacted]
**Date Range:** Jan 2013 - Dec 2025

| NAME | ADDRESS | PHONE | DATES | CARRIER |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] - [redacted] | [redacted] |

[redacted]

| NAME | ADDRESS | PHONE | DATES | CARRIER |
|---|---|---|---|---|
| 3. Carlyn Williams | [redacted] | [redacted] | Nov 2007 - Nov 2007 | [redacted] |

**Name:** [redacted]
**Address:** [redacted]
**Phone and Time Zone:** [redacted] - EST
**Source:** Real-Time Phones
**Carrier:** [redacted]
**Location Type:** Residence
**Date Range:** Nov 2007 - Nov 2007

| NAME | ADDRESS | PHONE | DATES | CARRIER |
|---|---|---|---|---|
| 4. CARLYN WILLIAMS | [redacted] | [redacted] | Nov 2023 - Aug 2025 | [redacted] |

**Name:** CARLYN WILLIAMS