# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
# EXHIBIT 1

# NOISE = VISIBILITY.

## CODE 1: ICE NEARBY

**BLOW IN A BROKEN RHYTHM:**

PRE-PRE-PRE-PRE!

→ ALERTS THE COMMUNITY THAT ICE AGENTS ARE IN THE AREA.

## CODE 2: CODE RED

**BLOW IN A CONTINUOUS, STEADY RHYTHM:**

→ ICE IS DETAINING SOMEONE.

FORM A CROWD,
STAY LOUD.

STAY NONVIOLENT.
DON'T STAY SILENT.

**This is the training.**

**Congrats, you are trained.**