# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION EXHIBIT 8

From: +16174131391 Jeffrey Laracque

Yes

Priority: Normal

Platform:

1/20/2026 8:40:48 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A17E2
(Table: model_TSInteraction, model_SignalAccount, Size: 15310848 bytes)

From: +16179813640 Jhon Coleman

The other woman owned the Chevy

Priority: Normal

Platform:

1/20/2026 8:40:55 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A16BF
(Table: model_TSInteraction, Size: 15310848 bytes)

From: +16174131391 Jeffrey Laracque

I almost hit her driving off

Priority: Normal

Platform:

1/20/2026 8:41:15 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A159F
(Table: model_TSInteraction, model_SignalAccount, Size: 15310848 bytes)

From: +16179813640 Jhon Coleman

They were both there

Priority: Normal

Platform:

1/20/2026 8:41:19 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A1487
(Table: model_TSInteraction, Size: 15310848 bytes)

From: +16179813640 Jhon Coleman

I'm adding them in ICM now

Priority: Normal

Platform:

1/20/2026 8:41:27 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A1367
(Table: model_TSInteraction, Size: 15310848 bytes)

From: +18609933265 Dan Lamarca (owner)
To: 616F94AF-DBDB-4DBE-AEEF-A787DEE71989 Joe DeSantis
To: +16174131391 Jeffrey Laracque
To: +16179813640 Jhon Coleman
To: +16178699208 Sean Connolly
To: +16466284127 Brent Chestnut
To: +17813577495 Casey Hyde

I believe you're correct, Sir

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 616F94AF-DBDB-4DBE-AEEF-A787DEE71989 Joe DeSantis | | | |
| +16174131391 Jeffrey Laracque | | | |
| +16179813640 Jhon Coleman | | | |
| +16178699208 Sean Connolly | | | |
| +16466284127 Brent Chestnut | | | |
| +17813577495 Casey Hyde | | | |

**Platform:**

1/20/2026 8:41:35 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A696B (Table: model_TSInteraction, model_SignalRecipient, model_SignalAccount, Size: 15310848 bytes)

From: +18609933265 Dan Lamarca (owner)
To: +16178699208 Sean Connolly
To: +16174131391 Jeffrey Laracque
To: +16179813640 Jhon Coleman
To: 616F94AF-DBDB-4DBE-AEEF-A787DEE71989 Joe DeSantis
To: +16466284127 Brent Chestnut
To: +17813577495 Casey Hyde

Nice gumshoeing, Jhon

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16178699208 Sean Connolly | | | |
| +16174131391 Jeffrey Laracque | | | |
| +16179813640 Jhon Coleman | | | |
| 616F94AF-DBDB-4DBE-AEEF-A787DEE71989 Joe DeSantis | | | |
| +16466284127 Brent Chestnut | | | |
| +17813577495 Casey Hyde | | | |

**Platform:**

1/20/2026 8:41:57 PM(UTC+0)

Source Info:
00008120-001915EE366B601E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7FF97F22-2D71-4C65-9D9A-A085162D0EFF/grdb/signal.sqlite/signal.sqlite.decrypted : 0x6A62B2 (Table: model_TSInteraction, model_SignalRecipient, model_SignalAccount, Size: 15310848 bytes)