# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

# EXHIBIT 11

UNENCRYPTED VIDEO TO BE HAND FILED ON 10/05/2026