# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
# EXHIBIT 12

UNENCRYPTED VIDEO TO BE HAND FILED
ON 10/05/2026