# In the Matter Of:

*HILTON v*

*MULLIN*

---

*Confidential*

CBP *- 30(b)(6)*

*August 21, 2026*

---

LEXITAS™

-CONFIDENTIAL-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

- - - - - - - - - - - - - - - - - - - x
ELINOR HILTON, ET AL.
Plaintiff,
v. Civil Action No.
2:26-cv-00092-JAW
MARKWAYNE MULLIN, Secretary of
Homeland Security, et al.,
Defendants.
- - - - - - - - - - - - - - - - - - - x

30(b)(6) VIDEOTAPED DEPOSITION of:
[redacted]
Friday, 21st of August, 2026
9:06 a.m. EST
WilmerHale
60 State Street
Boston, Massachusetts

Court Reporter: Katherine A. Tevnan, CSR #129093
Registered Merit Reporter

APPEARANCES:

ON BEHALF OF THE DEFENDANTS:

PROTECT DEMOCRACY
(By Ori Lev, Esq.
Genevieve Nadeau, Esq.
Janine Lopez, Esq.)
2020 Pennsylvania Avenue NW
Suite 163
Washington, DC 20006
joAnna.Suriani@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
janine.lopez@protectdemocracy.org

DEPARTMENT OF JUSTICE
Federal Programs Branch, Civil Division
(By Stephen Tagert, Esq.)
1100 L Street, NW
Washington, DC 20005
(202) 860-9963
stephen.tagert@usdoj.gov

Ileana Gomez, Esq.
Customs & Border Protection

APPEARANCES CONTINUED:

Brooke Jenkins, Esq.
Department of Homeland Security

Adam Cerro, Videographer

ZOOM APPEARANCES:

DUNN ISAACSON RHEE LLP
(By Benjamin J. Cabranes, Esq.)
401 9th Street, NW
Washington, DC 20004
(202)240-2900
bcabranes@dirllp.com
for the Plaintiffs

JoAnna Suriani, Esq.
Protect Democracy

Angela Cherman (CBP)
Kirsten Baumgarten (ICE-OPLA)
Katerina Koutrobis (CBP)
Kdubelier

ZOOM APPEARANCES CONTINUED:

Michelle-(CBP-OCC)

Rachel Weinstein (CBP)

Rebekah Shields (CBP-OCC)

the browsing category, if it didn't fall within a legitimate law enforcement purpose for searching that information.

Q. And did these trainings cover when it's appropriate or inappropriate to respond to a request for information regarding somebody who is exercising their First Amendment rights?

MR. TAGERT: Objection. Speculation. Scope.

A. CBP does not -- I'd say, just simply, somebody exercising their First Amendment protected activity does not constitute a legitimate request for -- or sharing information for an RFI.

Q. All right. And my question was, do those -- are there trainings that say that?

MR. TAGERT: Same objections.

A. I believe that part of the training does cover the First Amendment protected activities as well. I think that's part of that annual TECS privacy and security awareness training.

Q. And that would contain the information you just stated, that it would be inappropriate response to an RFI if you're seeking information

about an individual who's exercising their First Amendment rights?

MR. TAGERT: Same objections.

A. If that was the sole reason for requesting the information, yes.

Q. Did you review any of these trainings in preparation for today's deposition?

A. In preparation for the deposition, no.

Q. Okay. Did you -- can you turn back to Exhibit 1, the deposition notice, page 8.

A. I'm sorry. Which page?

Q. Page 8. And the second topic relates to training and training materials. You didn't review any training or training materials to be prepared to testify as to Topic 2?

MR. TAGERT: Objection. Misstates testimony. Scope.

A. Regarding Topic 2, as far as training materials, I was provided a training document for the Fortify the Border Overstay Program.

Q. I'm sorry. A training document for?

A. Fortify the Border Overstay Program.

Q. That's the only training document you reviewed?

C E R T I F I C A T E

I, [redacted], do hereby certify that I have read the foregoing transcript of my testimony, and further certify that said transcript is a true and accurate record of said testimony (with the exception of the following corrections listed below):

Page Line Correction

[redacted]

Sworn to and subscribed before me this day of , 2026.

Notary Public
My commission expires:

COMMONWEALTH OF MASSACHUSETTS)
)
SUFFOLK, SS. )

I, Katherine A. Tevnan, Registered Merit Reporter, Certified Shorthand Reporter No. 129093 and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that [redacted] the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am neither related to or employed by any of the parties or counsel to this action, nor am I financially interested in the outcome of this action.

In witness whereof, I have hereunto set my hand and seal this 24th day of August, 2026.

______________________

Katherine A. Tevnan,
Registered Merit Reporter
CSR # 129093

Notary Public
My commission expires March 10, 2028