# D.L. DEPOSITION EXCERPTS

# FILED UNDER SEAL