# ICE 30(b)(6) DEPOSITION EXCERPTS

# FILED UNDER SEAL