**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW |

**DECLARATION OF JOANNA SURIANI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXHIBITS**

I, JoAnna Suriani, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Protect Democracy Project and represent the plaintiffs in this case. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of DEFS000833.001, a document produced by Defendants in discovery. Defendants have designated this document as "Confidential" pursuant to the Heightened Confidentiality Order (ECF No. 28).

3. Attached as Exhibit 2 is a true and correct copy of Dom Amato, *Report: ICE apprehensions surge in Maine, expanding to 50 communities in 2026*, News Center Maine (Aug. 26, 2026), https://tinyurl.com/3tk5fh3j.

4. Attached as Exhibit 3 is a true and correct copy of Emily Allen & Morgan Womack, *Maine's Border Patrol agents are using more traffic stops, surveillance to make arrests*, Portland Press Herald (Aug. 24, 2025), https://tinyurl.com/yus777fn.

5. Attached as Exhibit 4 is a true and correct copy of Emily Allen, *Maine immigrant advocacy groups launch ICE activity hotline*, Portland Press Herald (Oct. 27, 2025), https://tinyurl.com/yza796b3.

6. Attached as Exhibit 5 is a true and correct copy of Maine Immigrants' Rights Coalition, *Maine Arrest and Detention Data* (Aug. 25, 2026), https://tinyurl.com/4j54hja4.

7. Attached as Exhibit 6 is a true and correct copy of Deportation Data Project, Arrests in Maine by month and apprehension method, https://tinyurl.com/442ubr9c.

8. Attached as Exhibit 7 is a true and correct copy of Ari Snider, *Maine sees 3rd-highest jump in nation in ICE arrests of people with no criminal records this year*, Maine Public (Sept. 2, 2026), https://tinyurl.com/4xmkka4d.

9. Attached as Exhibit 8 is a true and correct copy of Drew Johnson, *ICE activity is increasing again in Maine, immigration rights advocates warn*, Portland Press Herald (May 11, 2026), https://tinyurl.com/4az5utkd.

10. Attached as Exhibit 9 is a true and correct copy of Salome Cloteaux, *ICE watchers stand guard all day, every day outside Scarborough facility*, Portland Press Herald (Oct. 7, 2026), https://tinyurl.com/s7vk7etk.

11. Attached as Exhibit 10 is a true and correct copy of Lex McMenamin, *ICE got 'quieter'—then killed a father in Maine. Now watch groups are shifting their tactics too*, The Guardian (Oct. 1, 2026), https://tinyurl.com/4p2ueb22.

12. Attached as Exhibit 11 is a true and correct copy of Jessie Graham, *ICE Agents Use Intimidation Tactics on Bystanders During Arrest in Maplewood*, The Village Green (Sep. 23, 2026), https://tinyurl.com/47srvfny.

13. Attached as Exhibit 12 is a true and correct copy of Nick Penzenstadler, *'They were tracking us.' ICE tracks protesters in secret database*, USA Today (Oct. 8, 2026), https://tinyurl.com/ydekr2rm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2026.

*/s/ JoAnna Suriani*
JoAnna Suriani