# EXHIBIT 1

# FILED UNDER SEAL