# EXHIBIT 2

MAINE IMMIGRATION

# Report: ICE apprehensions surge in Maine, expanding to 50 communities in 2026

The analysis is based on ICE administrative records obtained through a Freedom of Information Act request and released by the Deportation Data Project.




Credit: NCM
File Photo




IN OTHER NEWS

Data shows most ICE arrestees in Maine have no criminal record

Author: Dom Amato
Published: 5:09 PM EDT August 26, 2026
Updated: 5:09 PM EDT August 26, 2026

PORTLAND, Maine — Immigration enforcement activity in Maine has increased sharply this year, with federal data showing Immigration and Customs Enforcement apprehended more people in the first seven months of 2026 than during all of 2024 and 2025 combined, according to a new analysis released by the Maine Immigrants' Rights Coalition.

Sponsored Links
The 4 Blood Pressure Drugs Doctors Never Touch
Heart Health US
Learn More

The analysis is based on ICE administrative records obtained through a Freedom of Information Act request and released by the Deportation Data Project. The newly released data covers enforcement activity through Aug. 6, 2026.

The report also found enforcement activity has spread to more Maine communities.

ICE recorded 482 apprehensions across 50 Maine towns between January and July of this year. By comparison, the state saw 168 apprehensions across 20 towns in 2024 and 308 across 31 towns in 2025.

A significant increase occurred in January, when 200 people were detained during Operation Catch of the Day.

The report states that 98% of individuals apprehended in Maine this year had no criminal conviction on record. It also found ICE apprehended only one person with a violent-crime conviction in 2026.

Among the municipalities with the highest number of apprehensions this year were Lewiston, South Portland, and Scarborough, each recording more than 60 apprehensions. Portland

recorded 51 apprehensions, while Biddeford recorded 43.

Researchers found that nearly 80% of apprehensions were classified as "at-large" arrests, meaning they occurred within communities rather than through transfers from other law enforcement agencies.

One area highlighted in the analysis was Scarborough, where ICE operates its local office. Researchers found roughly one in five at-large apprehensions statewide were recorded there and noted a concentration of apprehensions on Tuesdays, one of the agency's publicly listed check-in days.

26% of people apprehended since January 2024 have been from Angola, 14% from Ecuador and nearly 9% from the Democratic Republic of the Congo.

Read the full report from The Maine Immigrants' Rights Coalition here.

***For more local stories, continue with us on our NEWS CENTER Maine+ streaming app.***

**For the latest breaking news, weather, and traffic alerts, download the NEWS CENTER Maine mobile app.**

**MDs Say Cognitive Decline Begins When Seniors Often Say These 3 Phrases — See Which Ones**

The Wellness Institute | Sponsored

Learn More

**Women Over 50 Are Skipping the Facelift for This Serum**
Suncoast Serum | Sponsored

**MDs Tie 1 Common Boxed Cereal to Declining Mental Sharpness in Seniors**
She Why | Sponsored

**Dermatologists: The 1 Vitamin You Need If You Have Wrinkles**
The Skin Health | Sponsored
Learn More

**These Are the Coolest Gifts on Everyone's Wishlist in 2026**
Gadget Trend | Sponsored

**Closing Soon - More Than $50M Raised From Nearly 20,000 Investors**
Kevin O'Leary is a paid spokesperson for StartEngine. His participation in this webinar does not constitute an endorsement of LiquidPiston or an investment recommendation. For additional information, see his …
LiquidPiston | Sponsored
Learn More

**Japan's Oldest Doctors Say Memory Loss Isn't Age: Just Avoid Drinking These 3 Beverages**
View | Sponsored
Learn More

**Maine Attorney General's Office mistakenly shares confidential document with media**
WCSH

**Christa Pike's attorneys reveal what her first words were after failed execution in Tennessee**
WCSH

Case 2:26-cv-00092-JAW Document 142-7 Filed 10/09/26 Page 6 of 6 PageID #: 7639

LOADING NEXT ARTICLE...