# EXHIBIT 5

MAINE IMMIGRANTS' RIGHTS COALITION

For Immediate Release
August 25, 2026
Contact: Ruben Torres, Director of Advocacy and Policy
rtorres@maineimmigrantrights.org (831) 428-3118

# New Data: ICE Detained More People in Maine This Year Than 2024 and 2025 Combined

***Analysis by MIRC offers insight into how and where ICE is impacting the state***

***Find the MIRC analysis here.***

**PORTLAND** — The Department of Homeland Security (DHS) recently released new data detailing ICE activities between March 3 and August 6th, 2026. This data was obtained through a Freedom of Information Act request by the Deportation Data Project (DDP), which publishes the data upon receipt. The Maine Immigrants' Rights Coalition (MIRC) provides ongoing analysis of this data for Maine, providing accurate and clear information so public officials and the Maine public can understand immigration enforcement trends.

***The newly released data shows a sharp increase from previous years in immigration enforcement across Maine.*** Enforcement continues to harm families, neighborhoods, and businesses across the state. This update, released by DPP on August 24, includes every ICE encounter, detainer request, arrest, book-in to detention, and removal between October 1, 2022, and August 6, 2026. This adds almost five months of data to the previous release, which ran through March 10, 2026.

"Behind every data point is a person, a family, and a community living with fear and uncertainty," said Mufalo Chitam, executive director of the Maine Immigrants' Rights Coalition. "These numbers show the scale of ICE enforcement, but they cannot capture the tears shed by families torn apart, or the pain community members share with us every day. Making this information public helps communities name what is happening, demand accountability, and act together."

## Highlights from this latest release:

- This year's ICE detentions in the state are more than those of 2024 and 2025 combined. **(Figure 1)**
- ICE only apprehended *a single person* this year with a violent criminal conviction. **(Figure 7)**
- The newly released data now includes arrest geography. This indicates 50 specific cities or towns where apprehensions occurred in 2024-2026, showing that the enforcement footprint has widened as well as deepened in the state. **(Figure 10)**
- 98% of individuals apprehended have not been convicted of a crime. **(Figures 6 and 7)**
- There has been an increase in detentions occurring at the Scarborough ICE office. **(Figure 9)**
- ICE removed the "apprehension type" field, which defined whether an arrest was listed as "targeted" or "collateral." As a result, we're not able to assess if the rate of apprehensions in these past 5 months was connected to the supposed public safety risk cases or the dragnet approach seen in the months prior.

*This and other MIRC publications can be found at LighthouseME.org, Maine's Immigrant Defense Hub.*

*Methodology and updates from the Data Deportation Project can be found here.*

MAINE IMMIGRANTS' RIGHTS COALITION

# Maine Arrest and Detention Data

***Analysis of ICE administrative records, Jan 2024 – Jul 2026, released by the Deportation Data Project***

***C. Webster, R. Torres, H. Cropsey · Maine Immigrants' Rights Coalition***

---

The Deportation Data Project (DDP) releases Immigration and Customs Enforcement (ICE) administrative datasets as made available. ***On August 24th, the DDP released new data detailing ICE activities between March 3 and August 6th, 2026.*** Now, ICE administrative data made available by the DDP covers from October 2022 through August 6, 2026. The Maine Immigrants' Rights Coalition (MIRC) data team has filtered and analyzed the spreadsheets for Maine-specific data points. In the sections below, MIRC presents analyzed ICE administrative data between January 1, 2024, and July 31, 2026 in Figures 1 - 10.

Changes to note in this latest release – covering March 3 through August 6th, 2026 –include:

- ***APPREHENSION TYPE - ICE stopped providing "apprehension type" data,*** a metric used to denote whether an apprehended individual was "targeted" by ICE in advance or "collateral," not targeted in advance of being apprehended. The data now only provides whether an apprehension was made "At-Large" or via a "Custodial Apprehension". ***The removal of "Apprehension type" obscures the public's ability to determine whether those detained by ICE were the subject of "targeted" field operations.*** Previously, "apprehension type" data indicated that ICE apprehensions in Maine were largely untargeted, "collateral" arrests
- ***TOWN/CITY -*** ICE started to include data on arrest geography by "town" or "city," which the previous releases had not included. ***This additional data helps the public visualize the expansion of enforcement across the state.***

## Methodology

Source: Deportation Data Project, ICE administrative data, release retrieved 2026-08-25 and analyzed by the Maine Immigrants' Rights Coalition. Analysis window ranges from 01 January 2024 to 31 July 2026. The full data set runs through August 6, 2026.

