# EXHIBIT 6


Number of arrests by month and state, broken out by apprehension method (simplified)
Number of arrests per month
0
100
200
2023
2024
2025
2026
Apprehension date
Apprehension method (simplified)
287(g) Program
At-Large Arrest
Custodial Arrest
Other
State
MAINE