# EXHIBIT 7

maine public
INSPIRING · ENTERTAINING · TRUSTED
DONATE

# Maine sees 3rd-highest jump in nation in ICE arrests of people with no criminal records this year

**Maine Public | By Ari Snider**

Published September 2, 2026 at 5:39 PM EDT




*Robert F. Bukaty / AP*

A woman films a Homeland Security Investigations agent at a parking lot at Deering Oaks Park, Friday, Jan. 23, 2026, in Portland, Maine.

Maine Public
Maine Calling
Maine Public
Maine Calling

Data Project. That's already well above the total for all of last year, when the agency detained 315 people in the state.

Over 40% of this year's ICE arrests took place in January, when the agency launched its so-called "Operation Catch of the Day," sweeping up many residents who had no criminal record and who were pursuing lawful immigration pathways.

But the state has also seen a notable increase in detentions over the summer, which was also marked by the fatal ICE shooting of 25-year-old Johan Sebastián Durán Guerrero in Biddeford this July.

## ICE arrests in Maine by month




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

Because ICE does not make detention statistics readily available, the Deportation Data Project numbers — obtained through Freedom of Information Act lawsuits — paint the clearest picture to date of the agency's operations in Maine during the second Trump administration.

An analysis of the data shows the surge in arrests in Maine this year is being driven by increased targeting of people with no criminal records.

Maine Public
Maine Calling
Maine Public
Maine Calling

## Share of ICE detainees in Maine by criminal record




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

In fact, the number of people without criminal records arrested by ICE in Maine has jumped 161% through July of 2026, compared to *all* of 2025. Only Vermont and Montana saw greater increases.

Maine Public
Maine Calling
Maine Public
Maine Calling

## Change in arrests of people with no criminal record, 2025-2026




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

Of those detained who do have criminal records, most are for nonviolent crimes. So far this year, ICE has arrested only one person in Maine with a conviction for a violent crime, despite the agency's repeated claim to be targeting the "worst of the worst".

Maine Public
Maine Calling
Maine Public
Maine Calling

## Share of ICE detainees in Maine with criminal convictions




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

What happens after those arrests varies widely. Many of those detained during the federal enforcement surge in January, for example, were later released, either on bond or on a court order. But as the new data show, ICE has also deported about a third of the people it has detained in Maine since last year.

Maine Public
**Maine Calling**
Maine Public
**Maine Calling**

Case 2:26-cv-00092-JAW Document 142-12 Filed 10/09/26 Page 7 of 13 PageID #: 7677

## Outcome of ICE arrests in Maine




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

As previous reporting has indicated, ICE arrests have been concentrated in greater Portland, Lewiston-Auburn, and Biddeford, but have also reached into more rural parts of the state.

Maine Public
Maine Calling
Maine Public
Maine Calling

## ICE arrests by Maine municipality




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

It's important to note that Border Patrol arrests were not included in this data set, meaning it does not include several large-scale detentions of farmworkers in Skowhegan earlier this year.

The citizenship of people arrested by ICE this year reflects recent immigration trends in the state, with a high concentration of people from Central Africa, Central America, and South America.

Maine Public
Maine Calling
Maine Public
Maine Calling

## Maine ICE detainees by citizenship




*Data from Jan. 2025-July 2026*

Source: Deportation Data Project • Get the data • Created with Datawrapper

The Angolan community has had the highest number of residents arrested by ICE under the second Trump administration. That community has grown significantly in recent years, largely due to the arrival of people seeking asylum. And, increasingly, immigration lawyers say ICE appears to betargeting asylum seekers who entered the country on temporary visas.

The spike in ICE arrests has taken a growing toll on communities and families.

“Behind every data point is a person, a family, and a community living with fear and uncertainty,” said Mufalo Chitam, executive director of the Maine Immigrants’ Rights Coalition, in a written statement last month when the new detention data was first released. “These numbers show the scale of ICE enforcement, but they cannot capture the tears shed by families torn apart, or the pain community members share with us every day."

*Community support has always powered public media, and the power to keep this*

Maine Public
Maine Calling
Maine Public
Maine Calling

Donate here

Tags Immigration ICE in Maine Immigration and Customs Enforcement Immigrants in Maine



Ari Snider

asnider@mainepublic.org

See stories by Ari Snider

Maine Public
Maine Calling
Maine Public
Maine Calling




Maine Public
**Maine Calling**
Maine Public
**Maine Calling**

Stay Connected

Bangor Studio/Membership Department
63 Texas Ave.
Bangor, ME 04401

Lewiston Studio
1450 Lisbon St.
Lewiston, ME 04240

Portland Studio
323 Marginal Way
Portland, ME 04101

Registered 501(c)(3) EIN: 22-3171529
© 2026 Maine Public

ABOUT US

Mission
Contact Maine Public
On-Air Staff
Leadership Team
Careers
Strategic Plan
Board of Trustees
Community Advisory Board
Jim Dowe Internship
Public Safety

Maine Public
**Maine Calling**
Maine Public
**Maine Calling**

Case 2:26-cv-00092-JAW Document 142-12 Filed 10/09/26 Page 13 of 13 PageID #: 7683

Privacy Statement
SMS / Text Messaging Terms of Service
Contest Rules
Financial Reports
CPB Reports
Community Representation Statement
Hiring Policies
Code of Ethics
Social Media Guidelines
On-air Guidelines
FCC Public Files
FCC Applications
Impact Report

SUPPORT US

Donate
Ways to Support Maine Public
Newsletter Sign Up
Member Benefits: Maine PBS Passport and More!
Maine Public's Corporate Circle
Donate a Vehicle
Donor FAQ
Maine Public Store
Add Maine Public as a preferred source on Google

Maine Public
**Maine Calling**
Maine Public
**Maine Calling**