**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ELINOR HILTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al,<br><br>Defendants. | Case No. 2:26-cv-00092-JAW |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ADD TO THE RECORD OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A LIMITED REPLY BRIEF**

Defendants provide this limited response to Plaintiffs' motion asking this Court to add one document to the record for purposes of addressing Defendants' limited objection to the Magistrate Judge's Order. *See* ECF No. 130. In their filing, Plaintiffs state that "Defendants would not consent" to their request to add one document to the record "unless Plaintiffs agreed to allow them to file a reply brief if they deem it necessary to do so" and that "Plaintiffs do not believe this one-page document merits a reply brief and therefore did not agree to that condition." *Id.* But Plaintiffs' statement does not accurately relay what Defendants stated. Instead, as stated in the attached exhibit showing the parties' email communications, Defendants asked for the opportunity "to file a reply brief in support of our objection for the sole purpose of addressing this newly raised document," *see* Ex. A at 2, and later noted that the request was for "a limited reply to address this document only." *Id.* at 1. Plaintiffs would not agree to that request, so Defendants ask the Court to deny Plaintiffs' request to add to the record because Defendants have not had an opportunity to

address this document and do not believe that Plaintiffs' representations accurately relay the context of the officers' statements.

In the alternative, Defendants request the Court to permit them to file a reply brief addressing this document only, not to exceed three pages.

Dated: October 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER HAAS
Branch Director

/s/ *J. Stephen Tagert*
NATALIE M. VILLALON
J. STEPHEN TAGERT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-5486
Natalie.M.Villalon@usdoj.gov
Stephen.Tagert@usdoj.gov

ANDREW B. BENSON
United States Attorney

JOHN G. OSBORN
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
John.Osborn2@usdoj.gov

*Counsel for Defendants*