# EXHIBIT A

**From:** Tagert, Stephen (CIV)
**To:** "JoAnna Suriani"
**Cc:** Genevieve Nadeau; Villalon, Natalie M (CIV); Osborn, John (USAME) 1; Janine Lopez; Rush Atkinson; Yotam Barkai; Ori Lev; Benjamin Cabranes; Melissa A. Hewey; dkallin@dwmlaw.com; Kenneth Parreno; kdunn@dirllp.com; Jeannie Rhee; Elias Boujaoude; Urban, Tracey L. (CIV); Ella Barzel
**Subject:** RE: [Not Virus Scanned] [Not Virus Scanned] Re: [EXTERNAL] Hilton v. Mullin, 2:26-cv-00092-JAW, Production Volume PROD009
**Date:** Wednesday, September 30, 2026 12:55:00 PM
**Attachments:** image001.png

---

Thanks, JoAnna.

Please note our reason for opposing your motion and that you rejected our compromise. Specifically, our reason for opposition is that this is the first time you have raised this document and we will have no opportunity to address the import of it either before the Magistrate Judge or District Court, and Plaintiffs would not agree to allow Defendants a limited reply to address this document only.

**J. Stephen Tagert**
U.S. Department of Justice | Civil Division (Federal Programs Branch)
Email Address: stephen.tagert@usdoj.gov
Phone: (202) 305-5486

---

**From:** JoAnna Suriani <joanna.suriani@protectdemocracy.org>
**Sent:** Wednesday, September 30, 2026 12:50 PM
**To:** Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov>
**Cc:** Genevieve Nadeau <genevieve.nadeau@protectdemocracy.org>; Villalon, Natalie M (CIV) <Natalie.M.Villalon@usdoj.gov>; Osborn, John (USAME) 1 <John.Osborn2@usdoj.gov>; Janine Lopez <janine.lopez@protectdemocracy.org>; Rush Atkinson <ratkinson@dirllp.com>; Yotam Barkai <ybarkai@dirllp.com>; Ori Lev <ori.lev@protectdemocracy.org>; Benjamin Cabranes <bcabranes@dirllp.com>; Melissa A. Hewey <mhewey@dwmlaw.com>; dkallin@dwmlaw.com; Kenneth Parreno <kenneth.parreno@protectdemocracy.org>; kdunn@dirllp.com; Jeannie Rhee <jrhee@dirllp.com>; Elias Boujaoude <elias.boujaoude@protectdemocracy.org>; Urban, Tracey L. (CIV) <Tracey.L.Urban@usdoj.gov>; Ella Barzel <ella.barzel@protectdemocracy.org>
**Subject:** Re: [Not Virus Scanned] [Not Virus Scanned] Re: [EXTERNAL] Hilton v. Mullin, 2:26-cv-00092-JAW, Production Volume PROD009

Stephen,

Thank you for your response. We cannot agree with your condition. We will note your position and style the motion as one you oppose.

Sincerely,
JoAnna

--
**JoAnna Suriani** (hear my name)
*Counsel*
Protect Democracy
joanna.suriani@protectdemocracy.org
202-909-7212 | she/her/hers

*Sign up for our weekly email briefing: ifyoucankeep.it*

On Wed, Sep 30, 2026 at 12:08 PM Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov> wrote:

> JoAnna,
>
> We do not oppose your request on one condition: that in the event that we deem it is necessary, Plaintiffs will not oppose our motion for leave to file a reply brief in support of our objection for the sole purpose of addressing this newly raised document since we will not otherwise have the opportunity to address it.
>
> Please let us know if you agree to that condition.
>
> **J. Stephen Tagert**
> U.S. Department of Justice | Civil Division (Federal Programs Branch)
> Email Address: stephen.tagert@usdoj.gov
> Phone: (202) 305-5486
>
> ---
>
> **From:** JoAnna Suriani <joanna.suriani@protectdemocracy.org>
> **Sent:** Tuesday, September 29, 2026 2:49 PM
> **To:** Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov>

**Cc:** Genevieve Nadeau <genevieve.nadeau@protectdemocracy.org>; Villalon, Natalie M (CIV) <Natalie.M.Villalon@usdoj.gov>; Osborn, John (USAME) 1 <John.Osborn2@usdoj.gov>; Janine Lopez <janine.lopez@protectdemocracy.org>; Rush Atkinson <ratkinson@dirllp.com>; Yotam Barkai <ybarkai@dirllp.com>; Ori Lev <ori.lev@protectdemocracy.org>; Benjamin Cabranes <bcabranes@dirllp.com>; Melissa A. Hewey <mhewey@dwmlaw.com>; dkallin@dwmlaw.com; Kenneth Parreno <kenneth.parreno@protectdemocracy.org>; kdunn@dirllp.com; Jeannie Rhee <jrhee@dirllp.com>; Elias Boujaoude <elias.boujaoude@protectdemocracy.org>; Urban, Tracey L. (CIV) <Tracey.L.Urban@usdoj.gov>; Ella Barzel <ella.barzel@protectdemocracy.org>
**Subject:** Re: [Not Virus Scanned] [Not Virus Scanned] Re: [EXTERNAL] Hilton v. Mullin, 2:26-cv-00092-JAW, Production Volume PROD009

Stephen,

We plan to ask the court for leave to attach DEFS001746 as an exhibit to Plaintiffs' opposition to your objections to the Magistrate Judge's orders on the First Amendment privilege. Please let us know by mid-morning tomorrow (9/30) if we can list you as unopposed to our request. We plan to file the exhibit under seal while the parties continue to litigate the scope of Defendants' sealing assertions.

Best,
JoAnna

--
**JoAnna Suriani** (hear my name)
*Counsel*
Protect Democracy
joanna.suriani@protectdemocracy.org
202-909-7212 | she/her/hers

*Sign up for our weekly email briefing: ifyoucankeep.it*

On Fri, Sep 18, 2026 at 3:19 PM Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov> wrote:

> Counsel,
>
> Please find the documents filed under seal a few moments ago attached.
>
> Thank you,
>
> **J. Stephen Tagert**