# J.C. DEPOSITION EXCERPTS

# FILED UNDER SEAL