# EXHIBIT 79

PRESS RELEASE

# 15 Members of Direct Action Minnesota, a Minneapolis-Based Direct Action Group with Antifa Ties, Indicted

Tuesday, June 16, 2026

**For Immediate Release**

Office of Public Affairs

## Charges Include Conspiracy to Impede or Injure a Federal Officer, Interstate Stalking, Interstate Threats, Solicitation to Commit a Crime of Violence, and Assaults on Federal Officers

*Note: View indictment here.*

The Justice Department today announced that 15 members and associates of Direct Action Minnesota (DAMN) have been charged with various federal crimes, including conspiracy to impede a federal officer, multiple counts of interstate stalking, interstate threats, solicitation to commit a crime of violence, multiple counts of assault on a federal officer, and destruction of government property.

Over the last 24 hours, federal agents with Homeland Security Investigations (HSI) conducted a coordinated law enforcement operation culminating in the arrest of 12 DAMN members. Two DAMN members are at-large, and one was previously in federal custody on separate charges.

"As alleged, these defendants, which included members of Antifa groups, engaged in an unrelenting campaign of harassment and violence targeting federal and local law enforcement,"

said Acting Attorney General Todd Blanche. "Their actions created a dangerous environment that threatened not only their intended targets, but the community as a whole. These arrests demonstrate the Department's commitment to law and order and stopping organized political violence in Minneapolis and beyond."

"The arrests of these rioters is a win for law and order. If you lay a hand on law enforcement, you will be prosecuted to the fullest extent of the law," said Secretary of Homeland Security Markwayne Mullin. "We have ZERO tolerance for violence against our law enforcement. If you assault or obstruct law enforcement, you will face the consequences."

"For those who choose to threaten or harm federal officers, the Department of Justice will hold you accountable," said U.S. Attorney Daniel N. Rosen for the District of Minnesota. "The direct actions alleged in the indictment are un-American. And they will be met with swift justice."

"Today's announcement is the result of a thorough investigation into a deeply troubling trend: coordinated violence targeting federal law enforcement officers in an effort to cause chaos and impede law enforcement operations," said Special Agent in Charge Michael McCarthy of HSI St. Paul. "We have uncovered evidence of organized groups deliberately planning and executing criminal acts, including assaults, threats, destruction of government property, and attempts to impede federal officers. We fully respect and defend the First Amendment right to peaceful protest. However, when protest crosses the line into violence or criminal activity, it becomes unlawful and will not be tolerated. Our message is clear: you may disagree with the laws, and you have the right to protest them, but you must abide by them or face the consequences. The law is not optional, and any attempt to undermine it through violence or intimidation will be met with swift and decisive action."

"The charges unsealed today in the District of Minnesota are directly in line with Joint Task Force Vanguard's mission: a collaborative, whole of government effort to counter groups that use violence and the threat of violence to achieve political ends," said Co-Director Brian Lynch of Joint Task Force Vanguard. "Acts of political violence are priority matters for federal law enforcement and will be zealously investigated and prosecuted."

An eight-count indictment charges 15 members and associates of the DAMN for a broad range of crimes including conspiracy to impede a federal officer, multiple counts of interstate stalking, interstate threats, solicitation to commit a crime of violence, multiple counts of assault on a federal officer, and destruction of government property.

As outlined in the indictment, DAMN is an organization dedicated and committed to direct action against federal law and immigration enforcement. Direct action refers to disruptive and obstructive tactics used by participants to forcibly challenge, block, or stop immigration raids, detentions, and deportations. DAMN describes itself as "...a decentralized coalition of working-class people engaged in various forms of community defense against the current Federal

Occupation happening within the wider metro area, and against state and a far-right violence more broadly." DAMN also trains its members in the use of shields against law enforcement, surveillance, event planning, role differentiation, and rapid mass mobilization against U.S. Immigration and Customs Enforcement (ICE) enforcement actions.

DAMN is comprised of members from several sub-groups, such as the Black Cat Worker's Collective, Ray Rainbolt Memorial Shooting Club, and other organizations.

Many self-proclaimed "antifascist" or "Antifa" groups in the United States exist at the local level, in small units called affinity groups. Antifa groups frequently blend anarchist and communist views. The Black Cat Worker's Collective (BCWC) is a Minneapolis-based Antifa affinity group committed to militant class struggle, community self-defense, and revolution. Militant class struggle includes disrupting rallies, digital campaigning, community organizing, and physical confrontation, often justified as collective self-defense. BCWC members advocate, promote, and utilize militant tactics and violence. BCWC members are intricately involved in the planning and execution of direct actions. The Ray Rainbolt Memorial Shooting Club is another Minneapolis-based Antifa affinity group dedicated to "community self-defense."

