# APPENDIX A

## DOCUMENTS FILED FULLY UNDER SEAL AS OF OCTOBER 22, 2026

| Plaintiffs' Motion for Preliminary Injunction | |
|---|---|
| Exhibit 9 | ECF No. 101-11 |
| Exhibit 10 | ECF No. 101-12 |
| Exhibit 15 | ECF No. 101-17 |
| Exhibit 16 | ECF No. 101-18 |
| Exhibit 18 | ECF No. 101-20 |
| Exhibit 19 | ECF No. 101-21 |
| Exhibit 20 | ECF No. 101-22 |
| Exhibit 21 | ECF No. 101-23 |
| Exhibit 22 | ECF No. 101-24 |
| Exhibit 29 | ECF No. 102-3 |
| Exhibit 30 | ECF No. 102-4 |
| Exhibit 31 | ECF No. 102-5 |
| Exhibit 32 | ECF No. 102-6 |
| Exhibit 33 | ECF No. 102-7 |
| Exhibit 34 | ECF No. 102-8 |
| Exhibit 35 | ECF No. 102-9 |
| Exhibit 36 | ECF No. 102-10 |
| Exhibit 37 | ECF No. 102-11 |
| Exhibit 38 | ECF No. 102-12 |
| Exhibit 39 | ECF No. 102-13 |
| Exhibit 40 | ECF No. 102-14 |
| Exhibit 41 | ECF No. 103 |
| Exhibit 42 | ECF No. 103-1 |
| Exhibit 43 | ECF No. 103-2 |
| Exhibit 44 | ECF No. 103-3 |
| Exhibit 45 | ECF No. 103-4 |
| Exhibit 47 | ECF No. 103-6 |
| Exhibit 48 | ECF No. 103-7 |
| Exhibit 49 | ECF No. 103-8 |
| Exhibit 50 | ECF No. 103-9 |
| Exhibit 54 | ECF No. 103-13 |
| Exhibit 56 | ECF No. 103-15 |
| Exhibit 57 | ECF No. 103-16 |
| Exhibit 58 | ECF No. 103-17 |
| Exhibit 59 | ECF No. 103-18 |
| Exhibit 61 | ECF No. 103-20 |
| Exhibit 62 | ECF No. 103-21 |
| C.H. Deposition Excerpts | ECF No. 104-1 |
| D.L. Deposition Excerpts | ECF No. 104-3 |
| J.C. Deposition Excerpts | ECF No. 104-5 |

| | |
|---|---|
| J.R. Deposition Excerpts | ECF No. 104-6 |
| R.K. Deposition Excerpts | ECF No. 104-8 |
| S.C. Deposition Excerpts | ECF No. 104-9 |

| **Defendants' Opposition to Preliminary Injunction** | |
|---|---|
| Motion to Seal Exhibits and Attachments to Defendants' Opposition to Preliminary Injunction | ECF No. 135 |
| Exhibit 2 | ECF No. 135-2 |
| Exhibit 3 | ECF No. 135-3 |
| Exhibit 4 | ECF No. 135-4 |
| Exhibit 5 | ECF No. 135-5 |
| Exhibit 6 | ECF No. 135-6 |
| Exhibit 7 | ECF No. 135-7 |
| Exhibit 8 | ECF No. 135-8 |
| Exhibit 9 | ECF No. 135-9 |
| Exhibit 10 | ECF No. 135-10 |
| CBP 30(b)(6) Deposition Excerpts | ECF No. 135-11 |
| E. Hilton Deposition Excerpts | ECF No. 135-17 |
| C. Fagan Deposition Excerpts | ECF No. 135-18 |
| P. Pantos Deposition Excerpts | ECF No. 135-19 |
| C. Williams Deposition Excerpts | ECF No. 135-20 |

| **Plaintiffs' Reply ISO Motion for Preliminary Injunction** | |
|---|---|
| Motion to Seal Plaintiffs' Reply ISO Preliminary Injunction and Attachments | ECF No. 150 |
| Plaintiffs' Reply ISO Preliminary Injunction | ECF No. 150-1 |
| D.L. Deposition Excerpts | ECF No. 150-2 |
| ICE 30(b)(6) Deposition Excerpts | ECF No. 150-3 |
| J.C. Deposition Excerpts | ECF No. 150-4 |
| J.R. Deposition Excerpts | ECF No. 150-5 |
| S.C. Deposition Excerpts | ECF No. 150-6 |
| Affidavit Haines Declaration | ECF No. 150-7 |
| Affidavit McLellan Declaration | ECF No. 150-8 |
| Affidavit Westbrook (Redacted) Declaration PI | ECF No. 150-9 |
| Affidavit Westbrook (Redacted Declaration) PI (Mot. to Seal) | ECF No. 150-10 |
| Exhibit Ex. 68 | ECF No. 150-11 |
| Exhibit Ex. 69 | ECF No. 150-12 |
| Exhibit Ex. 70 | ECF No. 150-13 |
| Exhibit Ex. 71 | ECF No. 150-14 |
| Exhibit Ex. 72 | ECF No. 150-15 |
| Exhibit Ex. 73 | ECF No. 150-16 |
| Exhibit Ex. 74 | ECF No. 150-17 |

| Defendants' Motion to Dismiss | |
|---|---|
| Exhibit C | ECF No. 118-2 |
| Exhibit D | ECF No. 118-3 |
| Exhibit I | ECF No. 118-4 |
| Exhibit J | ECF No. 118-5 |
| C. Fagan Deposition Excerpts | ECF No. 118-6 |

| Plaintiffs' Opposition to Defendants' Motion to Dismiss | |
|---|---|
| D.L. Deposition Excerpts | ECF No. 143-2 |
| ICE 30(b)(6) Deposition Excerpts | ECF No. 143-3 |
| J.C. Deposition Excerpts | ECF No. 143-4 |
| S.C. Deposition Excerpts | ECF No. 143-5 |
| Exhibit 1 | ECF No. 143-6 |