**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ELINOR HILTON, COLLEEN FAGAN, POLYXENIA PANTOS, and CARLYN WILLIAMS,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JOHN A. CONDON, Acting Executive Director, Homeland Security Investigations; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection; MICHAEL BANKS, Chief, U.S. Border Patrol; THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HOMELAND SECURITY INVESTIGATIONS; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; UNIDENTIFIED FEDERAL AGENCIES; and UNIDENTIFIED FEDERAL AGENTS,

Defendants.

Case No. 2:26-cv-00092-JAW

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR REQUEST FOR AN EVIDENTIARY HEARING AND ORAL ARGUMENT**

In opposing Plaintiffs' request for an evidentiary hearing, Defendants once again insist there is nothing to see here. In their view, the Court can and should resolve the case on threshold grounds after a brief oral argument; it need not grapple with the parties' competing accounts of how and why ICE agents have intimidated individuals who observe and record their actions. Defendants' position fails to appreciate both the complexity of the record and

the urgency of the First Amendment harms underlying Plaintiffs' request for preliminary injunctive relief. These considerations counsel in favor of an evidentiary hearing and argument as soon as reasonably possible under the Court's schedule.

As to the scope of the hearing, Plaintiffs maintain that live witness testimony would likely be beneficial to the Court, in addition to oral argument, given the number of factual disputes between the parties. Defendants, for their part, contend that the Court need not delve into these disputes because it can resolve the motions on "threshold" grounds. ECF No. 162 at 1-3. Plaintiffs respectfully disagree for all of the reasons set forth in their briefs. *See* ECF Nos. 132, 142, 148. Among other things, Defendants have not raised any meaningful threshold challenge to at least one of Plaintiffs' substantive claims—namely, Plaintiff Williams' request for relief as to the database records that Agent J.C. created based on the January 20 encounter. *See* ECF No. 142 at 14-16. To resolve the merits of that claim, the Court will need to decide whose account of the January 20 encounter to credit.

To be clear, Plaintiffs believe the Court could resolve this and other factual disputes in Plaintiffs' favor based on the existing record. There is overwhelming evidence corroborating Plaintiffs' testimony and undermining Defendants' credibility—including, in many cases, video evidence, third-party declarations, and other agent testimony. *See, e.g.*, *Anderson v. City of Bessemer City*, 470 U.S. 564, 575 (1985) ("Documents or objective evidence may contradict the witness' story; or the story itself may be so internally inconsistent or implausible on its face that a reasonable factfinder would not credit it."). If, however, the Court has any questions about the underlying evidence, Plaintiffs maintain the Court would benefit from hearing directly from witnesses, including some or all of the Plaintiffs themselves.

Plaintiffs therefore maintain that an evidentiary presentation with witness testimony, in addition to oral argument, will likely be beneficial to the Court.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Janine M. Lopez*

JoAnna Suriani*
Janine M. Lopez*
Ori Lev*
F. Elias Boujaoude*
**Protect Democracy Project**
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org
janine.lopez@protectdemocracy.org
ori.lev@protectdemocracy.org
elias.boujaoude@protectdemocracy.org

Genevieve Nadeau*
Kenneth Parreno*
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
genevieve.nadeau@protectdemocracy.org
kenneth.parreno@protectdemocracy.org

Jessica Marsden*
**Protect Democracy Project**
101 Glen Lennox, Suite 300
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Melissa A. Hewey
David M. Kallin
**Drummond Woodsum**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
dkallin@dwmlaw.com

Karen L. Dunn*

Jeannie S. Rhee*
L. Rush Atkinson*
Yotam Barkai*
John Paredes*
Benjamin J. Cabranes*
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
ratkinson@dirllp.com
ybarkai@dirllp.com
jparedes@dirllp.com
bcabranes@dirllp.com

**Pro hac vice*