Conviction-scoped fields. Threat level and the conviction fields are populated only where ICE has a recorded criminal conviction. Where they are empty, the Deportation Data Project codebook states that "it indicates that ICE has no record of a criminal conviction"

Duplicate handling. Rows the Deportation Data Project flags as duplicate transcriptions of a single event are removed before counting.

MAINE IMMIGRANTS' RIGHTS COALITION

## Source files

| Table | File | SHA-256 (first 16) |
|---|---|---|
| **arrests** | arrests-latest.parquet | 5889fe43ddbcd214 |
| **stints** | detention-stints-latest.parquet | bb5a325eede44ac8 |
| **joined** | joined-arrests-detention-stays-latest.parquet | 7019ec190dbfd666 |
| **stays** | detention-stays-latest.parquet | 7e10963614fdc3cf |

## Which population does each figure count?

There are four different "population" groups made available through DDP data and evaluated in the figures below. The "count" represents totals from January 1, 2024, to July 31, 2026.

| Population | Definition | Count |
|---|---|---|
| ***Apprehension Events*** In Maine | Rows in the Apprehension Data Set occurring in the State of Maine. | **962** |
| ***Individuals Apprehended*** In Maine | Maine Apprehension Events filtered for duplicates based on the anonymized A-number. | **946** |
| ***Individuals Held at a Facility*** In Maine | Cumberland County Jail, Portland/Scarborough hold room, Two Bridges. | **956** |
| ***Individuals*** In The Maine Cohort | Number of Unique Individuals Across Apprehension and Detention Data Sets | **1,361** |

MAINE IMMIGRANTS' RIGHTS COALITION

## Figure 1 · People ICE detained, by month · Jan 2024 – Jul 2026

**ICE has *steadily increased* apprehensions in Maine between November, 2024 and July, 2026, with a unique peak in January 2026 – when 200 people were detained during Operation Catch of the Day.**




When the number detained exceeds the number booked into a ME facility individuals were taken out of state for their initial processing.

| Month | Detained after Apprehension in ME | Booked into ME facility |
|---|---|---|
| 2024-01 | 8 | 8 |
| 2024-02 | 11 | 14 |
| 2024-03 | 9 | 14 |
| 2024-04 | 15 | 25 |
| 2024-05 | 10 | 11 |
| 2024-06 | 8 | 10 |
| 2024-07 | 8 | 15 |
| 2024-08 | 14 | 20 |
| 2024-09 | 9 | 37 |
| 2024-10 | 2 | 29 |
| 2024-11 | 10 | 17 |
| 2024-12 | 13 | 14 |
| 2025-01 | 15 | 34 |
| 2025-02 | 23 | 86 |
| 2025-03 | 10 | 58 |
| 2025-04 | 20 | 34 |
| 2025-05 | 19 | 43 |
| 2025-06 | 35 | 30 |
| 2025-07 | 29 | 25 |
| 2025-08 | 32 | 34 |

| Month | Detained after Apprehension in ME | Booked into ME facility |
|---|---|---|
| 2025-09 | 29 | 28 |
| 2025-10 | 34 | 29 |
| 2025-11 | 32 | 33 |
| 2025-12 | 31 | 55 |
| 2026-01 | 200 | 23 |
| 2026-02 | 28 | 28 |
| 2026-03 | 29 | 34 |
| 2026-04 | 34 | 34 |
| 2026-05 | 59 | 55 |
| 2026-06 | 73 | 68 |
| 2026-07 | 52 | 49 |

## Figure 2 · Age at Apprehension · Jan 2024 – Jul 2026

**68% of ICE apprehensions in Maine impacted adults aged 25 to 44.**




*Age computed from birth year, so each figure is accurate to within a year. Based on 962 apprehension events in Maine with a recorded birth year.*

| Age group | Apprehension events | Share |
|---|---|---|
| Under 18 | 4 | 0.4% |
| 18–24 | 94 | 9.8% |
| 25–34 | 363 | 37.7% |
| 35–44 | 295 | 30.7% |
| 45–54 | 154 | 16.0% |
| 55–64 | 49 | 5.1% |
| 65+ | 3 | 0.3% |
| Ages 25–44 (combined) | 658 | 68.4% |

MAINE IMMIGRANTS' RIGHTS COALITION

## Figure 3 · Gender · Jan 2024 – Jul 2026

**93.2% of Individuals apprehended in Maine are Men**




*Gender as recorded by ICE. Unit is apprehension events, n = 962.*

| Gender | Apprehension events | Share |
|---|---:|---:|
| **Male** | 897 | 93.2% |
| **Female** | 64 | 6.7% |
| **Unknown** | 1 | 0.1% |