The Black Cat Worker's Collective Facebook page described that, "The Black Cat Worker's Collective is a class struggle anarchist organization committed to workplace struggle, housing justice, community self defense, internationalism, and revolution."

On Feb. 5, Kyle Wagner was arrested in Minneapolis for doxxing a federal agent in the Eastern District of Michigan. When he was arrested, Wagner wore a sweatshirt that had "I'm Antifa!" on the front. Law enforcement recovered several Antifa patches in Wagner's residence. See below.




*Antifa patches recovered by law enforcement at Wagner's residence.*




*Wagner being arrested.*

DAMN members worked closely with rapid response networks (RRNs) to identify and harass federal immigration and law enforcement officers in order to harass and prevent officers from performing their official duties. RRNs are “inherently militant” with the “explicit aim of combating and stopping a federal agent with a gun.”

DAMN worked closely with other direct action groups, Antifa affinity groups, RRNs, and other organizations to plan for and execute certain direct actions. DAMN infiltrated and exploited lawful protests to more efficiently carry out its direct actions targeting operations involving ICE as well as supporting federal and state law enforcement. DAMN relied upon otherwise lawful protesters and "strength in numbers" to distract law enforcement and enable DAMN members to carry out its direct action operations.

DAMN members almost exclusively communicate on Signal Messenger, which is an encrypted message application. DAMN members often organize themselves into different sub-groups on Signal Messenger based on their roles and responsibilities.

DAMN members hold meetings on a regular basis. DAMN members advocate and practice "operational security" or "OPSEC." For example, DAMN members collect cell phones prior to meetings to prevent recordings.

DAMN members organized and participated in direct actions against federal and local law enforcement on Jan. 23 and March 1. DAMN members deployed "hard" and "soft" blockades against federal law and immigration enforcement as well as against Hennepin County Sheriff's Office deputies during both of the direct actions. DAMN successfully shut down operations at the Bishop Henry Whipple Federal Building (Whipple Building), during both direct actions.

Members of DAMN's "hard blockade" team used vehicles, trailers, Czech hedgehogs (a static obstacle made of metal angle beams), and other items to obstruct the roads used by law enforcement near the Whipple Building to impede the movement of federal law enforcement and immigration officers. See below for examples of items used for "hard blockade" during the January 23 and March 1 direct actions.



*A flipped trailer used by DAMN during a blockade.*




*Debris and a Czech hedgehog used by DAMN during a blockade.*

Members of the “soft blockade” team wield homemade shields constructed from plastic, wood, and metal to physically resist the efforts of law enforcement, and to aggressively “wedge” or break through teams of officers on foot. See below for one of the “soft blockades” that was set up on March 1.




*“Soft blockade” by DAMN on March 1.*




*“Soft blockade” by DAMN on March 1.*

DAMN members engage in "commuting" tactics, which include identifying, following, surveilling, harassing, and confronting federal immigration enforcement with the goal of preventing, hindering, delaying, and impeding the enforcement of federal immigration law. DAMN members use the Whipple Watch Signal group chat, which facilitated the identification of federal immigration and law enforcement vehicles and documents identifying information, such as license plate numbers, in databases. The databases include information like whether a vehicle has been identified as belonging to federal law enforcement, when it was last seen, how many times it was seen, the kinds of activities it was engaged in, if it was in a caravan, and if someone saw federal agents with tactical gear inside, all to help determine how aggressive the response to that particular vehicle should be. DAMN members often rely on information and intelligence produced by the Whipple Watch and other Signal group chats to target, harass, and confront federal immigration and law enforcement officers. Once someone relays information about a federal immigration or law enforcement officer's location, "dispatchers" relay "verified" information to "commuters," who deploy to the identified area to interfere with, prevent, hinder, delay, impede, and directly confront federal immigration enforcement, including "de-arresting" people that federal law enforcement have arrested.

"Commuters" follow federal immigration enforcement officers from locations, like the Whipple Building, to the officers' residences and other locations. "Commuters" often work with "co-pilots," who communicate with "dispatchers" in real-time. "Dispatchers" relay identifying information about immigration and law enforcement vehicles to "commuters" and "co-pilots." DAMN members often engage in "commuting" tactics with other members.