## Figure 4 · Country of citizenship, ten most frequent · Jan 2024 – Jul 2026

**ICE apprehends individuals from Latin American or African countries, with a notable focus on Angolan individuals who account for 26% of all Maine apprehension events.**



*ICE's demographic data shows that enforcement continues to affect citizens of Angola, Ecuador, Dem. Rep. of Congo, Guatemala, and Honduras. This is consistent with previously reported data. Individuals apprehended in Maine come from 63 unique countries of origin. Unit is Apprehension events, n = 962.*

| Country | Apprehension events | Share |
|---|---|---|
| Angola | 250 | 26.0% |
| Ecuador | 136 | 14.1% |
| Dem rep of the Congo | 86 | 8.9% |
| Guatemala | 71 | 7.4% |
| Honduras | 43 | 4.5% |
| Congo | 33 | 3.4% |
| Dominican Republic | 32 | 3.3% |
| Rwanda | 28 | 2.9% |
| Mexico | 28 | 2.9% |
| El Salvador | 27 | 2.8% |

---

## Figure 5 · Maine ICE Apprehensions by quarter · Jan 1 2024 – Jul 31 2026

**ICE apprehended more people in between Jan. and July 2026 (7 months) than 2024 and 2025 combined (24 months).**




*Unit is Apprehension events, n = 962. Q32026 is Partial.*

| Quarter | Arrest events |
|---|---|
| 2024Q1 | 47 |
| 2024Q2 | 51 |
| 2024Q3 | 43 |
| 2024Q4 | 28 |

| | |
|---|---|
| **2025Q1** | 49 |
| **2025Q2** | 74 |
| **2025Q3** | 90 |
| **2025Q4** | 98 |
| **2026Q1** | 261 |
| **2026Q2** | 169 |
| **2026Q3* Partial** | 52 |

## Figure 6 · Criminality classification, by Quarter · Jan 2024 – Jul 2026

**ICE increasingly targeted law-abiding immigrants with no criminal charges or convictions.**




*ICE assigns every arrest one of three categories. "Pending criminal charges" is applied broadly and includes individuals who may have been booked but never charged, or later had charges dropped*

| Year | Convicted of a crime | Pending criminal charges | No criminal conviction or charge |
|---|---|---|---|
| **2024** | 35 (21%) | 79 (47%) | 55 (33%) |
| **2025** | 73 (23%) | 113 (36%) | 125 (40%) |
| **2026** | 56 (12%) | 95 (20%) | 331 (69%) |

MAINE IMMIGRANTS' RIGHTS COALITION

## Figure 7a · Most serious criminal conviction · Jan 2024 – Jul 2026

### Less than 1% of Individuals Apprehended by ICE in Maine have been convicted of a Violent Crime.




*In ICE's "conviction" field, the Deportation Data Project codebook states that where the conviction fields are empty, "it indicates that ICE has no record of a criminal conviction." The conviction field is not included in the apprehension data set. Individuals apprehended but not detained are recorded as No detention Stay.*

| Conviction | People | Share |
|---|---|---|
| No conviction on record | 738 | 76.8% |
| Nonviolent crime | 154 | 16.0% |
| Violent crime | 9 | 0.9% |
| No detention stay | 60 | 6.2% |

MAINE IMMIGRANTS' RIGHTS COALITION

## Figure 7b · Most serious criminal conviction · Jan 2024 – Jul 2026

**ICE only apprehended 1 convicted violent criminal in Maine in 2026. Today, 98% of Individuals Apprehended in Maine have no conviction.**




*In ICE's `conviction` field, the Deportation Data Project codebook states that where the conviction fields are empty, "it indicates that ICE has no record of a criminal conviction". The conviction field is not included in the apprehension data set. Individuals apprehended but not detained are recorded as No detention Stay.*

Previously ICE had reported criminality based on severity of charge by: Misdemeanor, Felony, or Aggravated felony.

*Reference Figure: Country Of Origin Jan 2024 - Feb 2026*



MAINE IMMIGRANTS' RIGHTS COALITION

## Figure 8 · Method of Apprehensions made · Jan 2024 – Jul 2026

### 79.3% of Maine Apprehensions were made "At-Large" in community settings.




*Often an at-large apprehension these apprehensions occur in public spaces, at individuals' residences, or at scheduled appointments. A custodial arrest takes the person from another agency's custody, typically a county jail. The unit is apprehension events.*

| Method | Apprehension events | Share |
|---|---|---|
| At-Large Arrest | 763 | 79.3% |
| Custodial Arrest | 196 | 20.4% |
| Other | 2 | 0.2% |
| 287(g) Program | 1 | 0.1% |

Apprehension Method has been bucketed to consolidate by category in the source data.