For example, on May 4, a federal immigration officer left the Whipple Building in his government-issued vehicle. DAMN member Isaac Sant drove a Hyundai Sonata and followed the federal immigration officer from the Whipple Building to Hudson, Wisconsin. St. Croix County deputies stopped the Hyundai Sonata in Hudson, Wisconsin, and identified Sant as the driver.

On May 18, a federal immigration officer left the Whipple Building in his government-issued vehicle. DAMN member Natasha Rakotz drove a Honda Civic and followed the federal immigration officer from the Whipple Building to the area of Minnesota State Highway 55 and Minnesota State Highway 5. Rakotz "brake checked" the officer and "side swiped" the officer's vehicle, causing a collision.

Below is an image of Natasha Rakotz ramming her Honda Civic into the federal immigration officer's government-issued vehicle.



*Image of Natasha Rakotz trying to ram her Honda Civic into a federal immigration officer's government-issued vehicle.*

On May 15, an unindicted coconspirator sent a message describing a HSI agent's government-issued vehicle as well as his license plate number in the "Whipple 3.0" Signal group chat. The unindicted coconspirator described the government-issued vehicle having a "reflective hat & vest on dash." In the same chat, an unindicted coconspirator referred a different government-issued vehicle in the area (Government Vehicle 2) and stated, "This vehicle was confirmed at whip and hasn't been added to the DB (database) – currently near the 28th and Bloom situation." DAMN member Isaac sant sent a message in the "DAMN" Signal group chat, stating, "Alerta alerta: There's an ICE raid in progress RIGHT NOW at 28th and Bloomington.  Ford F150…" Sant provided the license plate number for the government-issued vehicle and continued, "three agents out of vehicle. I am not on scene. Get over there if you can!" DAMN member Brian Apland responded, "Omw (on my way)." At this time, HSI agents were performing their duties and conducting interviews. DAMN member William Morgan showed up to the scene and approached one of the agents and knocked the agent's notes out of his hand. Morgan also kicked the government-issued vehicle, causing dents. Isaac Sant was also present at the scene. Below is the damage to the government-issued vehicle.



*Government vehicle damaged by member of DAMN.*

Below is an image of William Morgan and Isaac Sant on the scene.



*A member of DAMN at the scene of a damaged government vehicle.*



*A member of DAMN at the scene of a damaged government vehicle.*

DAMN members trained other direct action and Antifa affinity groups throughout the country about how to forcibly obstruct, prevent, delay, hinder, and impede federal immigration enforcement operations. These trainings were referred to as the "Anarchist Speaking Tour." DAMN members provided training and best practice at "Anarchist Speaking Tour" events in Chicago, Ann Arbor, and Seattle in April 2026.

On April 8, DAMN members Callum Robinet, William Morgan, and others took part in the "Anarchist Speaking Tour" in Ann Arbor, Michigan. Robinet explained to the participants that, "So this is an anarchist speaking tour. We're all anarchists."

On April 18, DAMN members Isaac Sant, Cameron Kennedy, and William Morgan took part in the "Anarchist Speaking Tour" in Seattle, Washington. Kennedy described the history of violent resistance in Minneapolis. He described the looting and burning of the Minneapolis Police Department's Third Precinct as "the happiest moment of my life." Kennedy explained, "A lot of mutual aid networks that were later characterized…this resistance to ICE came from the George Floyd uprising." Kennedy described himself as a "revolutionary anarchist."

Kennedy discussed the Jan. 23 direct action at the Whipple Building, stating that DAMN utilized a "soft blockade with shields at one entrance. He continued that there were "two other

deployment teams…those deployment teams had trailers that they had bought off of Facebook Marketplace for really cheap and they essentially tried to blockade the other entrances simultaneously with this blockade (pointed to soft blockade on the projector). One of those trailers was deployed and flipped and successfully shut access. The other was about 30 seconds away from successful deployment before the team was actually pepper sprayed. They managed to avoid arrest…and they managed to drive away, albeit losing the trailer in the process."

Kennedy also spoke about the direct action at the Whipple Building on March 1. Kennedy pointed to a projector screen and said, "the one you see over here is another shield wall on March 1st." He continued, "this demonstration had four components to it. There was a above ground march that was led by indigenous sundancers that would take up gate one of the Whipple Building and the others were designed to essentially shut down the other two points of egress…there was 3 deployment teams.  The first deployment team brought in shields." The second deployment team "was sent in and they had something to be like tank busters…" Kennedy described these items as similar to "images of like D-Day, they're like the metal X structures that you see and actually when the vehicles hit them, it digs back into the road and will stop the vehicle." Kennedy explained, "I was on deploy 2 or deploy 3 and I had a 10-foot U-Haul box truck and a 30-foot trailer that I was going to use to block one of the entrances."