*Reference Figure: ICE Records vs Deportation Data Project Reporting*



## Figure 9 · At-Large Apprehensions recorded in Scarborough, where ICE's Portland hold room is located

**One in Five At-Large Apprehensions in Maine are Recorded in Scarborough.**




Between January 2024 and July 2026, 157 at-large apprehensions were recorded in Scarborough (20.6% of all Apprehensions). According to ICE's website, ICE's field office in Scarborough conducts check-in appointments on Tuesdays and Wednesdays. There is a statistically significant difference in the event_landmark when comparing Scarborough to the rest of the state. A larger share of Scarborough's apprehensions are labeled with an event_landmark of *'POM general area non-specific',* which represents an at-large apprehension that is not attributed to a fugitive operations team. An event_landmark of *Fugitive Operations* does not share the same significance as the *POM general area non-specific*. This indicates a difference in the apprehension method occurring in Scarborough.

Additionally, when statistically evaluating apprehensions by day of the week between seven Maine towns with the largest number of apprehensions (including Scarborough), Scarborough is the only town with records that concentrate on a single day (Tuesday), which corresponds to one of the two published days of ICE Check-Ins.

## Figure 10 · Maine Towns where ICE Apprehensions Occurred, by year

**ICE's enforcement "footprint" is expanding across Maine. ICE apprehended people in 50 distinct Maine towns in 2026.**




*The number of distinct towns or cities in Maine where at least one apprehension event was recorded. Multiple apprehensions in the same town are counted as a single town or city. `apprehension_city` is new in this release.*

| Year | Towns | Apprehension events |
|---|---|---|
| **2024** | 20 | 168 |
| **2025** | 31 | 308 |
| **2026** | 50 | 482 |

| Town | 2024 | 2025 | 2026 | Town | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| Portland | 54 | 93 | 51 | York | 0 | 0 | 3 |
| Scarborough | 54 | 41 | 63 | Arundel | 0 | 1 | 1 |
| Lewiston | 0 | 29 | 64 | Boothbay | 0 | 0 | 2 |
| South Portland | 4 | 22 | 64 | Boothbay Harbor | 0 | 0 | 2 |
| Biddeford | 2 | 32 | 43 | Fairfield | 0 | 0 | 2 |
| Auburn | 11 | 14 | 31 | Gorham | 1 | 1 | 0 |
| Westbrook | 5 | 19 | 18 | Kennebunk | 0 | 1 | 1 |
| Alfred | 8 | 11 | 6 | Kittery | 0 | 1 | 1 |
| Augusta | 6 | 5 | 9 | Lisbon | 0 | 2 | 0 |
| Windham | 1 | 1 | 16 | Bethel | 0 | 0 | 1 |

MAINE IMMIGRANTS' RIGHTS COALITION

| Town | 2024 | 2025 | 2026 | Town | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| Madison | 5 | 0 | 10 | Cape Elizabeth | 0 | 1 | 0 |
| Saco | 1 | 4 | 10 | Farmington | 0 | 0 | 1 |
| Old Orchard Beach | 0 | 0 | 14 | Friendship | 0 | 0 | 1 |
| Wiscasset | 1 | 5 | 7 | Gardiner | 0 | 0 | 1 |
| Sanford | 1 | 2 | 6 | Gray | 0 | 1 | 0 |
| Wells | 1 | 3 | 5 | Hermon | 0 | 0 | 1 |
| Ellsworth | 0 | 3 | 5 | New Gloucester | 0 | 0 | 1 |
| Brunswick | 0 | 2 | 5 | Ogunquit | 1 | 0 | 0 |
| Warren | 0 | 4 | 3 | Oxford | 0 | 0 | 1 |
| Bangor | 3 | 2 | 1 | Paris | 0 | 0 | 1 |
| Cumberland | 4 | 1 | 0 | Pembroke | 0 | 0 | 1 |
| Waterboro | 0 | 0 | 5 | Sandy River Plantation | 0 | 0 | 1 |
| Berwick | 0 | 0 | 4 | South Berwick | 0 | 0 | 1 |
| Buxton | 2 | 0 | 2 | Standish | 0 | 0 | 1 |
| Freeport | 0 | 1 | 3 | Turner | 0 | 0 | 1 |
| Machias | 0 | 1 | 3 | West Gardiner | 0 | 0 | 1 |
| Falmouth | 2 | 1 | 0 | Winslow | 0 | 0 | 1 |
| Newport | 0 | 1 | 2 | Woodstock | 0 | 0 | 1 |
| Waterville | 0 | 1 | 2 | | | | |