Isaac Sant said, "We're here from Minneapolis. We're on tour to talk about our experiences resisting the ICE occupation." He stated, "I think the Twin Cities real contributions to the field of revolutionary organization, of insurrectionary organization is these rapid response networks." Sant stated, "I am in an anarchist, revolutionary organization. It's called Blackcat."

During the event, Sant discussed the logistics of "commuters," who follow, harass, and confront federal immigration enforcement vehicles. Sant described, "…commuters were on a phone call in real time with a dispatcher who was somewhere with a dispatcher who was somewhere in the privacy of her own room reporting on like that convoys movements. That dispatcher was in a relay chat that allowed for communication between the Elliott Park and the adjacent Loring Park neighborhood…" Sant further explained, "We don't recommend that anybody ever commute or control by yourself because it's an inherently dangerous thing. So you always want to do that with a buddy who's your copilot. So like you're driving and looking for ice, your co-pilots on the phone talking to dispatch and however many other commuters on a Signal call… you might ask that dispatcher for plate checks, like they're looking at a database of license plates and you're not.  And you might be like, so a lot of like your day and you're like, hey I wonder if that's ICE…And like you see a suspicious looking white Jeep Wagoneer, your copilot like reports a dispatch…and then you follow that car until you can't anymore." Sant then described Whipple Watch as a "counter surveillance project," stating, "This is a very like boring and unglamorous and unsexy side of our work, but basically what I and my comrades do is we go down to Whipple building and hang out there all day and photograph every ICE vehicle that's

coming in and out of the vehicle." Sant continued that, "Now in April and we have it down to a science and it's more or less instantaneous.  We maintain a searchable database in conjunction with data collection group called Defrost that's publicly searchable on a website…Defrost is the list of every vehicle that we've ever seen ICE in make and model plates and like where and how many times it's been spotted…So what we've started to experiment with now is we maintain a second database that's only current plates. We erase it at the end of every night and we refresh it the next morning…and hot dishes is just a database of like all the active plates that left Whipple that day. So commuters can know like what we're, we have confirmed on the road at the moment.…What we do is, I mean we have a two fold motive of like getting their plates and blasting those out to all the neighborhoods and also just like wasting their time and resources."

DAMN members emphasize a violent, militant approach and are highly critical of the non-violent, peaceful protests. DAMN members often advocate, promote, and celebrate violent resistance to purported fascist groups and the government.

For example, the Black Cat Worker's Collective Facebook cover page reads "Welcome to Minneapolis!" and has an image of the Minneapolis Police Department's Third Precinct in the background. The Minneapolis Police Department's Third Precinct was burnt down and destroyed during the riots following the death of George Floyd. Stillshot from the Black Cat Worker's Collective Facebook page below.




*Screenshot of the Black Cat Worker's Collective Facebook page.*

On Feb. 5, Cameron Kennedy posted on Facebook, "I swear I'm going to lose my f*****g mind if I see that 'if 3.5% of the population is committed to peaceful revolution, they win' bulls**t…It's given far to (sic) many well meaning people, a fake a** idea of what it takes to win. It has folks attacking militant elements of the resistance and aiding the state against them because they think violence or even property destruction is counter revolutionary. They could not be more wrong. I want to make this as clear as I can: YOU WILL NEVER WIN WITH NON-VIOLENCE ALONE.  Ever. No one has. No one will. You absolutely need militants to win. I'm sorry the world is so cruel but this is the real world, not a f*****g fairytale…" See post below.


Kameeron Cenneddy
February 5 ·

I swear I'm going to lose my fucking mind if I see that "If 3.5% of the population is committed to peaceful revolution, they win" bullshit.

Holy fuck.

Of all the not true things that never happened. That never happened the most. Y'all who peddle that horseshit might as well be Qanon for how much you are making up your own reality.

Erica Chenoweth made the claim and if you read her evidence it's absolutely laughable. She fucking calls military coups and events like the Russian revolution as example of "peaceful revolution". There isn't a single example she lists where the movement doesn't commit violence or the threat thereof. It's a fucking fabrication. A bullshit Disneyland white washed version of history. It's a fucking fairy tale.

This lie causes so much fucking damage to the movement. It's given far to many well meaning people, a fake ass idea of what it takes to win. It has folks attacking militant elements of the resistance and aiding the state against them because they think violence or even property destruction is counter revolutionary. They could not be more wrong.

Every single border and every revolution, was defined in some way, by violence. Don't let comfortable Disneyland white liberals lie to you about that.

I want to make this as clear as I can: YOU WILL NEVER WIN WITH NON-VIOLENCE ALONE. Ever. No one has. No one will. You absolutely need militants to win. I'm sorry the world is so cruel but this is the real world, not a fucking fairytale.

This pacifism bullshit is fucking killing us and if I die on any hill, it's to let you know that Pacifism has deeply damaged the movement more than anything and it needs to be totally abandoned as an ideology for us to even have a chance of winning. See less

53 29 comments 12 shares

Like Share

*Facebook post by Cameron Kennedy.*

On Jan. 24, Kyle Wagner posted a video on his Instagram account "kaos.follows," while wearing a bullet-proof vest. Wagner admitted to being Antifa. Wagner stated, "[I]f you are [caught up], it's time to suit up. Boots on the ground. Nicollet and f*****g 26th. My house is four blocks away. Anywhere between Franklin and Nicollet, and 26th and Nicollet, show up ready to go. Okay, no, not talking about peaceful protests anymore. We're not talking about having polite conversations anymore…This is exactly what I said was going to f****** come when we didn't f****** go march on f****** Whipple with guns. Sorry but welcome to America 2026 where the Second Amendment is the only thing that's going to keep you f****** protected from literal f****** Nazi gun men that are killing innocent people in the street with impunity. This is not a f****** joke. There's nothing fun to chant about it. Get your f****** guns and stop these f****** people." Stillshot of Wagner from the video below.




*Screenshot of Kyle Wagner in a video from his Instagram page.*

The following defendants are named in the DAMN indictment:

- **Isaac Auman Sant**, also known as “Isaac Dalto” and “Ike,” is charged with Conspiracy to Impede or Injure a Federal Officer and Interstate Stalking.
- **Emmett James Doyle**, also known as “Plotnikov,” is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Cameron Kennedy**, also known as “Cam,” “Olive Knite,” and “Knite,” is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Callum Robinet,** also known as “Juliet K,” “Juliet,” and “Cal,” is charged with Conspiracy to Impede or Injure a Federal Officer.

- **Erik Davis,** also known as "Errico," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Brian Stillwell Apland,** also known as "Tiny," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Kyle Wagner,** also known as "Kaos," is charged with Conspiracy to Impede or Injure a Federal Officer, Solicitation to Commit a Crime of Violence, and Interstate Threats.
- **Hannah Margaret Van De Water Davis,** also known as "Gabriel Van De Water" and "Nube," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Treasure Cay Thoreson,** also known as "Schatzi," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Nathan Junho Kim,** also known as "Moon Bear," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Alec Stewart,** also known as "Mac," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Douglas Misterek,** also known as "Doug" and "D Munny Big Dog Orf Orf," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **Dustin Scott Beisell,** also known as "Sparky," is charged with Conspiracy to Impede or Injure a Federal Officer.
- **William Morgan,** also known as "Willow" and "Willow Tree," is charged with Conspiracy to Impede or Injure a Federal Officer, Interstate Stalking, Assault on a Federal Officer, and Destruction of Government Property.
- **Natasha Rakotz,** also known as "Anuran," is charged with Conspiracy to Impede or Injure a Federal Officer and Assault on a Federal Officer.

This case was investigated by HSI.

This case is part of the nationwide National Security Presidential Memorandum 7 initiative, which is a White House directed, interagency effort to integrate federal, state, and local partners in protecting First Amendment rights while targeting individuals and organizations engaged in political violence and is led by the investigative and prosecutorial Joint Task Force Vanguard.

*An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.*

Sant et al Indictment - MN.pdf

*Updated June 16, 2026*

**Topic**

VIOLENT CRIME

**Components**

Office of the Attorney General | USAO - Minnesota

Press Release Number: 26-664

# Related Content

VIDEO

## Attorney General Blanche Hosts Roundtable on Violent Crime Reduction Efforts

October 8, 2026

PRESS RELEASE

## 81 Members of a Violent Gang in Puerto Rico Charged with Drug Trafficking and Firearms Violations as Part of Homeland Security Task Force Initiative

Today in Puerto Rico, Attorney General Todd Blanche announced 81 members of a violent drug trafficking organization have been charged federally following a Homeland Security Task Force investigation. The FBI and...

August 27, 2026

VIDEO

**DOJ, State Dept. Announce Latest Enforcement Efforts to Eliminate Cartel Jalisco Nueva Generación**

August 5, 2026

**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000